IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER,

   Plaintiff,

   v.

UNITED STATES DEPARTMENT OF JUSTICE,

   Defendant.

Civ. Action No. 19-810 (RBW)

**AFFIDAVIT OF SERVICE**

I, John Davisson, hereby state that:

On March 26, 2019, I caused to be served by hand a copy of the summons and complaint in the above-captioned matter on the <u>United States Attorney for the District of Columbia</u> at <u>501 Third Street NW, Washington, D.C. 20001</u>. Service upon the United States Attorney for the District of Columbia was accepted by paralegal Cynthia Parker on March 26, 2019, at 9:42 a.m.

I declare under penalty of perjury that the foregoing is true and correct.

3/26/19
Date

_____
Signature