AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  19-cv-00810 |
| UNITED STATES DEPARTMENT OF JUSTICE ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES DEPARTMENT OF JUSTICE                     .

Date:  03/29/2019

/s/Courtney D. Enlow
*Attorney's signature*

Courtney D. Enlow (NC Bar No. 46578)
*Printed name and bar number*

1100 L Street, NW
Washington, DC 20005

*Address*

courtney.d.enlow@usdoj.gov
*E-mail address*

(202) 616-8467
*Telephone number*

(202) 616-8470
*FAX number*