IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER,

   Plaintiff,

   v.

UNITED STATES DEPARTMENT OF JUSTICE,

   Defendant.

Civ. Action No. 19-810 (RBW)

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for a Preliminary Injunction, Defendant's Response thereto, and the entire record, it is

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall grant expedited processing of Plaintiff's November 5, 2018 Freedom of Information Act request; and it is

**FURTHER ORDERED** that Defendant shall immediately process Plaintiff's Freedom of Information Act request; and it is

**FURTHER ORDERED** that Defendant shall issue a determination on Plaintiff's Freedom of Information Act request within ___ days of this order.

 

                                                               _____
                                                               REGGIE B. WALTON
                                                                United States District Judge

Dated: _____