# INDEX OF EXHIBITS

U.S. Dep't of Justice, Office of the Deputy Att'y Gen., Order No. 3915-2017, Appointment of Special Counsel to Investigate Russian Interference with the 2016 Presidential Election and Related Matters (May 17, 2017) ......................................... Ex. 1

FOIA Request from EPIC to Douglas Hibbard, Chief, Initial Request Staff, Office of Info. Policy, Dep't of Justice (Nov. 5, 2018) ............................................................ Ex. 2

Letter from Vanessa R. Brinkmann, Senior Counsel, Office of Info. Policy, Dep't of Justice, to Enid Zhou, EPIC Open Government Counsel (Nov. 15, 2018) .................. Ex. 3

FOIA Appeal from EPIC to Director, Office of Info. Policy, Dep't of Justice (Dec. 21, 2018) ................................................................................................................. Ex. 4

Letter from William P. Barr, Attorney Gen., to Lindsey Graham, Chairman, Senate Comm. on the Judiciary, et al. (Mar. 22, 2019) ........................................................ Ex. 5

Letter from William P. Barr, Attorney Gen., to Lindsey Graham, Chairman, Senate Comm. on the Judiciary, et al. (Mar. 24, 2019) ........................................................ Ex. 6

Letter from William P. Barr, Attorney Gen., to Lindsey Graham, Chairman, Senate Comm. on the Judiciary, & Jerrold Nadler, Chairman, House Comm. on the Judiciary (Mar. 29, 2019) ........................................................................................ Ex. 7