CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
        Plaintiff(s)

vs.                                                                 Civil Action No. 19-810

United States Department of Justice
        Defendant(s)

### AFFIDAVIT OF MAILING

I, __John Davisson__, hereby state that:
On the __26th__ day of __March__, __2019__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

ATTORNEY GENERAL OF THE UNITED STATES
Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

I have received the receipt for the certified mail, No. __70180360000204135710__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __1st__ day of __April__, __2019__.

I declare under penalty of perjury that the foregoing is true and correct.

April 1, 2019                                                            s/ John Davisson
_____                                      _____
(Date)                                                                          (Signature)



# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70180360000204135710

Remove ✕

Your item was delivered at 5:02 am on April 1, 2019 in WASHINGTON, DC 20530.

## ⊘ Delivered

April 1, 2019 at 5:02 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |

| Tracking History | ⌃ |

**April 1, 2019, 5:02 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:02 am on April 1, 2019 in WASHINGTON, DC 20530.

**March 29, 2019, 12:49 pm**
Available for Pickup
WASHINGTON, DC 20530

**March 29, 2019, 9:53 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 28, 2019**
In Transit to Next Facility

**March 27, 2019, 7:47 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**March 27, 2019, 12:31 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**March 26, 2019, 6:24 pm**
Departed Post Office
WASHINGTON, DC 20009

**March 26, 2019, 3:45 pm**
USPS in possession of item
WASHINGTON, DC 20009


Feedback

**Product Information**

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**