CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
_____
    Plaintiff(s)

vs.

United States Department of Justice
_____
    Defendant(s)

Civil Action No.  19-810

## AFFIDAVIT OF MAILING

I, John Davisson _____, hereby state that:

On the 26th day of March, 2019, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

DEPARTMENT OF JUSTICE
950 Pennsylvania Ave. NW
Washington, DC 20530

I have received the receipt for the certified mail, No. 70180360000204135703 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 1st day of April, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

April 1, 2019                                        s/ John Davisson
_____                   _____
(Date)                                                 (Signature)



# USPS Tracking®

FAQs › (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70180360000204135703

Remove ✕

Your item was delivered at 5:02 am on April 1, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

April 1, 2019 at 5:02 am
Delivered
WASHINGTON, DC 20530

Get Updates ˅

---

### Text & Email Updates ˅

---

### Tracking History ˄

**April 1, 2019, 5:02 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:02 am on April 1, 2019 in WASHINGTON, DC 20530.

**March 29, 2019, 12:49 pm**
Available for Pickup
WASHINGTON, DC 20530

**March 29, 2019, 9:53 am**
Arrived at Unit
WASHINGTON, DC 20018

**March 28, 2019**
In Transit to Next Facility

**March 27, 2019, 7:47 pm**
Departed USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**March 27, 2019, 12:31 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**March 26, 2019, 6:24 pm**
Departed Post Office
WASHINGTON, DC 20009

**March 26, 2019, 3:45 pm**
USPS in possession of item
WASHINGTON, DC 20009

Feedback

**Product Information**

See Less

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**