**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

The plaintiff, the Electronic Privacy Information Center, brings this civil action against the defendant, the United States Department of Justice (the "Department"), under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 (2018), seeking records related to Special Counsel Robert S. Mueller's investigation regarding "Russian interference in the 2016 United States presidential election." See Complaint ("Compl.") ¶¶ 2, 43. On March 26, 2019, David Christenson, proceeding pro se, filed a Motion for Leave to File Motion to Join and Intervene (Mar. 26, 2019), ECF No. 5, representing that he "has standing and cause[;] thus[,] he is entitled to see the unredacted Special Counsel ('Mueller') Report," id. at 1. Thereafter, on March 29, 2019, the plaintiff filed a motion for a preliminary injunction, requesting "the Court to issue a preliminary injunction requiring [the Department] to comply with the [FOIA], by immediately processing and issuing a determination on [the plaintiff's] FOIA Request." Plaintiff's Motion for a Preliminary Injunction at 1 (Mar. 29, 2019), ECF No. 7. The plaintiff represents that the Department opposes its motion. See id. Upon consideration of David Christenson's Motion for

Leave to File Motion to Join and Intervene, and the plaintiff's Motion for a Preliminary Injunction, and for good cause shown, it is hereby

**ORDERED** that David Christenson's Motion for Leave to File Motion to Join and Intervene, ECF No. 5, is **GRANTED**.  It is further

**ORDERED** that David Christenson shall file his motion to join or intervene on or before 12:00 p.m. on April 4, 2019.  It is further

**ORDERED** that the Department shall file its opposition to David Christenson's motion to join or intervene on or before 12:00 p.m. on April 8, 2019.  It is further

**ORDERED** that the Department shall file its opposition to the plaintiff's motion for preliminary injunction on or before April 5, 2019.  It is further

**ORDERED** that the plaintiff shall file its reply in support of its motion on or before 12:00 p.m. on April 8, 2019.  It is further

**ORDERED** that the parties shall appear before the Court for a hearing on the Plaintiff's Motion for a Preliminary Injunction on April 9, 2019, at 9:00 a.m.

**SO ORDERED** this 1st day of April, 2019.

REGGIE B. WALTON
United States District Judge