AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Electronic Privacy Information Center <br> *Plaintiff* <br> v. <br> United States Department of Justice <br> *Defendant* | Case No. 1:19-cv-00810-RBW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Electronic Privacy Information Center.

Date: 04/01/2019

/s Alan Jay Butler
*Attorney's signature*

Alan Jay Butler, 1012128
*Printed name and bar number*

1718 Connecticut Avenue NW, Suite 200
Washington, DC 20009

*Address*

butler@epic.org
*E-mail address*

(202) 483-1140 x103
*Telephone number*

(202) 483-1248
*FAX number*