AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Electronic Privacy Information Center <br> *Plaintiff* <br> v. <br> United States Department of Justice <br> *Defendant* | ) <br> ) <br> ) Case No. 19-810 (RBW) <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Electronic Privacy Information Center.

Date: April 2, 2019

s/ Marc Rotenberg
*Attorney's signature*

Marc Rotenberg, #422825
*Printed name and bar number*

Electronic Privacy Information Center
1718 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20009
*Address*

rotenberg@epic.org
*E-mail address*

202-483-1140
*Telephone number*

202-483-1248
*FAX number*