IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ANDREW CHRISTENSON Movant,
ELECTRONIC PRIVACY INFORMATION CENTER            Judge Reggie B. Walton
Plaintiff,
v.                                               Civil No. 19-810 - RBW
UNITED STATES DEPARTMENT OF JUSTICE
Defendant.

Motion to Join and Intervene per Judge Walton's Order dated April 1st, 2019

(I am making a good faith effort to comply with Judge Walton's General Order and Order that

are dated April 1st, 2019.)

**Prevailing, Victory, for the American People is changing the Narrative before it is to late.**

General Order: 10. (i) *If a party fails to oppose a motion, the Court may treat the motion as*
*conceded. Similarly, if a party fails to respond to arguments in opposition papers, the Court may*
*treat those specific arguments as conceded.*

➢  Who would the court select to review the unredacted Mueller Report?

Our most significant right in this country is a fair and impartial election. **All** of our leaders

denied us that right.

I am directly connected to Attorney General Matthew Whitaker, Deputy Attorney General

Jeffrey Bossert Clark, Special Counsel/FBI Director Robert Mueller, US Attorney Linda Mott,

US Attorney Billy Gibbens, etc.

The Department of Justice is not credible and had as much to do with the election tampering as

the Russians.

Attached are the four pleadings that I filed:

Attachment 1: Motion for Leave to File Motion to Join and Intervene March 23rd, 2019 7 pages

1



RECEIVED
Mail Room

APR - 4 2019

Attachment 2: Motion for Leave to File Memorandum concerning my 20-year exercise in futility, OR MAYBE NOT March 28th, 2019 10 pages

Attachment 3: Motion for Leave to File Amended Motion to Join and Intervene and Open Letter to Judge Reggie B. Walton March 30th, 2019 9 pages

Attachment 4: Motion for Leave to file a Critical Example of why I should prevail on behalf of

you, your family, all Americans and Mankind March 31st, 2019 16 pages

Precedent Cases (A small sample)

Press Enterprise v. Superior Court: **Access to Criminal Proceedings, First Amendment and Common Law guarantee the public's right of access to criminal judicial proceedings**.

Nixon v. Warner Communications: **The courts recognize the public's right to inspect and copy judicial records.**

Washington Post v. Robinson: **The public has an unquestionable right to information regarding alleged prosecutor misconduct. The term is "alleged". There is no doubt the Federal prosecutors have committed criminal acts.**

Leucadia v. Applied Extrusions Technologies: **Access**

Belo Broadcasting v. Clark: **Access**

Globe Newspaper v. Superior: **The right of the public to monitor the government by having access**.

Richmond Newspaper v. Virginia: **Without publicity, all other checks are insufficient**.

Valley Broadcasting v. United States District Court: **Federal Whistleblowers, Military Officers, Journalists, etc. play an indispensable role in gathering and disseminating information to the public**.

Landmark Communications v. Virginia: **To guard against the miscarriage of justice. To stop prosecutor misconduct before, during and after.**

Cox Broadcasting v. Cohn: **My pleadings will guarantee a fair trial**.

Pansy v. Stroudsburg: **Third parties have a right to intervene**.

In re Associated Press 162 F.3d 503, 507 7th Circuit 1998, Grove Fresh Distributors v. EverFresh Juice, Beef Industry Antitrust Litigation 589 F.2d 786, 789 5th Circuit, United States v. Andreas, United States v. Corbitt, United States v. Chaagra, United States v. Lohman, Marcus v. St. Tammany Parish School Board, United States v. Cleveland, United States v. Davis, United States v. Carolllo and Ford Motor Bronco II MDL

No Order is attached since the Motion was granted.

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on April 2nd, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

_____

David Andrew Christenson

Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ANDREW CHRISTENSON Movant,

ELECTRONIC PRIVACY INFORMATION CENTER
Plaintiff,
v.                                                                Civ. Action No. 19-810
UNITED STATES DEPARTMENT OF JUSTICE
Defendant.

Motion for Leave to File Motion to Join and Intervene

Movant has standing and cause thus he is entitled to see the **unredacted** Special Counsel ("Mueller")
Report. Movant incorporates the Electronic Privacy Information Center Complaint into this Motion to
Join/Intervene.

Special Counsel/FBI Director Robert Mueller was instrumental in classifying the Movant/David Andrew
Christenson as a terrorist in 2010. Attorney General Matthew Whitaker represented, against his will,
Movant/David Andrew Christenson as his defense attorney and so did US Attorney Linda Mott and US
Attorney Billy Gibbens. Christenson was falsely arrested on March 15th, 2011, placed into isolation for 11
days where he was illegal medicated and he was never charged with a crime. What happened to
Christenson is factual, documented and verifiable. Mueller criminally violated the Constitution and is
guilty of Misprision, Misprision of a Felony, Misprision of Treason, Conspiracy, etc. The results will be the
Genocide of Mankind. This is not a prediction or prophecy but a mathematical certainty. Mankind will
cease to exist by October 12th, 2050 and suicides will outnumber births by then.

Mueller is not credible nor is the Department of Justice.

A review of the following cases will provide extensive documentation. Movant has pleadings in every
case. Many are in the court's secret docket. There are 150 plus cases within the Federal Judiciary and
the Supreme Court.

Supreme Court – Four Writs of Mandamus and Prohibition – Filed so that the Government is Ordered to
stop lying and to start telling the truth.

Docket for 16-6345 Title: In Re David Andrew Christenson, Petitioner v. In Re David Andrew Christenson,
Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma
pauperis filed. (Response due November 7, 2016)
Docket for 16-6278 Title: In Re David Andrew Christenson, Petitioner v. In Re David Andrew Christenson,
Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma
pauperis filed. (Response due November 3, 2016)

4



# Attachment 1

Docket for 16-5869 Title: David Andrew Christenson, Petitioner v. United States David Andrew Christenson, Petitioner United States Court of Appeals for the Fifth Circuit Petition for a writ of certiorari and motion for leave to proceed in forma pauperis Party name: David Andrew Christenson

Docket for 14-10077 Title: In Re David Andrew Christenson, Petitioner v. In Re David Andrew Christenson, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due July 6, 2015)

Larry Klayman v. Barack Obama (14-5207) Court of Appeals for the D.C. Circuit
Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit
United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit
State of California v. Trump (3:19-cv-00872) District Court, N.D. California
United States v. STONE (1:19-cr-00018) District Court, District of Columbia
CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia
KLAYMAN v. OBAMA (1:13-cv-00851) District Court, District of Columbia
PAUL v. OBAMA (1:14-cv-00262) District Court, District of Columbia
In re: USA v. USDC-ORE (17-71692) Court of Appeals for the Ninth Circuit
Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon
State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York
State of New York v. Donald Trump (18-1525) Court of Appeals for the Second Circuit
Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York
Unknown Case Title (1:18-mc-00174) District Court, District of Columbia
In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
United States v. Kaczynski (2:96-cr-00259-GEB-GGH) District Court E.D. California
United States v. Nagin (2:13-cr-00011) District Court, E.D. Louisiana District Court, E.D. Louisiana.
BLUMENTHAL v. WHITAKER (1:18-cv-02664) District Court, District of Columbia
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
1:18:cr-00004 Boucher https://ecf.kywd.uscourts.gov/cgi-bin/ShowIndex.pl
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
United States v. Manafort (1:18-cr-00083) District Court, E.D. Virginia
Manafort v. United States (1:18-cv-00011) District Court, District of Columbia
United States v. Flynn (1:17-cr-00232) District Court, District of Columbia
United States v. Papadopoulos (1:17-cr-00182) District Court, District of Columbia
United States v. Manafort (1:17-cr-00201) District Court, District of Columbia
United States v. Internet Research Agency LLC (1:18-cr-00032) District Court, District of Columbia
United States v. Van Der Zwann (1:18-cr-00031) District Court, District of Columbia
United States v. BUTINA (1:18-cr-00218) District Court, District of Columbia
United States v. NETYKSHO (1:18-cr-00215) District Court, District of Columbia
United States v. BOUCHER (1:18:cr-00004)
Clifford v. Trump (1:18-cv-03842) District Court, S.D. New York
Stephanie Clifford v. Donald J. Trump (2:18-cv-06893) District Court, C.D. California
Keyes v. Wilson (2:18-cv-06630) District Court, E.D. New York
Kelsey Rose Juliana v. USA (18-36082) Court of Appeals for the Ninth Circuit
Sierra Club v. Trump (4:19-cv-00892) District Court, N.D. California

# Attachment 1

ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-00810) District Court, District of Columbia

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 23rd, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 1

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix - Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 9063

Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

# Attachment 1

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

Updated 10/31/2011 DAC 05:32
An Unedited Synopsis.
Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
*(Book Nine in a nine part series.)*
*Library of Congress LCCN 2011940256*
*ISBN 978-0-9846893-0-9 Hardback*
*ISBN 978-0-9846893-1-6 EBook*

Factual, documented and verifiable account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press.  Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a

# Attachment 1

record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for 11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

## The Department of Justice classified Captain David Andrew Christenson as a terrorist. This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

The United States Military killed, executed and murdered Americans during Hurricane Katrina and after. A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore

# Attachment 1

confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire.  Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat.  Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin.  After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm.  To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

# Attachment 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ANDREW CHRISTENSON Movant,

ELECTRONIC PRIVACY INFORMATION CENTER                    Judge Reggie B. Walton
Plaintiff,

v.                                                        Civ. Action No. 19-810 - RBW

UNITED STATES DEPARTMENT OF JUSTICE
Defendant.

Motion for Leave to File Memorandum concerning my 20-year exercise in futility, OR MAYBE NOT

Attached is something that I have never seen a court do and that is create a case for an FYI letter addressed to 5th Circuit Court of Appeals Justice Leslie Southwick. For whatever reason, she and the 5th Circuit, gave me a voice.

Attached: I filed a Memorandum/Open Letter to all Justices of the 5th Circuit about Attorney General Matthew Whitaker being my defense attorney in 2011 when I was falsely arrested.

Attached: Censorship by Brown Publishing, Millie Brown and Attorney Mike Farris. June 28th, 2012.

