IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ANDREW CHRISTENSON Movant,

ELECTRONIC PRIVACY INFORMATION CENTER
Plaintiff,
v.
UNITED STATES DEPARTMENT OF JUSTICE
Defendant.

Judge Reggie B. Walton

Civ. Action No. 19-810 - RBW

Motion for Leave to File Amended Motion to Join and Intervene and Open Letter to Judge Reggie B. Walton

Incorporate the Electronic Privacy Information Center's Motion for a Preliminary Injunction into Movant's Motion to Join and Intervene. The Injunction confirms that I have standing and cause. The first thing EPIC talks about is Russian interference in our 2016 election. That is the equivalent of not seeing the forest through the trees. THE RUSSIANS WERE NOT THE PROBLEM, WE WERE. OUR GOVERNMENT, POLITICAL PARTIES, THE FOR-PROFIT MEDIA, THE NON-PROFIT MEDIA, ORGANIZED RELIGION, BUSINESSES, ETC. EVERYONE PUT THEIR NEEDS AHEAD OF THE AMERICAN PEOPLE AND BECAUSE OF THAT MANKIND WILL CEASE TO EXIST. IT IS CALLED SUICIDE. WE HAVE TO CHANGE THE NARRATIVE. CENSORSHIP IS DESTROYING US.

Reference my original Motion to Join and Intervene. You will see the correlation between my Motion and the Injunction. Almost ever case that EPIC lists has my pleadings.

Statement of Fact: Nobody represents the American People. EPIC has political motives for invoking the Freedom of Information Act. While I support EPIC's right to the information, I do not support what they are going to do with it and what they are going to do with it is harm the American People for gain, political gain, financial gain and most of all power.

### Judge Walton,

When I first contacted you over five years ago you thought I was crazy and a nuisance. You were convinced that I was a threat. You were absolutely convinced that I did not deserve a voice in your court and you had the law, rules and procedures on your side but I had the Constitution on my side. I lost, you lost, your family lost and so did all Americans. Our country is spiraling out of control.

You would have committed me if I had told you this story ten years ago. Ten years ago, I started telling this story and for that I was classified as a terrorist, falsely arrested, committed to the psychiatric floor of the Orleans Parish prison where I was illegal and involuntarily medicated with 2500 mg of Thorazine every day. I was never charged with a crime.

In very simplistic terms all I want is for the government to stop lying and to start telling the truth. In a way it is the same as invoking the Freedom of Information Act.

How can we have fair and honest elections when our own government is so corrupt?

(This is beyond unbelievable. Look at the Defendants) (Was Judge Koeltl pressured to deny my Motion? He docketed 50 plus pleadings of mine. He even docketed the Unabomber's Manifesto and nobody blinked. Are we just brain dead or immune to what is taking place?)
The Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Complaint was filed on behalf of the 11 members, just the 11 members, of the DNC and not all of the members of the Democratic Party and for that matter, not all Americans. These are the defendants in the case: Aras Iskenerovich Agalarov, Donald J. Trump For President, Inc., Donald J. Trump, Jr., Emin Araz Agalarov, General Staff of the Armed Forces of the Russian Federation, George Papadopoulos, GRU Operative Using the Pseudonym "Guccifer2.0", Jared C Kushner, John Does 1-10, Joseph Mifsud, Julian Assange, Paul J. Manafort, Jr., Richard W. Gates, III, Roger J. Stone, Jr., The Russian Federation and WikiLeaks. WOW!

I file an original Racketeer Influenced and Corrupt Organization Act (RICO) Class Action Complaint Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Read the attached letter to Judge Amy B. Jackson which has also been docketed in several cases.

The house is burning down and the Federal Judiciary is trying to decide what color to paint the trim.

GODSPEED.

Sincerely filed, In Proper Person,

*[signature]*

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE
I hereby certify that on March 30th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

*[signature]*

David Andrew Christenson

Judge A. Jackson
U. S. District Court District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

January 30th, 2019 – There is no place to be heard and what is worse is that no one will listen. We are all programed by our governments, institutions, the media, religion, etc. to be immune to the truth and what is important. The Constitution grants me the right to file a grievance but the courts have denied me that right. The courts by denying me, deny all Americans their Constitutional Rights and specifically their First Amendment Rights.

I need for you to change the narrative and dialogue before it is to late. You can do this by ordering the Department of Justice to respond.

Reference:

Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York

The Democratic National Committee (DNC) filed a RICO Complaint against Trump, the Russian Federation, etc. on behalf themselves, the 11 members, and no one else even though every American was harmed and that includes you and me.

Judge Koeltl denied me the right to join and stated that I was free to bring "new actions that seek proper relief." I filed my own complaint and incorporated the DNC RICO Complaint into my complaint.

