# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, </br></br> Plaintiff, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF JUSTICE, </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action No. 19-810 (RBW) |

## ORDER

In accordance with the Court's oral rulings issued at the motion hearing held on the same date, it is hereby

**ORDERED** that the Plaintiff's Motion for a Preliminary Injunction, ECF No. 7, is **DENIED WITHOUT PREJUDICE**. Specifically, the motion is denied because the plaintiff has not satisfied its burden of demonstrating that it faces irreparable harm in the absence of an injunction. It is further

**ORDERED** that the government shall file its answer to the plaintiff's Complaint on or before April 25, 2019. It is further

**ORDERED** that the parties shall appear before the Court on May 2, 2019, at 10:00 a.m. to discuss how the parties wish to proceed in this case.

**SO ORDERED** this 9th day of April, 2019.

REGGIE B. WALTON
United States District Judge