**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Civil Action No. 19-cv-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) |
| Defendant. | ) ) ) |

## DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

On April 11, 2019, the Court ordered the parties to show cause why this case should not be consolidated with *Leopold v. Department of Justice*, No. 19-957. Order, Dkt. 26. The government agrees to the consolidation, because these cases "involve a common question of law or fact" under Federal Rule of Civil Procedure 42(a). Specifically, both cases argue for disclosure of the same document, the final Mueller Report.

Once consolidated, the Court should deny the pending motion for preliminary injunction in *Leopold* for the same reasons that it denied the request for the same emergency relief in this case, and order the Plaintiffs to appear at the status conference scheduled for May 2, 2019, at 10:00 a.m. A proposed order is attached.

Dated: April 12, 2019              Respectfully submitted,

                                   JOSEPH H. HUNT
                                   Assistant Attorney General
                                   Civil Division

                                   ELIZABETH J. SHAPIRO
                                   Deputy Director
                                   Federal Programs Branch

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2019, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-cv-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Response to the Court's Order to Show Cause, it is hereby ORDERED this case is consolidated with *Leopold v. Department of Justice*, No. 19-957.


Dated: _____

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE