UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 19-cv-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Response to the Court's Order to Show Cause, it is hereby ORDERED this case is consolidated with *Leopold v. Department of Justice*, No. 19-957.

Dated: _____

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE