Case 1:19-cv-00810-RBW   Document 29   Filed 04/16/19   Page 1 of 1

*Motion to file is granted.*
*Judge Walton*
*4/16/19*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID ANDREW CHRISTENSON Movant,
ELECTRONIC PRIVACY INFORMATION CENTER
Plaintiff,
v.
UNITED STATES DEPARTMENT OF JUSTICE
Defendant.

Judge Reggie B. Walton

Civil No. 19-810 - RBW

Notice of Appeal

Thank you for docketing my Motion and giving the American People a voice through me.

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on April 6th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson

1


RECEIVED
Mail Room
APR - 9
Angela D. Caesar, Clerk of Court
District Court, District of Columbia