**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |
| JASON LEOPOLD & BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

On April 11, 2019, the Court ordered that, "[t]o the extent that the plaintiffs in the above-captioned matters are seeking the release of the Special Counsel Mueller's report regarding the investigation into Russian interference in the 2016 United States presidential election, . . . the parties in the above-captioned matters [] show cause as to why the cases should not be consolidated." Order at 2 (Apr. 11, 2019), Electronic Privacy Information Center v. U.S. Dep't of Justice ("EPIC v. DOJ"), Civ. Action No. 19-810; Order at 2 (Apr. 11, 2019), Leopold et al. v. U.S. Dep't of Justice et al. ("Leopold et al. v. DOJ et al."), Civ. Action No. 19-957.  The parties

timely filed their responses to the Court's Order, and each party indicated that they do not oppose consolidation.  See Defendant's Response to the Court's Order to Show Cause at 1 (Apr. 12, 2019), EPIC v. DOJ, Civ. Action No. 19-810 ("The government agrees to the consolidation[.]"); Plaintiff's Response to Order to Show Cause at 1 (Apr. 18, 2019) ("EPIC does not oppose consolidation[.]"), EPIC v. DOJ, Civ. Action No. 19-810; Plaintiffs' Position on Consolidation at 1 (Apr. 19, 2019), Leopold et al. v. DOJ et al., Civ. Action No. 19-957 ("Plaintiffs do not oppose consolidation[.]").  In light of the parties' responses to the Court's April 11, 2019 Order to Show Cause, it is hereby

**ORDERED** that the parties' obligations under the Court's April 11, 2019 Order to Show Cause are **DISCHARGED**.  It is further

**ORDERED** that, to the extent that the plaintiffs in the above-captioned matters are seeking the release of the Special Counsel Mueller's report regarding the investigation into Russian interference in the 2016 United States presidential election, Case No. 19-cv-810 is **CONSOLIDATED** with Case No. 19-cv-957.  It is further

**ORDERED** that the parties shall make all future filings only in Case No. 19-cv-810, and the Clerk of the Court shall refuse to accept any filings in Case No. 19-cv-957.

**SO ORDERED** on this 22nd day of April, 2019.

                                              REGGIE B. WALTON
                                              United States District Judge