RECEIVED
Mail Room
APR 23 2019
United States Court of Appeals
District of Columbia Circuit

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)  Case: 19-XXXX
v.  Civ. Action No. 19-810 - RBW
Appellee – NA
(Electronic Privacy Information Center v. United States Department of Justice)

Notice of Appeal

Notice of Appeal of Order deny Movant's Motion to Join and Intervene: Case 1:19-cv-00810-RBW Document 20 Filed 04/05/19 Page 1 of 4.

GODSPEED.

Sincerely filed, In Proper Person,

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on April 20th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail.

David Andrew Christenson