**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |
| JASON LEOPOLD & BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In accordance with the Court's oral rulings issued at the status conference held on the May 2, 2019, it is hereby

**ORDERED** that, on or before May 6, 2019, the defendant shall produce to the plaintiffs a redacted copy of Special Counsel Mueller's report regarding the investigation into Russian interference in the 2016 United States presidential election with the appropriate exemption markings under the Freedom of Information Act. It is further

**ORDERED** that the parties' obligation to submit a statement of material facts with their respective motions for summary judgment under Local Civil Rule 7(h)(1) is **WAIVED**. It is further

**ORDERED** that the defendant shall file its motion for summary judgment on or before June 3, 2019.[1]  It is further

**ORDERED** that the Electronic Privacy Information Center's request that the defendant submit, for <u>in camera</u> review, the original, unredacted version of the Special Counsel Mueller's report regarding the investigation into Russian interference in the 2016 United States presidential election with the filing of its motion for summary judgment is **DENIED WITHOUT PREJUDICE**.  It is further

**ORDERED** that the plaintiffs shall file their opposition to the defendant's motion and any cross-motion for summary judgment on or before June 24, 2019.  It is further

**ORDERED** that the defendant shall file its combined reply in support of its motion and opposition to any cross-motion on or before July 8, 2019.  It is further

**ORDERED** that the plaintiffs shall file their reply in support of any cross-motion on or before July 15, 2019.  It is further

**ORDERED** that the parties shall appear for a status conference on August 5, 2019, at 10:00 a.m. for a hearing on the parties' cross-motions for summary judgment.  It is further

---

[1] The Court notes that the defendant's motion for summary judgment and any cross-motion filed by the plaintiffs pertain only to the plaintiffs' request for Special Counsel Mueller's report regarding the investigation into Russian interference in the 2016 United States presidential election.  The Court will address summary judgment briefing regarding the additional documents sought by Electronic Privacy Information Center at a later date.

**ORDERED** that, on or before June 3, 2019, the defendant shall produce all non-exempt records responsive to Category 5 of the Electronic Privacy Information Center's FOIA request.[2] It is further

**ORDERED** that, on or before June 17, 2019, the parties shall submit a joint status report regarding how the case shall proceed with respect to the additional documents sought by the Electronic Privacy Information Center.  It is further

**ORDERED** that the parties shall appear for a status conference on July 2, 2019, at 10:00 a.m., in order to propose a production schedule to the Court for the additional documents sought by the Electronic Privacy Information Center.

**SO ORDERED** this 3rd day of May, 2019.

REGGIE B. WALTON
United States District Judge

---

[2] Category 5 of the Electronic Privacy Information Center's FOIA request seeks the release of all referrals by the Special Counsel, Attorney General, or Acting Attorney General, including "[a]ll [] outlines, exhibits, and supporting materials associated with any actual or planned referral, for 'administrative remedies, civil sanctions or other governmental action outside the criminal justice system' under 28 C.F.R. § 600.4(c), whether or not such records were actually transmitted to any party outside of the Special Counsel's Office." Compl. ¶ 43, Electronic Privacy Information Center v. U.S. Dep't of Justice, Civ. Action No. 19-810.