FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jason Leopold and Buzzfeed Inc. )<br>*Plaintiff* )<br>)<br>v. )<br>)<br>U.S. Department of Justice, et. al. )<br>*Defendant* ) | Civil Action No. 1:19-cv-00957 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Attorney General
   950 Pennsylvania Ave, NW
   Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Matthew V. Topic
   Loevy & Loevy
   311 N. Aberdeen St., 3rd Fl.
   Chicago, IL 60607

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 04/05/2019

/s/ Simone Bledsoe
*Signature of Clerk or Deputy Clerk*

FOIA Summons (1/13) (Page 2)

Civil Action No. 1:19-cv-00957

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **U.S. Attorney General**
was received by me on *(date)* **4/5/19**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **I served the summons via USPS Certified Mail, Return Receipt Requested, Article No. 7018 1830 0000 4325 8343.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4/8/19**

*Server's signature*

**Blake D. Bonting, paralegal**
*Printed name and title*

**Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607**
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Attorney General<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below. ☐ No<br><br>APR 15 2019 |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3277 7196 8406 55 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 1830 0000 4325 8343 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |