AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Movant David Andrew Christenson )
*Plaintiff/Petitioner* )
v. ) Civil Action No. Civ. Action No. 19-810 - RBW
)
*Defendant/Respondent* )

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:
Brooks Brothers
10562 Emerald Coast Pkwy suite 108-109, Destin, FL 32550

My gross pay or wages are: $ 425.00, and my take-home pay or wages are: $ 300.00 per
(specify pay period) week .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes   ☒ No
(b) Rent payments, interest, or dividends             ☐ Yes   ☒ No
(c) Pension, annuity, or life insurance payments      ☐ Yes   ☒ No
(d) Disability, or worker's compensation payments     ☐ Yes   ☒ No
(e) Gifts, or inheritances                            ☐ Yes   ☒ No
(f) Any other sources                                 ☐ Yes   ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

My wife earns $775.00 per week with take home of $600.00 per week.



RECEIVED
Mail Room

MAY 23 2019

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None with the exception of two cars. 1989 Jeep and 2006 Chevy.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Total expenses are $5,000.00 per month. In April 2017 we moved my wife's parents from Louisiana to Florida and placed them in a memorary care/Alzheimer's unit. We are responsilbe for them.

The 5th Circuit and the Eastern District of Louisiana have granted me Pauper Status. See attachment.

Expenses have not changed with the excepton of medical expenses which have gone up. We deficit spend. My legal expenses, mail and printing, run $200.00 per week.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Five credit cards and one installment loan. Capital One (3x), USAA and Mercury. All are close to be maxed out. Total debt is $40,000.00.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:     05/20/2019

*Applicant's signature*

David Andrew Christenson
*Printed name*

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 28, 2017

Mr. David Andrew Christenson  
P.O. Box 9063  
Miramar Beach, FL 32550

    No. 16-30918    In Re: Deepwater Horizon  
                         USDC No. 2:10-MD-2179  
                         USDC No. 2:12-CV-970

Dear Mr. Christenson,

The District Court granted your motion to proceed in forma pauperis on appeal. Therefore, the briefing of the above appeal has resumed.

The appellant's brief is due to be filed in this office on or before July 28, 2017.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____  
                         Connie Brown, Deputy Clerk  
                         504-310-7671

cc:  
    Mr. Jeffrey Bossert Clark Sr.  
    Mr. Don Keller Haycraft  
    Mr. Russell Keith Jarrett  
    Mr. James Andrew Langan  
    Mr. Martin R. Martos II

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 08, 2017

Mr. David Andrew Christenson
P.O. Box 9063
Miramar Beach, FL 32550

        No. 17-30831     Adrian Caliste v. Harry Cantrell
        USDC No. 2:17-CV-6197

Dear Mr. Christenson,

The district court has granted your motion to proceed in forma pauperis on appeal.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See FED R. APP. P. and 5TH CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

You must complete a transcript order form, which can be obtained from the court's website www.ca5.uscourts.gov. You are required to electronically file the form via the 5th Circuit's Electronic Document Filing System even if the form was filed with the district court, and make financial arrangements with the court reporter. When completed, this meets your obligation to order the necessary portions of the court reporter's transcript, see FED R. APP. P. 10(b). (If you are pro se and unable to afford payment, you must file a motion with the district court requesting transcript at government expense, and notify this court.) We will coordinate the transcript deadlines with the court reporter. The court reporter should contact you directly if an extension of time to file the transcript is granted. Failure to complete the transcript order form and make financial arrangements with the court reporter within 15 days will result in dismissal of the appeal in accordance with the rules.

We will provide you information about the briefing schedule of this appeal at a later date. If a transcript is unnecessary,

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

United States District Court for the __EASTERN__ District of __LOUISIANA__

__DAVID ANDREW CHRISTENSON__

5th: 16-30918

Case No. __2:10-md-02179__

v.

