**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY<br>INFORMATION CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-cv-810 (RBW) |
| | ) | |
| UNITED STATES DEPARTMENT OF<br>JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| JASON LEOPOLD, BUZZFEED, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-cv-957 (RBW) |
| | ) | |
| UNITED STATES DEPARTMENT OF<br>JUSTICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Unopposed Motion to Exceed Page Limits, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is FURTHER ORDERED that

Defendant may file a Memorandum in Support of its Motion for Summary Judgment not to exceed

55 pages in length.

Dated: _____

_____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE