UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-cv-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) ) | |
| JASON LEOPOLD, BUZZFEED, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-cv-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Summary Judgment in *Leopold v. Department of Justice* and Partial Summary Judgment in *Electronic Privacy Information Center v. Department of Justice*, it is hereby ORDERED that Defendant's Motion is GRANTED for the reasons set forth in Defendant's Memorandum in Support of its Motion.

Dated: _____

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE