## INDEX TO EXHIBITS

Declaration of Vanessa Brinkmann, dated June 3, 2019….....……………………….…Exhibit 1

    <u>Exhibits to Brinkmann Declaration</u>

    EPIC FOIA request, dated November 5, 2018……...………………….Exhibit A

    Leopold FOIA request, dated March 22, 2019………………....………Exhibit B

    OIP's response letters to Plaintiffs, dated May 6, 2019…...……...……..Exhibit C

    "Report On The Investigation Into Russian Interference
    In The 2016 Presidential Election" with additional FOIA markings…….Exhibit D

Statement Before the House Permanent Select Committee on Intelligence by James B. Comey, http://www.fbi.gov/news/testimony/hpsci-hearing-titled-russian-active-measures-investigation dated March 20, 2017…………..............................................................…………………Exhibit 2

DOJ Order No. 3915-2017, Appointment of Special Counsel to Investigate Russian Interference with the 2016 Presidential Election and Related Matters, https://www.justice.gov/opa/press-release/file/967231/download, dated May 17, 2017……………………………………….Exhibit 3

Letter from Attorney General, dated March 22, 2019……….………………………….Exhibit 4

Letter from Attorney General, dated March 24, 2019…………………………………….Exhibit 5

Letter from Attorney General, dated March 29, 2019…………………………………..…Exhibit 6

Letter from Attorney General, dated April 18, 2019...…………………………………….Exhibit 7