**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ )<br>ELECTRONIC PRIVACY )<br>INFORMATION CENTER, )<br>)<br>       Plaintiff, )<br>)<br>       v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, )<br>)<br>       Defendant. )<br>_____ )<br>)<br>JASON LEOPOLD, BUZZFEED, INC., )<br>)<br>       Plaintiffs, )<br>)<br>       v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, et al. )<br>)<br>       Defendants. )<br>_____ ) | Civil Action No. 19-cv-810 (RBW)<br><br><br><br><br><br>Civil Action No. 19-cv-957 (RBW) |

## DEFENDANT'S NOTICE OF FILING CORRECTED EXHIBIT

Defendant respectfully provides notice to the Court of filing a corrected exhibit in support of its motion for summary judgment. On June 3, 3019, Defendant filed its motion for summary judgment with supporting exhibits, which included a declaration from Vanessa Brinkmann, Senior Counsel for the Department of Justice's Office of Information Policy ("OIP"). *See* Dkt. 54. Exhibit D to Ms. Brinkmann's declaration is the FOIA-processed "Report On The Investigation Into Russian Interference In The 2016 Presidential Election" ("Report") that contains additional codes in the margins. *See* Dkt. 54-4, 54-5. After filing, OIP counsel discovered that OIP inadvertently omitted a marking for Exemption (b)(7)(E) in footnote 229 on page 57 in Volume I

of the Report.[1]  The attached corrected exhibit reflects the correct exemption markings in footnote

229 on page 57 of Volume I of the Report.[2]


Dated: June 4, 2019                          Respectfully submitted,

                                             HASHIM MOOPPAN
                                             Deputy Assistant Attorney General
                                             Civil Division

                                             ELIZABETH J. SHAPIRO
                                             Deputy Director
                                             Federal Programs Branch

                                             */s/ Courtney D. Enlow*
                                             COURTNEY D. ENLOW
                                             Trial Attorney
                                             United States Department of Justice
                                             Civil Division, Federal Programs Branch
                                             1100 L Street, N.W.
                                             Room 12102
                                             Washington, D.C. 20005
                                             Tel: (202) 616-8467
                                             Email: courtney.d.enlow@usdoj.gov

                                             *Counsel for Defendant*

---

[1] To be clear, OIP did not redact additional information from the Report; instead, OIP corrected the claimed exemptions.  In addition, OIP will update the FOIA-processed version of the Report that is publicly available on OIP's website at https://www.justice.gov/oip/foia-library to reflect this edit.

[2] Exhibit D to Ms. Brinkmann's declaration comprises both volumes of the Report.  *See* Dkt. 54-4, 54-5.  Because OIP corrected only footnote 229 on page 57 of Volume I, Defendant files only Volume I as an attachment to this notice.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2019, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

*/s/ Courtney D. Enlow*

COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov