**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED INC., </br></br>Plaintiffs, </br></br>v. </br></br>U.S. DEPARTMENT OF JUSTICE, et. al., </br></br>Defendants. | Case No. 19-cv-957 (RBW) |
| ELECTRONIC PRIVACY INFORMATION CENTER, </br></br>Plaintiffs, </br></br>v. </br></br>U.S. DEPARTMENT OF JUSTICE, et. al., </br></br>Defendants. | Case No. 19-cv-810 (RBW) |

## PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS

Plaintiffs Jason Leopold and BuzzFeed Inc. respectfully request leave to file a memorandum in support of their cross-motion for summary judgment and response to Defendant's motion for summary judgment that exceeds the 45-page limit set by Local Civil Rule 7(e) and Court Order. *See* General Order, Dkt. 10. Plaintiffs request an additional 10 pages, for a total of 55 pages. Before filing this motion, pursuant to Local Civil Rule 7(m), Plaintiffs' counsel conferred with Defendant's counsel and obtained consent to the excess pages requested.

Good cause exists to grant this motion. On June 3, 2019, Defendant filed a motion for summary judgment totaling 55 pages with leave of Court. Plaintiffs require the same amount of pages to address all of the issues raised in Defendant's brief.

A proposed order is attached.

DATED: June 19, 2019

Respectfully Submitted,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs

Matthew Topic, Bar No. IL0037
Joshua Burday, Bar No. IL0042
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902

## CERTIFICATE OF SERVICE

I, Matthew Topic, an attorney, hereby certify that on June 19, 2019, I caused the foregoing to be served on all counsel of record via the CM/ECF system.

*/s/ Matthew V. Topic*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD and BUZZFEED INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 19-cv-957 (RBW) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 19-cv-810 (RBW) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Unopposed Motion to Exceed Page Limits, it is hereby ORDERED that Plaintiffs' motion is GRANTED; and it is FURTHER ORDERED that Plaintiffs may file a Memorandum in Support of Their Combined Cross-Motion for Summary Judgment and Response to Defendant's Motion for Summary Judgment not to exceed 55 pages in length.

Dated: _____
THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE