# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, et. al., ) <br> ) <br> Defendants. ) | Case No. 19-cv-957 (RBW) |
| ELECTRONIC PRIVACY INFORMATION ) <br> CENTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, et. al., ) <br> ) <br> Defendants. ) | Case No. 19-cv-810 (RBW) |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Exceed Page Limits, it is hereby ORDERED that Plaintiffs' motion is GRANTED; and it is FURTHER ORDERED that Plaintiffs may file a Memorandum in Support of Their Combined Cross-Motion for Summary Judgment and Response to Defendant's Motion for Summary Judgment not to exceed 55 pages in length.


Dated: _____    _____
                                                      THE HONORABLE REGGIE B. WALTON
                                                      UNITED STATES DISTRICT JUDGE