## EXHIBIT LIST

Letter from William P. Barr, Att'y Gen., to Lindsey Graham, Chairman, Senate Comm. on the Judiciary, et al. (Mar. 24, 2019) ............................................................ Ex. 1

Rosenstein Order, U.S. Dep't of Justice, Office of the Deputy Att'y Gen., Order No. 3915-2017, Appointment of Special Counsel to Investigate Russian Interference with the 2016 Presidential Election and Related Matters (May 17, 2017) ............................ Ex. 2

Letter from William P. Barr, Att'y Gen., U.S. Dep't of Justice, to Lindsey Graham, Chairman, Senate Comm. on the Judiciary, et al. (Mar. 22, 2019) ................................ Ex. 3

Letter from Robert S. Mueller III, Special Counsel to William P. Barr, Att'y Gen., U.S. Dep't of Justice (Mar. 27, 2019) ........................................................................... Ex. 4

Letter from John Davisson, EPIC Counsel, to Douglas Hibbard, Chief, Initial Request Staff, Office of Info. Policy, U.S. Dep't of Justice (Nov. 5, 2018) .................. Ex. 5