IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

Civ. Action No. 19-810 (RBW)

**[PROPOSED] ORDER**

Upon consideration of the parties' cross-motions for partial summary judgment, and upon in camera review of the record in dispute, it is hereby

**ORDERED** that Plaintiff's Cross Motion for Summary Judgment is **GRANTED**; and

**ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

Defendant has until **[30 days after this order]** to produce to the Plaintiff all reasonably segregable portions of the Mueller Report designated for disclosure in the accompanying Memorandum Opinion.

Dated: _____

_____
Hon. Reggie B. Walton
United States District Judge

1