# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF D.C.

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, et. al., ) <br> ) <br> Defendants. ) | Case No. 19-cv-957 (RBW) |
| ELECTRONIC PRIVACY INFORMATION CENTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, et. al., ) <br> ) <br> Defendants. ) | Case No. 19-cv-810 (RBW) |

**PLAINTIFFS JASON LEOPOLD'S AND BUZZFEED INC.'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Jason Leopold and BuzzFeed Inc. move for summary judgment pursuant to Federal Rule of Civil Procedure 56 on their Freedom of Information Act claim against Defendants U.S. Department of Justice, DOJ Office of Attorney General, DOJ Deputy Attorney General, and DOJ Office of Special Counsel. The Court should grant Plaintiffs' motion for the reasons set forth in the accompanying Memorandum.

RESPECTFULLY SUBMITTED,

*Matthew V. Topic*

_____

Attorneys for Plaintiffs

- 2 -

Matthew Topic
Joshua Burday
Merrick Wayne
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com
DC Bar Nos. IL0037 and IL0042