# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, et. al., ) <br> ) <br> Defendants. ) | Case No. 19-cv-957 (RBW) |
| ELECTRONIC PRIVACY INFORMATION ) <br> CENTER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF JUSTICE, et. al., ) <br> ) <br> Defendants. ) | Case No. 19-cv-810 (RBW) |

## **[PROPOSED] ORDER**

Upon consideration of the parties' cross-motions for summary judgment, it is hereby ORDERED that Plaintiffs' motion is GRANTED; and it is FURTHER ORDERED that Defendants' motion is DENIED.

Dated: _____

THE HONORABLE REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE