IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 19-cv-810 (RBW) |
| JASON LEOPOLD, BUZZFEED, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 19-cv-957 (RBW) |

**ORDER**

Upon consideration of Citizens for Responsibility and Ethics in Washington ("CREW")'s Motion for Leave to File Amicus Curiae Brief ("Motion"), it is hereby ordered that CREW's Motion is granted; it is further ordered that the Amicus Curiae brief attached as Exhibit A to CREW's Motion is deemed filed with this Court upon entry of this Order.

Entered this _____ day of _____, 2019

_____
Hon. Reggie B. Walton
U.S. District Court Judge