CO-386
10/2018

# United States District Court
# For the District of Columbia

ELECTRONIC PRIVACY )
INFORMATION CENTER, )
 )
 )
              Plaintiff )    Civil Action No. __19-cv-810 (RBW)__
    vs )
UNITED STATES DEPARTMENT OF )
JUSTICE )
 )
            Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Citizens for Repsonsibility and Ethics in Washington (CREW)__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __CREW__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

                                                                   Attorney of Record
                                                                   _/s/_
                                                                   Signature

**D.C. Bar No. 1032074**                   **Conor Shaw**
BAR IDENTIFICATION NO.              Print Name

                                                     **1101 K. St. NW, Suite 201**
                                                    Address

                                                    **Washington, D.C. 20002**
                                                    City            State         Zip Code

                                                    **(202) 408-5565**
                                                    Phone Number