AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia ▼

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br>*Plaintiff*<br>v.<br>UNITED STATES DEPARTMENT OF JUSTICE<br>*Defendant* | )<br>)<br>)   Case No. 19-cv-810 (RBW)<br>)<br>) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citizens for Responsibility and Ethics in Washington

Date: 06/28/2019

*Attorney's signature*

Conor M. Shaw (D.C. Bar No. 1032074)
*Printed name and bar number*
Citizens for Responsibility and Ethics
in Washington
1101 K St. NW, Suite 201
Washington, D.C. 20005

*Address*

cshaw@citizensforethics.org
*E-mail address*

(202) 408-5565
*Telephone number*

(202) 588-5020
*FAX number*