**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　Defendant. | Civ. Action No. 19-810 (RBW) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Rule 83.15(c), counsel for Plaintiff Electronic Privacy Information Center ("EPIC") hereby provides notice of a change of address. Counsel's new address is as follows:

    ELECTRONIC PRIVACY INFORMATION CENTER
    1519 New Hampshire Avenue, N.W.
    Washington, D.C. 20036
    (202) 483-1140 (telephone)
    (202) 483-1248 (facsimile)

This change applies to all attorneys representing EPIC in this matter (Marc Rotenberg, Alan Butler, and John Davisson).

                                          Respectfully Submitted,

                                          MARC ROTENBERG, D.C. Bar #422825
                                          EPIC President and Executive Director

                                          ALAN BUTLER, D.C. Bar #1012128
                                          EPIC Senior Counsel

                                          /s/ John Davisson
                                          JOHN DAVISSON, D.C. Bar #1531914
                                          EPIC Counsel

                ELECTRONIC PRIVACY
                INFORMATION CENTER
                1519 New Hampshire Avenue, N.W.
                Washington, D.C. 20036
                (202) 483-1140 (telephone)
                (202) 483-1248 (facsimile)

                *Attorneys for Plaintiff EPIC*

Dated: September 3, 2019