# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　Defendant. | Civ. Action No. 19-810 (RBW) |

## JOINT STATUS REPORT AND MOTION TO ADOPT
## A SCHEDULE FOR FURTHER PROCEEDINGS

Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submit this Joint Status Report and Motion to Adopt a Schedule for Further Proceedings.

1. On September 12, 2019, the DOJ made a supplemental production of records to EPIC in response to Category 2 of EPIC's November 5, 2018 Freedom of Information Act ("FOIA") request ("EPIC's FOIA Request"). EPIC has since completed a review of those records.

2. The parties are currently engaged in discussions to narrow the scope of issues in dispute with respect to Categories 2–7 of EPIC's FOIA Request.

3. The parties respectfully seek an additional three weeks to reach agreement concerning next steps in this litigation.

4. Accordingly, the parties hereby move the Court to enter an order adopting the following proposed schedule:

- The parties shall file a Joint Status Report on or before October 10, 2019, which shall include a proposed schedule for further proceedings if necessary.

1

The adoption of this schedule will facilitate the efficient resolution of this lawsuit and conserve the Court's resources.

5. On the basis of the foregoing, the parties do not believe that the status conference currently scheduled for September 20, 2019, is necessary.

| | |
|---|---|
| Dated: September 19, 2019 | Respectfully Submitted, |
| MARC ROTENBERG<br>EPIC President and Executive Director | JOSEPH H. HUNT,<br>Assistant Attorney General<br>Civil Division |
| ALAN BUTLER,<br>EPIC Senior Counsel<br>butler@epic.org | ELIZABETH SHAPIRO,<br>Deputy Director<br>Federal Programs Branch |
| /s/ *John Davisson*<br>JOHN DAVISSION,<br>EPIC Counsel | By:  /s/ *Courtney D. Enlow*<br>COURTNEY D. ENLOW,<br>Trial Attorney |
| ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1519 New Hampshire Ave NW<br>Washington, D.C. 20036<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile) | United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Room 12102<br>Washington, D.C. 20005<br>(202) 616-8467<br>courtney.d.enlow@usdoj.gov |
| *Attorneys for Plaintiff EPIC* | *Counsel for Defendant* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civ. Action No. 19-810 (RBW) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report and Motion to Adopt a Schedule for Further Proceedings, it is hereby **ORDERED** that this case will proceed according to the following schedule:

- The parties shall file a Joint Status Report on or before October 10, 2019, which shall include proposed schedule for further proceedings if necessary.

It is further **ORDERED** that the Status Conference scheduled for September 20, 2019, is **VACATED**.

_____
REGGIE B. WALTON
United States District Judge

Dated: _____