## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | Civ. Action No. 19-810 (RBW) |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Status Report and Motion to Adopt a Schedule for Further Proceedings, it is hereby **ORDERED** that this case will proceed according to the following schedule:

- The parties shall file a Joint Status Report on or before October 10, 2019, which shall include proposed schedule for further proceedings if necessary.

It is further **ORDERED** that the Status Conference scheduled for September 20, 2019, is **VACATED**.

_____
REGGIE B. WALTON
United States District Judge

Dated: _____