IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civ. Action No. 19-810 (RBW) |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report and Motion to Adopt a Schedule for Further Proceedings, it is hereby **ORDERED** that this case will proceed according to the following schedule:

- The parties shall file a Joint Status Report on or before November 8, 2019, which shall include proposed schedule for further proceedings if necessary.

_____
REGGIE B. WALTON
United States District Judge

Dated: _____