Attached: Information that I sent to the University of Texas about their hiring Secretary of the Air Force Heather Wilson. I refer to Heather, my classmate from the Air Force Academy, as Hitler.

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 28th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

11

# Attachment 2

March 6th, 2019

Trump signs Executive Order called: "National Initiative to Empower Veterans and End Veterans Suicide"

The Department of Defense now has nine hundred and one anti-suicide programs. All have failed and all will fail. This one will fail because they are not looking at the root of the problem. The epidemic goes back to Vietnam but hit critical mass when Chief of Naval Operations Jeremy Michael Boorda committed suicide in 1996. Therapy and medication do not work on brains that have been biologically and neurologically altered.

This is a crisis of epic proportion.

100 soldiers, veterans and family members commit suicide every day. While they are developing the plan over the next year, 37,000 soldiers, veterans and family members will commit suicide. Remember 80% of our soldiers that commit suicide were never in combat.

This suicide epidemic exists in the general population as well. The suicide and murder-suicide rates increase every year.

Suicides will outnumber births in the near future. Suicide has become a life choice.

## The solution will fail!

"*Develop a comprehensive national public health roadmap outlining the specific strategies needed to lower effectively the rate of Veteran suicide, with a focus on community engagement* "

What idiot thinks "community engagement" will work? The answer is simple. The idiots that are in charge.

Keep censoring me and more and more Americans will commit suicide. We have to tell the truth.

Mankind will cease to exist by October 12th, 2050.

Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;



# Attachment 2

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

07 MAR 2019 PM 1 L

39201-502725

Judge Leslie Southwick
501 E. Court Street
Suite 3.750
Jackson, MS 39201



13

# Attachment 2



**U.S. Department
of Veterans Affairs**

# News Release

Office of Public Affairs
Media Relations

Washington, DC 20420
(202) 461-7600
www.va.gov

FOR IMMEDIATE RELEASE
March 5, 2019

### President Trump signs executive order to empower Veterans and end Veterans suicide

*VA will co-chair task force focused on a holistic, public health approach to suicide prevention and engagement with Veterans' local communities*

WASHINGTON — Today President Donald J. Trump signed an executive order titled "National Initiative to Empower Veterans and End Veterans Suicide," which focuses on improving the quality of life for America's Veterans and ending the tragedy of Veteran suicide.

"As the largest integrated health care provider in the nation and a leader in developing innovative mental health and suicide prevention strategies, the Department of Veterans Affairs (VA) is uniquely positioned to co-chair this effort with the White House," said VA Secretary Robert Wilkie. "Veterans suicide is a national public health issue that affects communities everywhere, and this executive order is a national call to action."

The executive order mandates the establishment of the Veteran Wellness, Empowerment and Suicide Prevention Task Force. The task force will include the Secretaries of Defense, Health and Human Services, Energy, Homeland Security, Labor, Education and Housing and Urban Development, as well as the Director of the Office of Management and Budget, Assistant to the President for National Security Affairs, and Director of the Office of Science and Technology Policy.

Within 365 days of the date of the order and working with a variety of representatives from across both the public and private sectors, the task force shall:

- Develop a comprehensive national public health roadmap outlining the specific strategies needed to lower effectively the rate of Veteran suicide, with a focus on community engagement,
- Design and propose to Congress a program for making grants to local communities, which will increase their ability to collaborate with each other, integrate service delivery and coordinate resources to Veterans, and
- Develop a national research strategy to improve the coordination, monitoring, benchmarking and execution of research in the field of Veteran suicide prevention.

"We are committed to saving Veteran lives, but just as there is no single cause of suicide, no single organization can end Veteran suicide alone," Wilkie said. "We must work side by side with our partners at all levels of government — and in the private sector — to provide our Veterans with the mental health and suicide prevention services they need. This executive order advances the public health approach to suicide prevention further by identifying key integrations and connections across the federal government and communities that can be used to save Veterans' lives."

Learn more about VA's suicide prevention resources and programs at www.mentalhealth.va.gov/suicide_prevention.

Veterans who are in crisis or having thoughts of suicide, and those who know a Veteran in crisis, can call the Veterans Crisis Line for confidential support 24 hours a day, seven days a week, 365 days a year. Call 800-273-8255 and press 1, send a text message to 838255 or chat online at VeteransCrisisLine.net/Chat.

Reporters covering this issue are strongly encouraged to visit www.reportingonsuicide.org for important guidance on how to communicate about suicide.



U.S. COURT OF APPEALS
RECEIVED
MAR 15 2019
FIFTH CIRCUIT

# Attachment 2

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 26, 2019

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

Dear Mr. Christenson,

We received your Letter dated March 6, 2019 concerning President Trump's Executive Order called: "National Initiative to Empower Veterans and End Veterans Suicide". In light of you did not reference a case and you do not have a case pending with the Court, we are taking no action on this letter.

Sincerely,

LYLE W. CAYCE, Clerk

Mary Stewart

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

15

# Attachment 2

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Mr. David Andrew Christenson

Case: 60-80006

Memorandum/Open Letter to all Justices

Attorney General Matthew Whitaker was my defense attorney when I was falsely arrested in 2011. I did not know until the end of 2018 that he had been a US Attorney and a good friend of EDLA US Attorney Jim Letten. US Attorney Linda Mott and EDLA US Attorney Billy Gibbens represented me as well.

I was flabbergasted when I found out he was the DOJ Chief of Staff. He had been financially and politically rewarded for harming me.

I have attached a pleading, the non-domestic stay away order, the bond and the first press release with comments. Look at item 9 of the bond.

Mankind will cease to exist if you don't change the narrative.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 27th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 2

**VIDEO NUMBER 48. Presidential Candidate. (TERRORIST AS CLASSIFIED BY THE DEPARTMENT OF JUSTICE IN 2010.)** I am David Andrew Christenson, I am The Reluctant Patriot and I believe in the Constitution of the United States of America. Today is Thursday June 28th, 2012 and the time is 0600.

The problems that I have had publishing my two books: "The United States Supreme Court and The Katrina Virus" and "An American Born Terrorist's Emails To The Department Of Justice".

CEO Milli Brown          mbrown@brownbooks.com, www.brownbooks.com
Brown Book Publishing Group Dallas, Texas.

Attorney/Agent Mike Farris          mfarris@vilolaw.com, www.vilolaw.com
Vincent Lopez Serafino Jenevein P.C. Dallas, Texas

The problems started with Publisher Milli Brown and Attorney/Agent Mike Farris. I learned very quickly how much power the Department of Justice had.

Attorney/Agent Mike Farris cooperated directly with the DOJ. Google him. He is not only an agent but an attorney. My 1st Amendment privilege did not matter to Mike Farris.

Milli Brown was very interested in publishing my book until Mike Farris slandered and defamed me. He was operating on behalf of the DOJ. My meeting with him was recorded. He had a script. It was a bizarre meeting. The knowledge that he had about me could have only come from the DOJ. It was Mike Farris that called me and wanted to meet.

We have had problems getting the books printed.

We have had problems getting the books converted to Epub/Ebook formats.

We have had problems uploading the books to Barnes & Noble, Apple, Amazon, etc.

Our latest problem came with our uploads to YouTube. The DOJ scrambled the Military Danziger Bridge DVD.

Please tell your friends about my story and the ramifications to the American and Canadian people.
Please review my website www.persimmonpublishingus.com
Email is: davidandrewchristenson@hotmail.com
Facebook is: David Andrew Christenson
I have two books with seven in production.
"An American Born Terrorist's Emails To The Department Of Justice" and
"The United States Supreme Court and The Katrina Virus". David Andrew Christenson The Reluctant Patriot I believe in the Constitution of the United States of America.

# Attachment 2

University of Texas Board of Regents - Kevin P. Eltife, Chairman, Jeffery D. Hildebrand, Vice Chairman, Paul L. Foster, Vice Chairman, Sara Martinez Tucker, Ernest Aliseda, Brittany E. Jewell, David J. Beck, R. Steven Hicks, Janiece Longoria, James C. "Rad" Weaver, Francie A. Frederick is the General Counsel to the Board of Regents.

bor@utsystem.edu; academicaffairs@utsystem.edu; jwiebe@utep.edu; mmcgurk@utep.edu; scrites@utep.edu; pcastigl@utep.edu; jrivera@utep.edu; cstanabe@utep.edu; daohearn@utep.edu tamaldonado@utep.edu; blbrunk@utep.edu; shafikdharamsi@utep.edu; provostoffice@utep.edu; shuie@utsystem.edu; ffrederick@utsystem.edu; krabon@utsystem.edu; lbellomy@utsystem.edu; amartinez@utsystem.edu; cfelkel@utsystem.edu; emoore@utsystem.edu; lwalston@utsystem.edu; tmontemayor@utsystem.edu; tholloway@utsystem.edu; jhasanovic@utsystem.edu; skelley@utsystem.edu; CEP@utsystem.edu; kadler@utsystem.edu; rsafady@utsystem.edu; cdavis@utsystem.edu; kadler@utsystem.edu; mjackson@utsystem.edu; jnoffke@utsystem.edu; maabdeljaber@miners.utep.edu; selc@utep.edu; jvillegas8@miners.utep.edu; lmnavarro2@miners.utep.edu; utepakas@gmail.com; prospector@utep.edu; vegonzalez@utep.edu; trroy@utep.edu; iecastilo@utep.edu; mrluna@utep.edu; msgreene@miners.utep.edu; ncontreras9@miners.utep.edu; ztorres@elpasotimes.com; shernandez@elpasotimes.com; webdesk@elpasotimes.com; tlong@elpasotimes.com; sgaytan@elpasotimes.com; ckjones@elpasotimes.com; rrramirez@elpasotimes.com; mfourzan@elpasotimes.com; upsiloneta0740@gmail.com; apm@utep.edu; amautep@gmail.com; hahmed2@miners.utep.edu; utepasm@gmail.com; amsautep@gmail.com; aotsautep@gmail.com; epbsm@sbcglobal.net; aagrawal@utep.edu; aerobinson@miners.utep.edu; campusministry@elpasodiocese.org; care@utep.edu; christiansatutep@gmail.com; utepcollegerepublicans@gmail.com; fcabral@miners.utep.edu; womensempowerment.utep@gmail.com; ecarcoba@miners.utep.edu; ucc@utep.edu; achernandez15@miners.utep.edu; sins@utep.edu; yeduarte@miners.utep.edu; uteprotaractclub@gmail.com; qsa@utep.edu; mwholeben@utep.edu; varagon3@miners.utep.edu; utepgmb@gmail.com; greenteamutep@gmail.com; ignite.utep@gmail.com; caps@utep.edu; dos@utep.edu; wshute@utsystem.edu; agodby@utsystem.edu; tjacobs@utsystem.edu; matchison@utsystem.edu; vrodartegallardo@utsystem.edu; tlongoria@utsystem.edu; sreynolds@utsystem.edu; psteinkraus@utsystem.edu; kkwolek@utsystem.edu; jburnett@utsystem.edu; hhuckaby@utsystem.edu; dsharphorn@utsystem.edu; pdendy@utsystem.edu; ancampo@utsystem.edu; ccarrillo@utsystem.edu; preisen@utsystem.edu; mheidingsfield@utsystem.edu; rpuente@utsystem.edu; rtrevino@utsystem.edu; yyao@utsystem.edu; syoungdale@utsystem.edu; civil.appellate@usdoj.gov; leklayman@gmail.com; daj142182@gmail.com; oliver.peerfw@gmail.com; USADC.ECFAppellate@usdoj.gov; elizabeth.trosman@usdoj.gov; elizabeth.danello@usdoj.gov; jason.manuel@usdoj.gov; nicholas.coleman@usdoj.gov; marc.thompson2@usdoj.gov; stefanie.ilgenfritz@wsj.com; jonathan.rockoff@wsj.com;