I have attached Judge McMahon's order denying my complaint. She called it frivolous, malicious and irrational and yet the DNC complaint is still at issue. I incorporated the DNC into my complaint. She made the decision, issued an opinion, that I had not been harmed and neither had the other 350 million Americans. With this the order the DNC complaint should have been dismissed by Judge Koeltl.

She denied the me the right to Amend and Appeal.

Judge McMahon actually did an outstanding job arguing my case for me if you read her order carefully.

Judge McMahon stated the following in her order:

*Plaintiff Christenson seeks to incorporate into this complaint the defendants and the "causes of action in the DNC complaint" in Democratic National Committee, No. 18-CV-3501 (JGK), which is attached as an exhibit to Plaintiff's complaint. (Compl. at 1.) Plaintiff explains, however, that "[a]dditional Defendants were added" and that his complaint "is non-political, unlike the DNC complaint." (Id.)3 Plaintiff contends that "all Americans had their Constitutional Rights criminally violated [and] [t]he DNC is as guilty as anyone." (Id.) The "Democratic National Committee narcissistically filed their [sic] complaint on behalf of*

*themselves only and not on behalf of all Americans." (Id. at 2.) He brings this "unfinished complaint" as a class action "on behalf of all Americans." (Id. at 1.)*

She went as far as to grant me pauper status for my complaint and then denied me pauper status for my appeal even though she denied me the right to appeal.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| DAVID ANDREW CHRISTENSON, Plaintiff, -against- DEMOCRATIC NATIONAL COMMITTEE; REPUBLICAN NATIONAL COMMITTEE; DONALD J. TRUMP FOR PRESIDENT INC.; DEMOCRATIC PARTY; REPUBLICAN PARTY; PRESIDENT DONALD TRUMP; PRESIDENT BARACK OBAMA; JOHN DOES 1-999, Defendants. | 18-CV-5769 (CM) ORDER OF DISMISSAL |
|---|---|

COLLEEN McMAHON, Chief United States District Judge:

By order dated June 21, 2018, in *Democratic National Committee v. The Russian Federation et al.*, No. 18-CV-3501 (JGK) (S.D.N.Y. June 21, 2018), the district court noted that David Andrew Christenson, who was not a party to the case and had been denied permission to intervene, had filed thirty "amicus" submissions in that case, including some that were filed after the Court warned him that he would be subject to an anti-filing injunction if he continued to do so.[1] The district court observed in that order that Christenson was free to bring "new actions that seek proper relief."

---

[1] The order cited *United States v. Manafort*, No. 17-CR-21 (D.D.C. Nov. 29, 2017), another case where Christenson was denied leave to intervene. Review of public records reflects that Christenson has attempted to intervene in many other actions. *See, e.g., Manafort v. U.S. Dep't of Justice*, No. 18-CV-011 (ABJ) (D.D.C. Feb. 21, 2018) (denying David Andrew Christenson leave to intervene); *Attkisson v. U.S. Dep't of Justice*, No. 14-CV-1944 (APM) (D.D.C. Mar. 2, 2015) (denying motion to intervene in Freedom of Information Act action seeking records relating to Sharyl Attkisson and two Federal Bureau of Investigation cases). One district court barred Christenson from further "straining judicial resources" with his emails. *In re Christenson*, No. 18-CV-1064 (N.D. Ill. Feb. 12, 2018).

A few days after that order issued, Christenson, acting *pro se*, filed this complaint, which he styles as a class action brought "on his own behalf and on behalf of all Americans." (Compl. at 1.) Plaintiff also seeks to have his class action complaint "consolidated into" the action in which he was denied leave to intervene, *Democratic Nat'l Committee*, No. 18-CV-3501 (JGK) (S.D.N.Y.). The Court dismisses the complaint for the reasons set forth below.[2]

## STANDARD OF REVIEW

The Court must dismiss a complaint, or portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b); *see Abbas v. Dixon*, 480 F.3d 636, 639 (2d Cir. 2007). While the law mandates dismissal on any of these grounds, the Court is obliged to construe pro se pleadings liberally, *Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009), and interpret them to raise the "strongest [claims] that they suggest," *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474-75 (2d Cir. 2006) (internal quotation marks and citations omitted) (emphasis in original).

A claim is frivolous when it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 324-25 (1989), *abrogated on other grounds by Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007); *see also Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992) (holding that "finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible"); *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) ("[A]n action is 'frivolous' when either: (1) the factual contentions

---

 

[2] Plaintiff has not paid the filing fee for this action or submitted the Court's *in forma pauperis* (IFP) application, but he states that he lacks the financial resources for this action. The Court therefore grants Plaintiff's request to proceed IFP.

are clearly baseless . . . ; or (2) the claim is based on an indisputably meritless legal theory.") (internal quotation marks and citation omitted).