__BP / Deepwater Horizon__

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)<br><br>Signed: [signature] | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 01/10/17 |

My issues on appeal are:  __See Motion__

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month |
|---|---|---|---|
| | You | Spouse | You + Spouse |
| Employment | $1000.00 | 2000.00 | $2500.00 |
| Self-employment | $0 | 400.00 | $400.00 |
| Income from real property (such as rental income) | $0 | | $0 |
| Interest and dividends | $0 | | $0 |
| Gifts | $0 | | $0 |
| Alimony | $0 | | $0 |
| Child support | $0 | | $0 |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | | $0 |
| Disability (such as social security, insurance payments) | $0 | | $0 |

MISC-14

| | | |
|---|---|---|
| Unemployment payments | $ 400.00 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 |
| Other (specify): _____ | $ 0 | $ 0 |
| Total monthly income: | $ 3,400.00 | $ 2,900.00 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay | |
|---|---|---|---|---|
| Tommy Bahama | Grand Blvd miramar | 08/16 – Present | 1000.00 | Part time |
| Cigar Factory | 12212 US98 miramar Be. | 11/15 – 5/16 | 1000.00 | Ave |
| Orvis | 625 Grand Blvd miramar | 03/14 – 06/15 | 1100.00 | Ave |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay | |
|---|---|---|---|---|
| First NBC | 9637 US98 M.B | 05/16 – Present | 1200.00 | New |
| AUS | 625 Grand Blvd MB | 10/13 – Present | 200.00 | PT |

4. How much cash do you and your spouse have? $ 0
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| First FL | Checking | $ 0 | $ 0 |
| First NBC | Checking | $ 0 | $ 0 |
| Wells Fargo | Checking | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MISC-14

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value): N/A

Other real estate (Value): N/A

Motor vehicle #1 (Value) 2000.00
Make & year: 2006
Model: Chevy Trailblazer
Registration #: FL 5575BE

Motor vehicle #2 (Value) 1500.00
Make & year: 1989 Jeep
Model: Wrangler
Registration #: FL 9132PL

Other assets (Value): 0

Other assets (Value): 0

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse money: 0

Amount owed to you: 0

Amount owed to your spouse: 0

7. State the persons who rely on you or your spouse for support.

Name (or, if under 18, initials only): N/A

Relationship: N/A

Age: N/A

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|   | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real-estate taxes included? 9 Yes 9 No  Is property insurance included? 9 Yes 9 No | $ 0 | $ 1700.00 |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ in Rent |
| Home maintenance (repairs and upkeep) | $ 0 | $ in Rent |
| Food | $ 750.00 | $ 1000.00 |

MISC-14

| | | |
|---|---|---|
| Clothing | $ 200 | $ 500 |
| Laundry and dry-cleaning | $ 0 | $ 100 |
| Medical and dental expenses | $ 250 | $ 350 |
| Transportation (not including motor vehicle payments) | $ 400 | $ 300 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 200 | $ 75 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ 0 |
|     Homeowner's or renter's | $ 0 | $ 0 |
|     Life | $ 229 | $ 0 |
|     Health | $ 0 | $ 0 |
|     Motor Vehicle | $ 100 | $ 0 |
|     Other: _____ | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): _____ | $ 0 | $ 0 |
| Installment payments | $ | $ |
|     Motor Vehicle | $ 0 | $ 0 |
|     Credit card (name): USAA / 3X Capital ONE / JUNIPER | $ 700 | $ 500 |
|     Department store (name): _____ | $ 0 | $ 0 |
|     Other: _____ | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 200 | $ 300 |
| Other (specify): _____ | $ 0 | $ 0 |
| Total monthly expenses: | $ 3629 | $ 4825 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    My wife took a pay cut. FIRST NBC is having problems
☑ Yes ☐ No     If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☑ No

If yes, how much? $ N/A

If yes, state the attorney's name, address, and telephone number:
N/A

MISC-14

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes  ☑ No

If yes, how much? $ N/A

If yes, state the person's name, address, and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. Debt Medical, Credit Cards, Legal Expenses

13. State the [city and state] of your legal residence. Miramar Beach Florida

Your daytime phone number: (504) 715-3086

Your age: 58   Your years of schooling: BS + MS

[Last four digits of] your social-security number: 2413

The DOJ has made sure that I am broke

MISC-14