Do you want Adolf Hitler, Secretary of the Air Force Heather Wilson, to be the next President of UTEP?
Pass this information to other students and start the change.
I can't invent this.
Truth is always stranger than fiction.
You live in the same world as I do and it is spiraling out of control.

# Attachment 2

Who do you trust with your life? Under Wilson's leadership 100 soldiers, veterans and military family members commit suicide every day. The military has 900 anti-suicide programs. Therapy and medication do not work. This is a precursor to what will happen to all Americans. This country has an epidemic of suicides and murder-suicides.

Attached is a package of information sent to the leadership of the University of Texas System/Board of Regents

I am sorry that this information is disjointed and incoherent but nonetheless it is true.

Think about this. We are 20 Trillion Dollars in debt and increasing that debt every year by 1 Trillion Dollars. In the next few years the interest expense will exceed what we spend on National Defense. How do we pay for our medical care? We are at epidemic rates/levels for Alzheimer's, Parkinson's, Multiple Sclerosis, Autism, Allergies, Asthma, Suicide(s), Murder(s)-Suicide(s), Diabetes, Muscular Dystrophy, Fibromyalgia, Influenza and Pneumonia deaths, etc. All are connected to a degraded Immune System(s). We must have an uncensored dialogue about vaccinations and the long-term harm they do to our immune system(s). Our Government has turned us into "Bubble People", a vaccination for everything.

In between the time I mail this pleading and you receive it over 125 soldiers and veterans will commit suicide. This is so unimportant that a President, any President, past or present, has never attended a memorial for our veterans that committed suicide. More veterans will commit suicide in the next 8 years than have died in combat since World War II. What people don't see is the fact that during the same time frame 375 military family members will commit suicide. Each suicide represents the loss of 6 people that could procreate and that is what makes this even more important to the survival of Mankind. In these few days we lost 3000 people that could procreate. This is a precursor for all of us.

The Declaration of Independence – Partial Second Paragraph

We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. — That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed, — That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness.

Democracy has been described as three wolves and a sheep voting on what is for lunch.

Jeffery D. Hildebrand - University of Texas Regents - 210 West 7th Street - Austin, TX 78701-2982
March 9th, 2019

Have you truly done your due diligence when it comes to Heather Wilson? The information that I am giving you is non-returnable and will incriminate the University of Texas, you and your family. You are hiring Adolf Hitler.

<u>**Mathematically Mankind will cease to exist by October 12th, 2050. Suicides will outnumber births by then.**</u> Wilson received a briefing confirming these facts when she became Secretary of the Air Force. When Trump found out she was directly connected to me, he fired her. When did she first apply or when and how did you discover that she wanted the job? Was President George W. Bush or Secretary of Defense Robert Gates involved in any way? Wilson wants to be President of the United States not a teacher. Use common sense and truly look at her from a different point of view.

I am a Federal Whistleblower. Have your General Counsel review Pacer with my names: David Andrew Christenson, David Christenson, etc. I have made a heroic effort to save Mankind through the courts.

# Attachment 2

Heather Wilson was instrumental in having me classified as a terrorist. She was my classmate at the Air Force Academy.

Ask her if what I am saying is true.

The following paragraphs were taken from a court pleading that I filed yesterday in the following case.
CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia

*I was declared to be a terrorist in a very public marketing campaign by FBI Director/Special Counsel Robert Mueller and it continues today. I am under 24-hour surveillance and constantly harassed. Being an Air Force Officer and declared to be a terrorist is unequivocally slander and deformation.*

*On March 15th, 2011 I was arrested for cyberstalking an FBI Agent with a Misdemeanor Louisiana Warrant, not Federal. I WAS NEVER CHARGED WITH A CRIME! They asked for a $500,000.00 bond but settled on a $300,000.00 bond. They placed me in isolation for 11 days and medicated me against my will. Future Attorney General and ex US Attorney Matthew Whitaker, US Attorney Linda Mott, US Attorney Billy Gibbons, etc. represented me and gave away all of my rights. This gets stranger. Upon my release I was ordered to leave the state of Louisiana and seek treatment for an unspecified mental illness. I was constantly harassed and threatened. Here is how sadistic Mueller is. An FBI Agent put a gun to my head with the safety off and the hammer pulled back. He threatened to kill me if I didn't stop my quest to save Mankind. He laughingly told me he would get away with it. I knew he was telling the truth. Mueller murdered Federal Whistleblower Coast Guard Commander William Goetzee four months after my false arrest using the same technique but before they murdered him, they had him strapped to a wheelchair in Federal Court where they would tase him every time he tried to speak. Mueller did such a great job defaming us that all Federal Judges were afraid of us.*

*Here is the deformation. The first press release was issued by WDSU and the New Orleans Times Picayune/NOLA which is attached. The Department of Justice/Robert Mueller gave the media this information: "Christenson allegedly sent the e-mails after an FBI agent interviewed him last month about "inappropriate" e-mails Christenson sent to judges and their employees, the station reports." I had been filing court pleadings and sending informative emails for years before I was interviewed and threatened. Mueller had convinced the entire Federal Judiciary that I was a terrorist and that I was going to kill Federal Judges. I was barred from entering all Federal Courthouses to file pleadings.*

*Why? The coverup of the release of chemical warfare contaminates (I call them the Katrina Virus) during Hurricane Katrina and the US Military murdering Americans. I was to be silenced.*

*Our Government knows that Mankind will cease to exist by October 12th, 2050 and that suicides will outnumber births by then. You see our government was working on the perfect military weapon in New Orleans. That weapon was organic, easy to disperse, dissipated in five days and cause the opposing army to commit suicide. I filed a report with the Rand Corporation which then conducted a study. In the 10 years following Hurricane Katrina suicides increased 300%-400% in New Orleans and South Louisiana. I have provided Grand Jury testimonies and transcripts that confirm what I am stating.*

TIME, MATH, TRUMP, ETC. WILL ENSURE THAT THE TRUTH COMES OUT BUT BY THEN IT COULD BE TOO LATE. I FILED FOUR WRITS OF MANDAMUS AND PROHIBITION WITH THE SUPREME COURT BUT WAS DENIED BECAUSE CHIEF JUSTICE JOHN ROBERTS HAD MADE A DEAL WITH PRESIDENT BARACK OBAMA ABOUT OBAMACARE.

# Attachment 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ANDREW CHRISTENSON Movant,

ELECTRONIC PRIVACY INFORMATION CENTER                    Judge Reggie B. Walton
Plaintiff,
v.                                                       Civ. Action No. 19-810 - RBW
UNITED STATES DEPARTMENT OF JUSTICE
Defendant.

Motion for Leave to File Amended Motion to Join and Intervene and Open Letter to Judge Reggie B.
Walton

Incorporate the Electronic Privacy Information Center's Motion for a Preliminary Injunction into
Movant's Motion to Join and Intervene. The Injunction confirms that I have standing and cause. The first
thing EPIC talks about is Russian interference in our 2016 election. That is the equivalent of not seeing
the forest through the trees. THE RUSSIANS WERE NOT THE PROBLEM, WE WERE. OUR GOVERNMENT,
POLITICAL PARTIES, THE FOR-PROFIT MEDIA, THE NON-PROFIT MEDIA, ORGANIZED RELIGION,
BUSINESSES, ETC. EVERYONE PUT THEIR NEEDS AHEAD OF THE AMERICAN PEOPLE AND BECAUSE OF
THAT MANKIND WILL CEASE TO EXIST. IT IS CALLED SUICIDE. WE HAVE TO CHANGE THE NARRATIVE.
CENSORSHIP IS DESTROYING US.

Reference my original Motion to Join and Intervene. You will see the correlation between my Motion
and the Injunction. Almost ever case that EPIC lists has my pleadings.

Statement of Fact: Nobody represents the American People. EPIC has political motives for invoking the
Freedom of Information Act. While I support EPIC's right to the information, I do not support what they
are going to do with it and what they are going to do with it is harm the American People for gain,
political gain, financial gain and most of all power.

**Judge Walton,**

When I first contacted you over five years ago you thought I was crazy and a nuisance. You were
convinced that I was a threat. You were absolutely convinced that I did not deserve a voice in your court
and you had the law, rules and procedures on your side but I had the Constitution on my side. I lost, you
lost, your family lost and so did all Americans. Our country is spiraling out of control.