## BACKGROUND

Plaintiff Christenson seeks to incorporate into this complaint the defendants and the "causes of action in the DNC complaint" in *Democratic National Committee*, No. 18-CV-3501 (JGK), which is attached as an exhibit to Plaintiff's complaint. (Compl. at 1.) Plaintiff explains, however, that "[a]dditional Defendants were added" and that his complaint "is non-political, unlike the DNC complaint." (*Id.*)[3] Plaintiff contends that "all Americans had their Constitutional Rights criminally violated [and] [t]he DNC is as guilty as anyone." (*Id.*) The "Democratic National Committee narcissistically filed their [sic] complaint on behalf of themselves only and not on behalf of all Americans." (*Id.* at 2.) He brings this "unfinished complaint" as a class action "on behalf of all Americans." (*Id.* at 1.)

> The following is an excerpt from Plaintiff's complaint:
>
> An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?
>
> There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In

---

[3] Plaintiff sues former President Barack Obama and the Democratic National Committee, who were not named as defendants in *Democratic Nat'l Committee*, No. 18-CV-3501 (JGK).

3

> simplistic terms, chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators. Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus?
>
> . . . .
>
> The Supreme Court may actually have protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. . . .

(*Id.* at 3.)

## DISCUSSION [handwritten: The Constitution Does Not Apply.]

As an initial matter, the Court notes that the statute governing appearances in federal court, 28 U.S.C. § 1654, allows two types of representation: "that by an attorney admitted to the practice of law by a governmental regulatory body, and that by a person representing himself." *Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) (quoting *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991)). A nonlawyer thus cannot bring suit on behalf of others and must have counsel to pursue class action litigation. *Rodriguez v. Eastman Kodak Co.*, 88 Fed. App'x 470, 470 (2d Cir. 2004) (citing *Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998)); *Phillips v. Tobin*, 548 F.2d 408, 412-15 (2d Cir. 1976). Plaintiff is not an attorney admitted to practice in this Court, and he therefore cannot bring a class action asserting claims on behalf of others.

Turning to the substance of the complaint, even when read with the "special solicitude" due *pro se* pleadings, *Triestman*, 470 F.3d at 474-75, Plaintiff's complaint must be dismissed as

4

frivolous. Plaintiff's allegations rise to the level of the irrational, and there is no legal theory on which he can rely. *See Denton*, 504 U.S. at 33; *Livingston*, 141 F.3d at 437.[4]

District courts generally grant a *pro se* plaintiff an opportunity to amend a complaint to cure its defects, but leave to amend is not required where it would be futile. *See Hill v. Curcione*, 657 F.3d 116, 123-24 (2d Cir. 2011); *Salahuddin v. Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988). Because the defects in Plaintiff's complaint cannot be cured with amendment, the Court declines to grant Plaintiff leave to amend.

Plaintiff is warned that further repetitive or frivolous litigation in this Court will result in an order barring Plaintiff from filing new actions *in forma pauperis* without prior permission. *See* 28 U.S.C. § 1651.

## CONCLUSION

The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff's complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff's request for consolidation is denied as moot.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: June 28, 2018
New York, New York

COLLEEN McMAHON
Chief United States District Judge

---

[4] Although Plaintiff purports to incorporate some portions of the complaint from *Democratic National Committee*, No. 18-CV-3501 (JGK)(S.D.N.Y.), into his complaint (despite adding the Democratic National Committee as a *defendant* in his complaint), the Court does not reach the merits of any of those claims in determining that Plaintiff's complaint is frivolous.

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ANDREW CHRISTENSON Movant,

ELECTRONIC PRIVACY INFORMATION CENTER
Plaintiff,
v.
UNITED STATES DEPARTMENT OF JUSTICE
Defendant.

Judge Reggie B. Walton

Civ. Action No. 19-810 - RBW

Motion for Leave to File Motion to Join and Intervene

Movant has standing and cause thus he is entitled to see the **unredacted** Special Counsel ("Mueller") Report. Movant incorporates the Electronic Privacy Information Center Complaint into this Motion to Join/Intervene.

Special Counsel/FBI Director Robert Mueller was instrumental in classifying the Movant/David Andrew Christenson as a terrorist in 2010. Attorney General Matthew Whitaker represented, against his will, Movant/David Andrew Christenson as his defense attorney and so did US Attorney Linda Mott and US Attorney Billy Gibbens. Christenson was falsely arrested on March 15th, 2011, placed into isolation for 11 days where he was illegal medicated and he was never charged with a crime. What happened to Christenson is factual, documented and verifiable. Mueller criminally violated the Constitution and is guilty of Misprision, Misprision of a Felony, Misprision of Treason, Conspiracy, etc. The results will be the Genocide of Mankind. This is not a prediction or prophecy but a mathematical certainty. Mankind will cease to exist by October 12th, 2050 and suicides will outnumber births by then.