You would have committed me if I had told you this story ten years ago. Ten years ago, I started telling
this story and for that I was classified as a terrorist, falsely arrested, committed to the psychiatric floor
of the Orleans Parish prison where I was illegal and involuntarily medicated with 2500 mg of Thorazine
every day. I was never charged with a crime.

# Attachment 3

In very simplistic terms all I want is for the government to stop lying and to start telling the truth. In a way it is the same as invoking the Freedom of Information Act.

How can we have fair and honest elections when our own government is so corrupt?

(This is beyond unbelievable. Look at the Defendants) (Was Judge Koeltl pressured to deny my Motion? He docketed 50 plus pleadings of mine. He even docketed the Unabomber's Manifesto and nobody blinked. Are we just brain dead or immune to what is taking place?)

The Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Complaint was filed on behalf of the 11 members, just the 11 members, of the DNC and not all of the members of the Democratic Party and for that matter, not all Americans. These are the defendants in the case: Aras Iskenerovich Agalarov, Donald J. Trump For President, Inc., Donald J. Trump, Jr., Emin Araz Agalarov, General Staff of the Armed Forces of the Russian Federation, George Papadopoulos, GRU Operative Using the Pseudonym "Guccifer2.0", Jared C Kushner, John Does 1-10, Joseph Mifsud, Julian Assange, Paul J. Manafort, Jr., Richard W. Gates, III, Roger J. Stone, Jr., The Russian Federation and WikiLeaks. WOW!

I file an original Racketeer Influenced and Corrupt Organization Act (RICO) Class Action Complaint Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Read the attached letter to Judge Amy B. Jackson which has also been docketed in several cases.

The house is burning down and the Federal Judiciary is trying to decide what color to paint the trim.

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 30th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 3

Judge A. Jackson
U. S. District Court District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

January 30th, 2019 – There is no place to be heard and what is worse is that no one will listen. We are all programed by our governments, institutions, the media, religion, etc. to be immune to the truth and what is important. The Constitution grants me the right to file a grievance but the courts have denied me that right. The courts by denying me, deny all Americans their Constitutional Rights and specifically their First Amendment Rights.

I need for you to change the narrative and dialogue before it is to late. You can do this by ordering the Department of Justice to respond.

Reference:

Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York

The Democratic National Committee (DNC) filed a RICO Complaint against Trump, the Russian Federation, etc. on behalf themselves, the 11 members, and no one else even though every American was harmed and that includes you and me.

Judge Koeltl denied me the right to join and stated that I was free to bring "new actions that seek proper relief." I filed my own complaint and incorporated the DNC RICO Complaint into my complaint.

I have attached Judge McMahon's order denying my complaint. She called it frivolous, malicious and irrational and yet the DNC complaint is still at issue. I incorporated the DNC into my complaint. She made the decision, issued an opinion, that I had not been harmed and neither had the other 350 million Americans. With this order the DNC complaint should have been dismissed by Judge Koeltl.

She denied the me the right to Amend and Appeal.

Judge McMahon actually did an outstanding job arguing my case for me if you read her order carefully.

Judge McMahon stated the following in her order:

*Plaintiff Christenson seeks to incorporate into this complaint the defendants and the "causes of action in the DNC complaint" in Democratic National Committee, No. 18-CV-3501 (JGK), which is attached as an exhibit to Plaintiff's complaint. (Compl. at 1.) Plaintiff explains, however, that "[a]dditional Defendants were added" and that his complaint "is non-political, unlike the DNC complaint." (Id.)3 Plaintiff contends that "all Americans had their Constitutional Rights criminally violated [and] [t]he DNC is as guilty as anyone." (Id.) The "Democratic National Committee narcissistically filed their [sic] complaint on behalf of*

# Attachment 3

*themselves only and not on behalf of all Americans." (Id. at 2.) He brings this "unfinished complaint" as a class action "on behalf of all Americans." (Id. at 1.)*

She went as far as to grant me pauper status for my complaint and then denied me pauper status for my appeal even though she denied me the right to appeal.


Godspeed.

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID ANDREW CHRISTENSON,

Plaintiff,

-against-

DEMOCRATIC NATIONAL COMMITTEE;
REPUBLICAN NATIONAL COMMITTEE;
DONALD J. TRUMP FOR PRESIDENT INC.;
DEMOCRATIC PARTY; REPUBLICAN PARTY;
PRESIDENT DONALD TRUMP; PRESIDENT
BARACK OBAMA; JOHN DOES 1-999,

Defendants.

18-CV-5769 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

By order dated June 21, 2018, in *Democratic National Committee v. The Russian Federation et al.*, No. 18-CV-3501 (JGK) (S.D.N.Y. June 21, 2018), the district court noted that David Andrew Christenson, who was not a party to the case and had been denied permission to intervene, had filed thirty "amicus" submissions in that case, including some that were filed after the Court warned him that he would be subject to an anti-filing injunction if he continued to do so.[1] The district court observed in that order that Christenson was free to bring "new actions that seek proper relief."

---

[1] The order cited *United States v. Manafort*, No. 17-CR-21 (D.D.C. Nov. 29, 2017), another case where Christenson was denied leave to intervene. Review of public records reflects that Christenson has attempted to intervene in many other actions. *See, e.g., Manafort v. U.S. Dep't of Justice*, No. 18-CV-011 (ABJ) (D.D.C. Feb. 21, 2018) (denying David Andrew Christenson leave to intervene); *Attkisson v. U.S. Dep't of Justice*, No. 14-CV-1944 (APM) (D.D.C. Mar. 2, 2015) (denying motion to intervene in Freedom of Information Act action seeking records relating to Sharyl Attkisson and two Federal Bureau of Investigation cases). One district court barred Christenson from further "straining judicial resources" with his emails. *In re Christenson*, No. 18-CV-1064 (N.D. Ill. Feb. 12, 2018).

# Attachment 3

A few days after that order issued, Christenson, acting *pro se*, filed this complaint, which he styles as a class action brought "on his own behalf and on behalf of all Americans." (Compl. at 1.) Plaintiff also seeks to have his class action complaint "consolidated into" the action in which he was denied leave to intervene, *Democratic Nat'l Committee*, No. 18-CV-3501 (JGK) (S.D.N.Y.). The Court dismisses the complaint for the reasons set forth below.[2]

## STANDARD OF REVIEW

The Court must dismiss a complaint, or portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b); *see Abbas v. Dixon*, 480 F.3d 636, 639 (2d Cir. 2007). While the law mandates dismissal on any of these grounds, the Court is obliged to construe pro se pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they suggest," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original).

A claim is frivolous when it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 324-25 (1989), *abrogated on other grounds by Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007); *see also Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992) (holding that "finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible"); *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) ("[A]n action is 'frivolous' when either: (1) the factual contentions

---




[2] Plaintiff has not paid the filing fee for this action or submitted the Court's *in forma pauperis* (IFP) application, but he states that he lacks the financial resources for this action. The Court therefore grants Plaintiff's request to proceed IFP.

# Attachment 3

are clearly baseless . . . ; or (2) the claim is based on an indisputably meritless legal theory.")

(internal quotation marks and citation omitted).

## BACKGROUND

Plaintiff Christenson seeks to incorporate into this complaint the defendants and the

"causes of action in the DNC complaint" in *Democratic National Committee*, No. 18-CV-3501

(JGK), which is attached as an exhibit to Plaintiff's complaint. (Compl. at 1.) Plaintiff explains,

however, that "[a]dditional Defendants were added" and that his complaint "is non-political,

unlike the DNC complaint." (*Id.*)[3] Plaintiff contends that "all Americans had their Constitutional

Rights criminally violated [and] [t]he DNC is as guilty as anyone." (*Id.*) The "Democratic

National Committee narcissistically filed their [sic] complaint on behalf of themselves only and

not on behalf of all Americans." (*Id.* at 2.) He brings this "unfinished complaint" as a class action

"on behalf of all Americans." (*Id.* at 1.)

The following is an excerpt from Plaintiff's complaint:

An Epic Constitutional Crisis. I am talking about the political destruction of all
three branches (Executive, Judicial and Legislative) of our Federal Government.
One hundred and fifty five million Americans and Canadians may be infected
with The Katrina Virus. Did the United States Supreme Court participate in the
criminal cover-up? Misprision is a crime/felony. In simple terms it means that you
had knowledge of a crime and did nothing. Did the Supreme Court have
knowledge? YES! I gave them the knowledge. The real question is: what did the
Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the
material is presented in an incoherent manner. What you are reading is a
compilation of my communications with the Supreme Court since my arrest for
cyberstalking FBI Special Agent Steven Rayes on March 15, 2011. It must be
emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as
one would expect.) and I have never been charged with a crime. A Louisiana
Search and Seizure Warrant was used by the FBI to steal my evidence,
documentation, etc. of what happened in New Orleans after Hurricane Katrina. In

---

[3] Plaintiff sues former President Barack Obama and the Democratic National Committee,
who were not named as defendants in *Democratic Nat'l Committee*, No. 18-CV-3501 (JGK).

# Attachment 3

simplistic terms, chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators. Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus?

. . . .

The Supreme Court may actually have protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. . . .

(*Id.* at 3.)

**DISCUSSION** *The Constitution Does Not agree.*

As an initial matter, the Court notes that the statute governing appearances in federal court, 28 U.S.C. § 1654, allows two types of representation: "that by an attorney admitted to the practice of law by a governmental regulatory body, and that by a person representing himself." *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) (quoting *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991)). A nonlawyer thus cannot bring suit on behalf of others and must have counsel to pursue class action litigation. *Rodriguez v. Eastman Kodak Co.*, 88 Fed. App'x 470, 470 (2d Cir. 2004) (citing *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998)); *Phillips v. Tobin*, 548 F.2d 408, 412-15 (2d Cir. 1976). Plaintiff is not an attorney admitted to practice in this Court, and he therefore cannot bring a class action asserting claims on behalf of others.