Mueller is not credible nor is the Department of Justice.

A review of the following cases will provide extensive documentation. Movant has pleadings in every case. Many are in the court's secret docket. There are 150 plus cases within the Federal Judiciary and the Supreme Court.

Supreme Court – Four Writs of Mandamus and Prohibition – Filed so that the Government is Ordered to stop lying and to start telling the truth.

Docket for 16-6345 Title: In Re David Andrew Christenson, Petitioner v. In Re David Andrew Christenson, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 7, 2016)
Docket for 16-6278 Title: In Re David Andrew Christenson, Petitioner v. In Re David Andrew Christenson, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due November 3, 2016)

Docket for 16-5869 Title: David Andrew Christenson, Petitioner v. United States David Andrew Christenson, Petitioner United States Court of Appeals for the Fifth Circuit Petition for a writ of certiorari and motion for leave to proceed in forma Party name: David Andrew Christenson
Docket for 14-10077 Title: In Re David Andrew Christenson, Petitioner v. In Re David Andrew Christenson, Petitioner Petition for a writ of mandamus and/or prohibition and motion for leave to proceed in forma pauperis filed. (Response due July 6, 2015)

Larry Klayman v. Barack Obama (14-5207) Court of Appeals for the D.C. Circuit
Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit
United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit
State of California v. Trump (3:19-cv-00872) District Court, N.D. California
United States v. STONE (1:19-cr-00018) District Court, District of Columbia
CORSI v. MUELLER (1:18-cv-02885) District Court, District of Columbia
KLAYMAN v. OBAMA (1:13-cv-00851) District Court, District of Columbia
PAUL v. OBAMA (1:14-cv-00262) District Court, District of Columbia
In re: USA v. USDC-ORE (17-71692) Court of Appeals for the Ninth Circuit
Juliana v. United States of America (6:15-cv-01517) District Court, D. Oregon
State Of New York v. Donald Trump (1:17-cv-05228) District Court, E.D. New York
State of New York v. Donald Trump (18-1525) Court of Appeals for the Second Circuit
Pen American Center, Inc. v. Trump (1:18-cv-09433) District Court, S.D. New York
Unknown Case Title (1:18-mc-00174) District Court, District of Columbia
In re: Grand Jury Investigation (18-3052) Court of Appeals for the D.C. Circuit
Christenson v. Democratic National Committee (1:18-cv-05769) District Court, S.D. New York
United States v. Kaczynski (2:96-cr-00259-GEB-GGH) District Court E.D. California
United States v. Nagin (2:13-cr-00011) District Court, E.D. Louisiana District Court, E.D. Louisiana.
BLUMENTHAL v. WHITAKER (1:18-cv-02664) District Court, District of Columbia
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland
1:18:cr-00004 Boucher https://ecf.kywd.uscourts.gov/cgi-bin/ShowIndex.pl
Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York
United States v. Manafort (1:18-cr-00083) District Court, E.D. Virginia
Manafort v. United States (1:18-cv-00011) District Court, District of Columbia
United States v. Flynn (1:17-cr-00232) District Court, District of Columbia
United States v. Papadopoulos (1:17-cr-00182) District Court, District of Columbia
United States v. Manafort (1:17-cr-00201) District Court, District of Columbia
United States v. Internet Research Agency LLC (1:18-cr-00032) District Court, District of Columbia
United States v. Van Der Zwann (1:18-cr-00031) District Court, District of Columbia
United States v. BUTINA (1:18-cr-00218) District Court, District of Columbia
United States v. NETYKSHO (1:18-cr-00215) District Court, District of Columbia
United States v. BOUCHER (1:18:cr-00004)
Clifford v. Trump (1:18-cv-03842) District Court, S.D. New York
Stephanie Clifford v. Donald J. Trump (2:18-cv-06893) District Court, C.D. California
Keyes v. Wilson (2:18-cv-06630) District Court, E.D. New York
Kelsey Rose Juliana v. USA (18-36082) Court of Appeals for the Ninth Circuit
Sierra Club v. Trump (4:19-cv-00892) District Court, N.D. California

ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE (1:19-cv-00810) District Court, District of Columbia

GODSPEED.

Sincerely filed, In Proper Person,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 23rd, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

_____
David Andrew Christenson

Senior Judge Richard J. Leon
U. S. District Court District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Judge Leon,

I could use your help. What I say in the pleading applies to you as well.


GODSPEED.

Sincerely filed, In Proper Person,


David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com