Turning to the substance of the complaint, even when read with the "special solicitude" due *pro se* pleadings, *Triestman*, 470 F.3d at 474-75, Plaintiff's complaint must be dismissed as

# Attachment 3

frivolous. Plaintiff's allegations rise to the level of the irrational, and there is no legal theory on which he can rely. *See Denton*, 504 U.S. at 33; *Livingston*, 141 F.3d at 437.[4]

District courts generally grant a *pro se* plaintiff an opportunity to amend a complaint to cure its defects, but leave to amend is not required where it would be futile. *See Hill v. Curcione*, 657 F.3d 116, 123-24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988). Because the defects in Plaintiff's complaint cannot be cured with amendment, the Court declines to grant Plaintiff leave to amend.

Plaintiff is warned that further repetitive or frivolous litigation in this Court will result in an order barring Plaintiff from filing new actions *in forma pauperis* without prior permission. *See* 28 U.S.C. § 1651.

## CONCLUSION

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff's complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff's request for consolidation is denied as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated:   June 28, 2018
         New York, New York

COLLEEN McMAHON
Chief United States District Judge

---

[4] Although Plaintiff purports to incorporate some portions of the complaint from *Democratic National Committee*, No. 18-CV-3501 (JGK)(S.D.N.Y.), into his complaint (despite adding the Democratic National Committee as a *defendant* in his complaint), the Court does not reach the merits of any of those claims in determining that Plaintiff's complaint is frivolous.

# Attachment 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ANDREW CHRISTENSON Movant,

ELECTRONIC PRIVACY INFORMATION CENTER                    Judge Reggie B. Walton
Plaintiff,
v.                                                       Civ. Action No. 19-810 - RBW
UNITED STATES DEPARTMENT OF JUSTICE
Defendant.

Motion for Leave to file a Critical Example of why I should prevail on behalf of you, your family, all
Americans and Mankind

Americans are programed to believe in the Government, Institutions, Churches, the Media, etc. They
desperately want to believe. It is the reason that messengers and Federal Whistleblowers are despised.
Unfiltered knowledge from me scares the hell out of people. It is the job of our Government,
Institutions, Churches, the Media, etc. to silence me. It is the Mandate of the Federal Judiciary to un-
censor me no matter how uncomfortable it makes them. My quest to save your life is via protected
"free speech".

My job is not to convince you that I am right but to get you to analyze it and then talk about it.
"FREEDOM OF SPEECH" & "FIRST AMENDMENT". My job is to change the narrative and here is a perfect
example from Friday March 29th, 2019. As you read this pleading please remember that Pneumonia and
Influenza deaths are preventable. The United States is above the epidemic threshold for Pneumonia and
Influenza deaths and yet there is nothing in the national media about it. Writing about the Genocide of
Mankind does not create wealth or power in the age of the Kardashians. Google it. The report is
attached. Here are a few of the highlights. Please read the report carefully because it mathematically
proves that Mankind will cease to exist.

Weekly U.S. Influenza Surveillance Report 2018-2019 Influenza Season Week 12 ending March 23, 2019
https://www.cdc.gov/flu/weekly/index.htm

 ➢ Based on National Center for Health Statistics (NCHS) mortality surveillance data available on
    March 28, 2019, 7.4% of the deaths occurring during the week ending March 16, 2019 (week 11)
    were due to P&I. This percentage is above the epidemic threshold of 7.2% for week 11.

 ➢ The proportion of outpatient visits for influenza-like illness (ILI) decreased to 3.8%, and remains
    above the national baseline of 2.2%. All 10 regions reported ILI at or above their region-specific
    baseline level.

 ➢ A cumulative rate of 52.5 laboratory-confirmed influenza-associated hospitalizations per
    100,000 population was reported. **The highest hospitalization rate is among adults 65 years
    and older (167.0 hospitalizations per 100,000 population)**.

# Attachment 4

> The proportion of deaths attributed to pneumonia and influenza (P&I) was above the system-specific epidemic threshold in the National Center for Health Statistics (NCHS) Mortality Surveillance System.

> One influenza-associated pediatric death was reported to CDC during week 12.

> Nationally only 22.1 % of the respiratory specimens tested positive for flu in clinical laboratories.

> The results of tests performed by clinical laboratories are summarized below. No. of specimens tested week 12 - 31,045 No. of positive specimens 6876 (22.1%) cumulative week 40 - 889,328 No. of positive specimens 144,280 (16.2%). ***WHAT DID THOSE PEOPLE HAVE THAT WENT TO THE DOCTOR WITH FLU LIKE SYMPTOMS? ROUGHLY 80% DID NOT HAVE THE FLU. IN ORDER TO BE CLASSIFIED AS SOMEONE WITH THE FLU YOU HAVE TO HAVE A BLOOD TEST.***

> The results of tests performed by public health laboratories are summarized below. No. of specimens tested week 12 - 1,618 No. of positive specimens 923 - Data Cumulative since September 30, 2018 (Week 40) No. of specimens tested – 62,942 No. of positive specimens – 33,229.

The odds of you dying from a preventable death in 2019 is 1 in 2 or 50%. The odds of you dying from a preventable death in 2050 is 1 in 1 and 100%. The odds for the ones you love is the same. We are committing suicide.

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 31st, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

# Attachment 4


**CDC** Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

---

### Weekly U.S. Influenza Surveillance Report



2018-2019 Influenza Season Week 12 ending March 23, 2019

All data are preliminary and may change as more reports are received.

An overview of the CDC influenza surveillance system, including methodology and detailed descriptions of each data component, is available at http://www.cdc.gov/flu/weekly/overview.htm. (http://www.cdc.gov/flu/weekly/overview.htm)

Synopsis:

Influenza activity decreased but remains elevated in the United States. Influenza A(H1N1)pdm09 viruses predominated from October to mid-February and influenza A(H3N2) viruses have been more commonly identified since late February. Small numbers of influenza B viruses have also been reported. Below is a summary of the key influenza indicators for the week ending March 23, 2019

- Viral Surveillance: The percentage of respiratory specimens testing positive for influenza viruses in clinical laboratories decreased. Nationally, during the most recent three weeks, influenza A(H3) viruses were reported more frequently than influenza A(H1N1)pdm09 viruses and in all 10 HHS Regions.
  - Virus Characterization: The majority of influenza viruses characterized antigenically are similar to the cell-grown reference viruses representing the 2018–2019 Northern Hemisphere influenza vaccine viruses. However, an increasing proportion of influenza A(H3N2) viruses are antigenically distinguishable from A/Singapore/INFIMH-16-0019/2016 (3C.2a1), a cell-propagated reference virus representing the A(H3N2) component of 2018-19 Northern Hemisphere influenza vaccines.
  - Antiviral Resistance: The vast majority of influenza viruses tested (>99%) show susceptibility to oseltamivir and peramivir. All influenza viruses tested showed susceptibility to zanamivir.
- Influenza-like Illness Surveillance: The proportion of outpatient visits for influenza-like illness (ILI) decreased to 3.8%, and remains above the national baseline of 2.2%. All 10 regions reported ILI at or above their region-specific baseline level.
  - ILI State Activity Indictor Map: 20 states experienced high ILI activity; Puerto Rico and 13 states experienced moderate ILI activity; New York City, the District of Columbia and seven states experienced low ILI activity; 10 states experienced minimal ILI activity; and the U.S. Virgin Islands had insufficient data.
- Geographic Spread of Influenza: The geographic spread of influenza in Puerto Rico and 34 states was reported as widespread; 14 states reported regional activity; the District of Columbia and two states reported local activity; the U.S. Virgin Islands reported sporadic activity; and Guam did not report.
- Influenza-associated Hospitalizations A cumulative rate of 52.5 laboratory-confirmed influenza-associated hospitalizations per 100,000 population was reported. The highest hospitalization rate is among adults 65 years and older (167.0 hospitalizations per 100,000 population).
- Pneumonia and Influenza Mortality: The proportion of deaths attributed to pneumonia and influenza (P&I) was above the system-specific epidemic threshold in the National Center for Health Statistics (NCHS) Mortality Surveillance System.
- Influenza-associated Pediatric Deaths: One influenza-associated pediatric death was reported to CDC during week 12.

### National and Regional Summary of Select Surveillance Components

# Attachment 4

National data is for the current week
Regional data is for the most recent three weeks

Data for current week

| HHS Surveillance Regions* | Out-patient ILI† | Number of jurisdictions reporting regional or widespread activity§ | % respiratory specimens positive for flu in clinical laboratories | Predominant flu virus reported by public health laboratories |
|---|---|---|---|---|
| Nation | Elevated | 49 of 54 | 22.1% | Influenza A(H3) |
| Region 1 | Elevated | 6 of 6 | 19.8% | Influenza A(H3) |
| Region 2 | Elevated | 3 of 4 | 22.5% | Influenza A(H3) |
| Region 3 | Elevated | 5 of 6 | 22.3% | Influenza A(H3) |
| Region 4 | Elevated | 8 of 8 | 12.4% | Influenza A(H3) |
| Region 5 | Elevated | 6 of 6 | 30.4% | Influenza A(H3) |
| Region 6 | Elevated | 5 of 5 | 24.1% | Influenza A(H3) |
| Region 7 | Elevated | 4 of 4 | 28.4% | Influenza A(H3) |
| Region 8 | Elevated | 6 of 6 | 28.1% | Influenza A(H3) |
| Region 9 | Elevated | 3 of 5 | 11.5% | Influenza A(H3) |
| Region 10 | Elevated | 3 of 4 | 36.7% | Influenza A(H3) |

*https://www.hhs.gov/about/agencies/iea/regional-offices/index.html
(https://www.hhs.gov/about/agencies/iea/regional-offices/index.html)
† Elevated means the % of visits for ILI is at or above the national or region-specific baseline
§ Includes all 50 states, the District of Columbia, Guam, Puerto Rico, and U.S. Virgin Islands

## U.S. Virologic Surveillance:
(http://www.cdc.gov/flu/weekly/overview.htm#Viral)

WHO and NREVSS collaborating laboratories, which include both public health and clinical laboratories located in all 50 states, Puerto Rico, Guam, and the District of Columbia, report to CDC the total number of respiratory specimens tested for influenza and the number positive for influenza by virus type. In addition, public health laboratories also report the influenza A subtype (H1 or H3) and influenza B lineage information of the viruses they test and the age or age group of the persons from whom the specimens were collected.

Additional virologic data, including national, regional and select state-level data, can be found at: http://gis.cdc.gov/grasp/fluview/fluportaldashboard.html (http://gis.cdc.gov/grasp/fluview/fluportaldashboard.html). Age group proportions and totals by influenza subtype reported by public health laboratories can be found at: http://gis.cdc.gov/grasp/fluview/flu_by_age_virus.html (http://gis.cdc.gov/grasp/fluview/flu_by_age_virus.html).

The results of tests performed by clinical laboratories are summarized below.

| | Week 12 | Data Cumulative since September 30, 2018 (Week 40) |
|---|---|---|
| No. of specimens tested | 31,045 | 889,328 |
| No. of positive specimens (%) | 6,876 (22.1%) | 144,280(16.2%) |
| Positive specimens by type | | |
| Influenza A | 6,503 (94.6%) | 138,778 (96.2%) |
| Influenza B | 373 (5.4%) | 5,502 (3.8%) |

# Attachment 4



Influenza Positive Tests Reported to CDC by U.S. Clinical Laboratories, National Summary, 2018-2019 Season

[(http://gis.cdc.gov/grasp/fluview/fluportaldashboard.html)]View National and Regional Level Graphs and Data (http://gis.cdc.gov/grasp/fluview/fluportaldashboard.html) | View Chart Data | View Full Screen | View PowerPoint Presentation

The results of tests performed by public health laboratories are summarized below.

| | Week 12 | Data Cumulative since September 30, 2018 (Week 40) |
|---|---|---|
| No. of specimens tested | 1,618 | 62,942 |
| No. of positive specimens* | 923 | 33,229 |
| Positive specimens by type/subtype | | |
| Influenza A | 877 (95.0%) | 32,342 (97.3%) |
| (H1N1)pdm09 | 268 (31.9%) | 19,301 (62.2%) |
| H3N2 | 573 (68.1%) | 11,737 (37.8%) |
| Subtyping not performed | 36 | 1,304 |
| Influenza B | 46 (5.0%) | 887 (2.7%) |
| Yamagata lineage | 6 (23.1%) | 268 (45.5%) |
| Victoria lineage | 20 (76.9%) | 321 (54.5%) |
| Lineage not performed | 20 | 298 |

*The percent of specimens testing positive for influenza is not reported because public health laboratories often receive samples that have already tested positive for influenza at a clinical laboratory and therefore percent positive would not be a valid indicator of influenza activity. Additional information is available at http://www.cdc.gov/flu/weekly/overview.htm (http://www.cdc.gov/flu/weekly/overview.htm).

# Attachment 4



Influenza Positive Tests Reported to CDC by U.S. Public Health Laboratories, National Summary, 2018-2019 Season

(http://gis.cdc.gov/grasp/fluview/fluportaldashboard.html)View National and Regional Level Graphs and Data (http://gis.cdc.gov/grasp/fluview/fluportaldashboard.html) | View Chart Data | View Full Screen | View PowerPoint Presentation

## Influenza Virus Characterization:

Close monitoring of influenza viruses is required to better assess the potential impact on public health. CDC characterizes influenza viruses through one or more tests including genomic sequencing (http://www.cdc.gov/flu/professionals/laboratory/genetic-characterization.htm), hemagglutination inhibition (HI) (http://www.cdc.gov/flu/professionals/laboratory/antigenic.htm) and/or neutralization based Focus Reduction assays (FRA). These data are used to compare how similar currently circulating influenza viruses are to the reference viruses used for developing new influenza vaccines and to monitor evolutionary changes that continually occur in influenza viruses circulating in humans. Antigenic and genetic characterization of circulating influenza viruses gives an indication of the influenza vaccine's ability to induce an immune response against the wide array of influenza viruses that are co-circulating every season.  However, annual vaccine effectiveness estimates (http://www.cdc.gov/flu/professionals/vaccination/effectiveness-studies.htm) are needed to determine how much protection was provided to the population by vaccination. On February 14, 2019, interim influenza effectiveness estimates for the 2018-2019 season were released and are available here (https://www.cdc.gov/mmwr/volumes/68/wr/mm6806a2.htm?s_cid=mm6806a2_e).

For nearly all influenza-positive surveillance samples received at CDC, next-generation sequencing is performed to determine the genetic identity of circulating influenza viruses and to monitor the evolutionary trajectory of viruses circulating in our population. Virus gene segments are classified into genetic clades/subclades based on phylogenetic analysis. However, genetic changes that classify the clades/subclades do not always result in antigenic changes. "Antigenic drift" is a term used to describe gradual antigenic change that occurs as viruses evolve changes to escape host immune pressure. Antigenic drift is evaluated by comparing antigenic properties of cell-propagated reference viruses representing currently recommended vaccine components with those of cell-propagated circulating viruses.

CDC has antigenically or genetically characterized 1,721 influenza viruses collected September 30, 2018 – March 23, 2019, and submitted by U.S. laboratories, including 890 influenza A(H1N1)pdm09 viruses, 618 influenza A(H3N2) viruses, and 213 influenza B viruses.

Influenza A Viruses

- ○ A (H1N1)pdm09: Phylogenetic analysis of the HA genes from 890 A(H1N1)pdm09 viruses showed that all belonged to clade 6B.1. Two hundred ninety-two A(H1N1)pdm09 viruses were antigenically characterized, and 283 (96.9%) were antigenically similar (analyzed using HI with ferret antisera) to A/Michigan/45/2015 (6B.1), a cell-propagated A/Michigan/45/2015-like reference virus representing the A(H1N1)pdm09 component for the 2018-19 Northern Hemisphere influenza vaccines.
- ○ A (H3N2): Phylogenetic analysis of the HA genes from 618 A(H3N2) viruses revealed extensive genetic diversity with multiple clades/subclades co-circulating. The HA genes of circulating viruses

# Attachment 4

belonged to clade 3C.2a (n=66), subclade 3C.2a1 (n=144) or clade 3C.3a (n=408).  Two hundred seventy-two A(H3N2) viruses were antigenically characterized by FRA with ferret antisera, and 156 (57.4%) A(H3N2) viruses tested were well-inhibited (reacting at titers that were within 4-fold of the homologous virus titer) by ferret antisera raised against A/Singapore/INFIMH-16-0019/2016 (3C.2a1), a cell-propagated reference virus representing the A(H3N2) component of 2018-19 Northern Hemisphere influenza vaccines.  One hundred sixteen (42.6%) viruses reacted poorly (at titers that were 8-fold or greater reduced compared with that of the homologous virus A/Singapore/INFIMH-16-0019/2016) and of those, 115 (99.1%) belonged to clade 3C.3a.

Influenza B Viruses

- B/Victoria: Phylogenetic analysis of 95 B/Victoria-lineage viruses indicate that all HA genes belonged to genetic clade V1A, however genetic subclades which are antigenically distinct have emerged. Genetic subclades which are antigenically distinct include viruses with a two amino acid deletion (162-163) in the HA protein (V1A.1, previously abbreviated as V1A-2Del) and viruses with a three amino acid deletion (162-164) in the HA protein (abbreviated as V1A-3Del). Fifty-four B/Victoria lineage viruses were antigenically characterized and 44 (81.5%) were antigenically similar with ferret antisera raised against cell-propagated B/Colorado/06/2017-like V1A.1 reference virus. Ten (18.5%) reacted poorly (at titers that were 8-fold or greater reduced compared with the homologous virus titer) and belonged to clade V1A or genetic subclade V1A-3Del.
- B/Yamagata: Phylogenetic analysis of 112 influenza B/Yamagata-lineage viruses indicate that the HA genes belonged to clade Y3. A total of 89 influenza B/Yamagata-lineage viruses were antigenically characterized, and all were antigenically similar to cell-propagated B/Phuket/3073/2013 (Y3), the reference vaccine virus representing the influenza B/Yamagata-lineage component of the 2018-19 Northern Hemisphere quadrivalent vaccines.

The majority of U.S. viruses submitted for characterization come from state and local public health laboratories. Due to Right Size Roadmap (https://www.aphl.org/programs/infectious_disease/influenza/Influenza-Virologic-Surveillance-Right-Size-Roadmap/Pages/default.aspx)  considerations, specimen submission guidance to laboratories is that, if available, 2 influenza A(H1N1)pdm09, 2 influenza A(H3N2), and 2 influenza B viruses be submitted every other week. Therefore, the numbers of each virus type/subtype characterized should be more balanced across subtypes/lineages but will not reflect the actual proportion of circulating viruses. In the figure below, the results of tests performed by public health labs are shown on the left and CDC sequence results (by genetic clade/subclade) are shown on the right.



View Chart Data   | View Full Screen | View PowerPoint Presentation

## Antiviral Resistance:

Testing of influenza A(H1N1)pdm09, influenza A(H3N2), and influenza B viruses for resistance to the neuraminidase inhibitors (oseltamivir, zanamivir, and peramivir) is performed at CDC using next-generation sequencing analysis and/or a functional assay. Neuraminidase sequences of viruses are inspected to detect the presence of amino acid substitutions previously associated with reduced or highly reduced inhibition by any of three neuraminidase inhibitors.

36

# Attachment 4

(https://www.who.int/influenza/gisrs_laboratory/antiviral_susceptibility/NAI_Reduced_Susceptibility_Marker_Table_WHO.pdf?ua=1)   In addition, a subset of viruses are tested using the neuraminidase inhibition assay with three neuraminidase inhibitors. The level of neuraminidase activity inhibition is reported using the thresholds recommended by the World Health Organization Expert Working Group of the Global Influenza Surveillance and Response System (GISRS) (https://www.who.int/wer/2012/wer8739.pdf?ua=1)   These samples are routinely obtained for surveillance purposes rather than for diagnostic testing of patients suspected to be infected with an antiviral-resistant virus.

Reporting of baloxavir susceptibility testing for the 2018-2019 influenza season will begin later this season. More information regarding influenza antiviral drug resistance can be found here (https://www.cdc.gov/flu/about/qa/antiviralresistance.htm).

High levels of resistance to the adamantanes (amantadine and rimantadine) persist among influenza A(H1N1)pdm09 and influenza A(H3N2) viruses (the adamantanes are not effective against influenza B viruses). Therefore, data from adamantane resistance testing are not presented below.

### Assessment of Virus Susceptibility to Neuraminidase Inhibitors Using Next-Generation Sequencing Analysis and/or Neuraminidase Inhibition Assay

Inhibition of Neuraminidase Activity by Antiviral Drug

| Type/Subtype or Lineage | Oseltamivir | | | Peramivir | | | Zanamivir | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Virus Tested (n) | Reduced, Number (%) | Highly Reduced, Number (%) | Virus Tested (n) | Reduced, Number (%) | Highly Reduced, Number (%) | Virus Tested (n) | Reduced, Number (%) | Highly Reduced, Number (%) |
| Total Viruses | 1,698 | 2 (0.1%) | 3 (0.2%) | 1,698 | 0 (0%) | 3 (0.2%) | 1,698 | 0 (0%) | 0 (0%) |
| A(H1N1) pdm09 | 882 | 2 (0.2%) | 3 (0.3%) | 882 | 0 (0%) | 3 (0.3%) | 882 | 0 (0%) | 0 (0%) |
| A(H3N2) | 610 | 0 (0%) | 0 (0%) | 610 | 0 (0%) | 0 (0%) | 610 | 0 (0%) | 0 (0%) |
| B/Victoria | 96 | 0 (0%) | 0 (0%) | 96 | 0 (0%) | 0 (0%) | 96 | 0 (0%) | 0 (0%) |
| B/Yamagata | 110 | 0 (0%) | 0 (0%) | 110 | 0 (0%) | 0 (0%) | 110 | 0 (0%) | 0 (0%) |

Antiviral treatment as early as possible is recommended for patients with confirmed or suspected influenza who have severe, complicated, or progressive illness; who require hospitalization; or who are at high risk (http://www.cdc.gov/flu/about/disease/high_risk.htm) for serious influenza-related complications. Additional information on recommendations for treatment and chemoprophylaxis of influenza virus infection with antiviral agents is available at:http://www.cdc.gov/flu/antivirals/index.htm (http://www.cdc.gov/flu/antivirals/index.htm).

## Outpatient Illness Surveillance:
## (http://www.cdc.gov/flu/weekly/overview.htm#Outpatient)

Nationwide during week 12, 3.8% of patient visits reported through the U.S. Outpatient Influenza-like Illness Surveillance Network (ILINet) were due to influenza-like illness (ILI). This percentage is above the national baseline of 2.2%.(ILI is defined as fever (temperature of 100°F [37.8°C] or greater) and cough and/or sore throat.)

On a regional level, the percentage of outpatient visits for ILI ranged from 2.8% to 5.6% during week 12. All 10 regions reported a percentage of outpatient visits for ILI at or above their region-specific baseline.

Additional data on medically attended visits for ILI for current and past seasons and by geography (national, HHS region, or select states) are available on FluView Interactive http://gis.cdc.gov/grasp/fluview/fluportaldashboard.html (http://gis.cdc.gov/grasp/fluview/fluportaldashboard.html).

# Attachment 4



Percentage of Visits for Influenza-like Illness (ILI) Reported by
the U.S. Outpatient Influenza-like Illness Surveillance Network (ILINet),
Weekly National Summary, 2018-2019 and Selected Previous Seasons

(http://gis.cdc.gov/grasp/fluview/fluportaldashboard.html)View National and Regional Level
Graphs and Data (http://gis.cdc.gov/grasp/fluview/fluportaldashboard.html) | View Chart Data |
View Full Screen | View PowerPoint Presentation

ILINet State Activity Indicator Map:
(http://www.cdc.gov/flu/weekly/overview.htm#Outpatient)

Data collected in ILINet are used to produce a measure of ILI activity* by state. Activity levels are
based on the percent of outpatient visits in a state due to ILI and are compared to the average
percent of ILI visits that occur during weeks with little or no influenza virus circulation. Activity levels
range from minimal, which would correspond to ILI activity from outpatient clinics being below, or
only slightly above, the average, to high, which would correspond to ILI activity from outpatient
clinics being much higher than average.

The ILI Activity Indicator Map displays state-specific activity levels for multiple seasons and allows a
visual representation of relative activity from state to state. More information is available on
FluView Interactive at https://gis.cdc.gov/grasp/fluview/main.html
(https://gis.cdc.gov/grasp/fluview/main.html).

During week 12, the following ILI activity levels were experienced:

- 20 states (Alabama, Arkansas, Colorado, Indiana, Iowa, Kentucky, Louisiana, Michigan, Missouri,
  New Mexico, New York, Oklahoma, Oregon, Rhode Island, South Carolina, Texas, Utah, Virginia,
  Washington and Wisconsin) experienced high ILI activity.
- Puerto Rico and 13 states (Arizona, California, Georgia, Illinois, Kansas, Maine, Maryland, New
  Jersey, North Carolina, Ohio, Pennsylvania, West Virginia and Wyoming) experienced moderate
  ILI activity.
- New York City, the District of Columbia and seven states (Connecticut, Idaho, Massachusetts,
  Minnesota, Mississippi, Nevada and Vermont) experienced low ILI activity.
- Ten states (Alaska, Delaware, Florida, Hawaii, Montana, Nebraska, New Hampshire, North
  Dakota, South Dakota and Tennessee) experienced minimal ILI activity.
- Data were insufficient to calculate an ILI activity level from the U.S. Virgin Islands.

# Attachment 4

### A Weekly Influenza Surveillance Report Prepared by the Influenza Division

## Influenza-Like Illness (ILI) Activity Level Indicator Determined by Data Reported to ILINet



*This map uses the proportion of outpatient visits to health care providers for ILI to measure the ILI activity level within a state. It does not, however, measure the extent of geographic spread of flu within a state. Therefore, outbreaks occurring in a single city could cause the state to display high activity levels.

Data collected in ILINet may disproportionally represent certain populations within a state, and therefore, may not accurately depict the full picture of influenza activity for the whole state.

Data displayed in this map are based on data collected in ILINet, whereas the State and Territorial flu activity map is based on reports from state and territorial epidemiologists. The data presented in this map are preliminary and may change as more data are received.

Differences in the data presented here by CDC and independently by some state health departments likely represent differing levels of data completeness with data presented by the state likely being the more complete.

### Geographic Spread of Influenza as Assessed by State and Territorial Epidemiologists
### (http://www.cdc.gov/flu/weekly/overview.htm#Summary)

The influenza activity reported by state and territorial epidemiologists indicates geographic spread of influenza viruses, but does not measure the severity of influenza activity. Additional data displaying the influenza activity reported by state and territorial epidemiologists for the current and past seasons are available on FluView Interactive at https://gis.cdc.gov/grasp/fluview/FluView8.html (https://gis.cdc.gov/grasp/fluview/FluView8.html)

During week 12, the following influenza activity was reported:

- Widespread influenza activity was reported by Puerto Rico and 34 states (Alabama, Arizona, Arkansas, California, Connecticut, Delaware, Georgia, Illinois, Indiana, Iowa, Kansas, Maine, Maryland, Massachusetts, Michigan, Mississippi, Missouri, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Virginia, Washington, Wisconsin and Wyoming).

# Attachment 4

- Regional influenza activity was reported by 14 states (Colorado, Florida, Idaho, Kentucky, Louisiana, Minnesota, Nebraska, North Dakota, South Dakota, Tennessee, Texas, Utah, Vermont and West Virginia).
- Local influenza activity was reported by the District of Columbia and two states (Alaska and Hawaii).
- Sporadic influenza activity was reported by the U.S. Virgin Islands.
- Guam did not report.

**A Weekly Influenza Surveillance Report Prepared by the Influenza Division**

**Weekly Influenza Activity Estimates Reported by State and Territorial Epidemiologists\***



Most Recent Flu Activity data in XML Format (https://www.cdc.gov/flu/weekly/flureport.xml) | View Full Screen (http://gis.cdc.gov/grasp/fluview/FluView8.html)

## Influenza-Associated Hospitalizations:
(http://www.cdc.gov/flu/weekly/overview.htm#Hospitalization)

The Influenza Hospitalization Surveillance Network (FluSurv-NET) conducts population-based surveillance for laboratory-confirmed influenza-related hospitalizations in select counties in the Emerging Infections Program (EIP) states and Influenza Hospitalization Surveillance Project (IHSP) states.

A total of 15,165 laboratory-confirmed influenza-associated hospitalizations were reported by FluSurv-NET sites between October 1, 2018 and March 23, 2019. The overall hospitalization rate was 52.5 per 100,000 population. The highest rate of hospitalization was among adults aged ≥65 (167.0 per 100,000 population), followed by adults aged 50-64 (67.4 per 100,000 population) and children aged 0-4 (63.6 per 100,000 population). Among 15,165 hospitalizations, 14,544 (95.9%) were associated with influenza A virus, 495 (3.3%) with influenza B virus, 38 (0.3%) with influenza A virus and influenza B virus co-infection, and 88 (0.6%) with influenza virus for which the type was not determined. Among those with influenza A subtype information, 2,043 (55.8%) were A(H1N1)pdm09 virus and 1,616 (44.1%) were A(H3N2).

Among 2,219 hospitalized adults with information on underlying medical conditions, 2,000 (90.1%) had at least one reported underlying medical condition, the most commonly reported were cardiovascular disease, metabolic disorder, and obesity. Among 428 hospitalized children with information on underlying medical conditions, 209 (48.8%) had at least one

# Attachment 4

underlying medical condition; the most commonly reported was asthma. Among 328 hospitalized women of childbearing age (15-44 years) with information on pregnancy status, 91 (27.7%) were pregnant.

Additional FluSurv-NET data displaying hospitalization rates for the current and past seasons and different age groups (including rates for patients 65-74 years, 74-84 years, and 85 years of age and older), as well as data on patient characteristics (such as influenza virus type, demographic, and clinical information), are available on FluView Interactive at:
http://gis.cdc.gov/GRASP/Fluview/FluHospRates.html
(http://gis.cdc.gov/GRASP/Fluview/FluHospRates.html) and
http://gis.cdc.gov/grasp/fluview/FluHospChars.html
(http://gis.cdc.gov/grasp/fluview/FluHospChars.html).

FluSurv-Net data is used to generate national estimates of the total numbers of flu cases, medical visits, hospitalizations, and deaths. This season, CDC is reporting preliminary cumulative in-season estimates, which are available at
https://cdc.gov/flu/about/burden/preliminary-in-season-estimates.htm (
https://www.cdc.gov/flu/about/burden/preliminary-in-season-estimates.htm).

**Laboratory-Confirmed Influenza Hospitalizations**

Preliminary cumulative rates as of Mar 23, 2019



(http://gis.cdc.gov/GRASP/Fluview/FluHospRates.html)

Data from the Influenza Hospitalization Surveillance Network (FluSurv-NET), a population-based surveillance for influenza related hospitalizations in children and adults in 13 U.S. states. Cumulative incidence rates are calculated using the National Center for Health Statistics' (NCHS) population estimates for the counties included in the surveillance catchment area.

View Interactive Application (http://gis.cdc.gov/GRASP/Fluview/FluHospRates.html) |
View Full Screen | View PowerPoint Presentation

# Attachment 4

(http://gis.cdc.gov/grasp/fluview/FluHospChars.html)



(http://gis.cdc.gov/grasp/fluview/FluHospChars.html)

FluSurv-NET data are preliminary and displayed as they become available. Therefore, figures are based on varying denominators as some variables represent information that may require some time to be collected. Data are refreshed and updated weekly. Asthma includes a medical diagnosis of asthma or reactive airway disease; Cardiovascular diseases include conditions such as coronary heart disease, cardiac valve disorders, congestive heart failure, and pulmonary hypertension; does not include isolated hypertension; Chronic lung diseases include conditions such as chronic obstructive pulmonary disease, bronchiolitis obliterans, chronic aspiration pneumonia, and interstitial lung disease; Immune suppression includes conditions such as immunoglobulin deficiency, leukemia, lymphoma, HIV/AIDS, and individuals taking immunosuppressive medications; Metabolic disorders include conditions such as diabetes mellitus; Neurologic diseases include conditions such as seizure disorders, cerebral palsy, and cognitive dysfunction; Neuromuscular diseases include conditions such as multiple sclerosis and muscular dystrophy; Obesity was assigned if indicated in patient's medical chart or if body mass index (BMI) >30 kg/m2; Pregnancy percentage calculated using number of female cases aged between 15 and 44 years of age as the denominator; Renal diseases include conditions such as acute or chronic renal failure, nephrotic syndrome, glomerulonephritis, and impaired creatinine clearance; No known condition indicates that the case did not have any known high risk medical condition indicated in medical chart at the time of hospitalization.

View Interactive Application (http://gis.cdc.gov/grasp/fluview/FluHospChars.html) | View Full Screen | View PowerPoint Presentation

## Pneumonia and Influenza (P&I) Mortality Surveillance: (http://www.cdc.gov/flu/weekly/overview.htm#Mortality)

Based on National Center for Health Statistics (NCHS) mortality surveillance data available on March 28, 2019, 7.4% of the deaths occurring during the week ending March 16, 2019 (week 11) were due to P&I. This percentage is above the epidemic threshold of 7.2% for week 11.

Additional pneumonia and influenza mortality data for current and past seasons and by geography (national, HHS region, or state) are available at on FluView Interactive http://gis.cdc.gov/grasp/fluview/mortality.html. (http://gis.cdc.gov/grasp/fluview/mortality.html) Data displayed on the regional and state-level are aggregated by the state of residence of the decedent.

# Attachment 4



Pneumonia and Influenza Mortality from
the National Center for Health Statistics Mortality Surveillance System
Data through the week ending March 16, 2019, as of March 28, 2019

View Regional and State Level Data (http://gis.cdc.gov/grasp/fluview/mortality.html) |
View Chart Data | View Full Screen | View PowerPoint Presentation

## Influenza-Associated Pediatric Mortality:
(http://www.cdc.gov/flu/weekly/overview.htm#Mortality)

One influenza-associated pediatric death was reported to CDC during week 12. This death
was associated with an influenza A(H1N1)pdm09 virus and occurred during week 12 (the
week ending March 23, 2019).

A total of 77 influenza-associated pediatric deaths occurring during the 2018-2019 season have
been reported to CDC.

Additional information on influenza-associated pediatric deaths including basic
demographics, underlying conditions, bacterial co-infections, and place of death for the
current and past seasons, is available on FluView Interactive
http://gis.cdc.gov/GRASP/Fluview/PedFluDeath.html
(http://gis.cdc.gov/GRASP/Fluview/PedFluDeath.html).



**Number of Influenza-Associated Pediatric Deaths
by Week of Death: 2015-2016 season to present**

(http://gis.cdc.gov/GRASP/Fluview/PedFluDeath.html)

View Interactive Application (http://gis.cdc.gov/GRASP/Fluview/PedFluDeath.html) |
View Full Screen | View PowerPoint Presentation

## Additional National and International Influenza Surveillance

43

# Attachment 4

Information

FluView Interactive: FluView includes enhanced web-based interactive applications that can provide dynamic visuals of the influenza data collected and analyzed by CDC. These FluView Interactive applications allow people to create customized, visual interpretations of influenza data, as well as make comparisons across flu seasons, regions, age groups and a variety of other demographics. To access these tools, visit http://www.cdc.gov/flu/weekly/fluviewinteractive.htm (http://www.cdc.gov/flu/weekly/fluviewinteractive.htm).

U.S. State and local influenza surveillance: Click on a jurisdiction below to access the latest local influenza information.

Alabama (http://adph.org/influenza/)

Alaska (http://dhss.alaska.gov/dph/Epi/id/Pages/inf

Colorado (https://www.colorado.gov/pacific/cdphe/influenza)

Connecticut (http://www.portal.ct.gov/DPH/Infecti

Georgia ( https://dph.georgia.gov/flu-activity-georgia)

Hawaii (http://health.hawaii.gov/docd/resources/re

Iowa (http://idph.iowa.gov/influenza/surveillance)

Kansas (http://www.kdheks.gov/flu/surveillance.htr

Maryland (https://phpa.health.maryland.gov/influenza/fluwatch/)

Massachusetts (https://www.mass.gov/influenza)

Missouri (http://health.mo.gov/living/healthcondiseases/communicable/influenza/reports.php)

Montana (http://dphhs.mt.gov/publichealth/cdepi/d

New Jersey (http://www.nj.gov/health/cd/topics/flu.shtml)

New Mexico (https://nmhealth.org/about/erd/ideb/

Ohio (http://www.flu.ohio.gov )

Oklahoma (http://www.ok.gov/health/Disease, Prevention, Pr

South Carolina (http://www.scdhec.gov/Health/DiseasesandConditions/InfectiousDiseases/Flu/FluData/)

South Dakota (http://doh.sd.gov/diseases/infectiou

Vermont (http://www.healthvermont.gov/immunizations-infectious-disease/influenza/flu-activity-and-surveillance)

Virginia (http://www.vdh.virginia.gov/epidemiology

Wyoming (https://health.wyo.gov/publichealth/infectious-disease-epidemiology-unit/disease/influenza/)

New York City (http://www1.nyc.gov/site/doh/prov

World Health Organization: Additional influenza surveillance information from participating WHO member nations is available through FluNet (http://www.who.int/influenza/gisrs_laboratory/flunet/en/index.html) and the Global Epidemiology Reports. (http://www.who.int/influenza/surveillance_monitoring/en/)

WHO Collaborating Centers for Influenza located in Australia (http://www.influenzacentre.org/surveillance_samplesreceived.htm) , China (http://www.chinaivdc.cn/cnic/) , Japan (http://idsc.nih.go.jp/index.html) , the United Kingdom (https://www.crick.ac.uk/research/worldwide-influenza-centre) , and the United States (http://www.cdc.gov/flu/) (CDC in Atlanta, Georgia).

Europe: For the most recent influenza surveillance information from Europe, please see WHO/Europe and the European Centre for Disease Prevention and Control at http://www.flunewseurope.org/ (http://www.flunewseurope.org/) .

Public Health Agency of Canada: The most up-to-date influenza information from Canada is available at http://www.phac-aspc.gc.ca/fluwatch/ (http://www.phac-aspc.gc.ca/fluwatch/)

Public Health England: The most up-to-date influenza information from the United Kingdom is available at https://www.gov.uk/government/statistics/weekly-national-flu-reports (http://www.hpa.org.uk/Topics/InfectiousDiseases/InfectionsAZ/SeasonalInfluenza/)

Any links provided to non-Federal organizations are provided solely as a service to our users. These links do not constitute an endorsement of these organizations or their programs by CDC or the Federal Government, and none should be inferred. CDC is not responsible for the content of the individual organization web pages found at these links.

# Attachment 4

An overview of the CDC influenza surveillance system, including methodology and detailed descriptions of each data component, is available at:
http://www.cdc.gov/flu/weekly/overview.htm.
(http://www.cdc.gov/flu/weekly/overview.htm)

-------------------------------------------------------------------------

File Formats Help:

How do I view different file formats (PDF, DOC, PPT, MPEG) on this site? (https://www.cdc.gov/Other/plugins/)

(https://www.cdc.gov/Other/plugins/#pdf) (https://www.cdc.gov/Other/plugins/#ppt)

Page last reviewed: March 29, 2019

Page last updated: March 29, 2019

Content source:  Centers for Disease Control and Prevention (https://www.cdc.gov/), National Center for Immunization and Respiratory Diseases (NCIRD) (https://www.cdc.gov/ncird/index.html)

Page maintained by: Office of the Associate Director for Communication, Digital Media Branch, Division of Public Affairs