APPEAL,CONSOL,TYPE I–FOIA

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: **1:19–cv–00810–RBW**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE<br>Assigned to: Judge Reggie B. Walton<br>Member case:<br>  1:19–cv–00957–RBW<br> Cases:  1:19–cv–00957–RBW<br>         1:19–cv–01278–RBW<br>         1:19–cv–01626–RBW<br> Case in other court:   USCA, 19–05121<br>Cause: 05:552 Freedom of Information Act | Date Filed: 03/22/2019<br>Jury Demand: None<br>Nature of Suit: 895 Freedom of Information Act<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**ELECTRONIC PRIVACY INFORMATION CENTER**    represented by **Alan Jay Butler**
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, NW
Washington, DC 20036
(202) 483–1140 ext 103
Fax: (202) 483–1248
Email: butler@epic.org
*ATTORNEY TO BE NOTICED*

**Marc Rotenberg**
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Avenue, N.W.
Washington, DC 20036
(202) 483–1140, ext 106
Fax: (202) 483–1248
Email: rotenberg@epic.org
*ATTORNEY TO BE NOTICED*

**John L. Davisson**
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Ave, NW
Washington, DC 20036
(202) 483–1140 ext. 120
Email: davisson@epic.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JASON LEOPOLD**    represented by **Joshua Hart Burday**
*19cv957 plaintiff*                    LOEVY & LOEVY

        311 N. Aberdeen Street
        Third Floor
        Chicago, IL 60607
        (312) 243–5900
        Fax: (312) 243–5902
        Email: joshb@loevy.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Matthew Topic**
        LOEVY & LOEVY
        311 N. Aberdeen Street
        Third Floor
        Chicago, IL 60607
        (312) 243–5900
        Fax: (312) 243–5902
        Email: matt@loevy.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BUZZFEED INC.**     represented by    **Joshua Hart Burday**
*19cv957 plaintiff*         (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Matthew Topic**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**UNITED STATES DEPARTMENT**     represented by    **Courtney Danielle Enlow**
**OF JUSTICE**         U.S. DEPARTMENT OF JUSTICE
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20005
        (202) 616–8467
        Email: courtney.d.enlow@usdoj.gov
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Elizabeth J. Shapiro**
        U.S. DEPARTMENT OF JUSTICE
        Civil Division, Federal Programs Branch
        1100 L Street, NW
        Washington, DC 20530
        (202) 514–5302
        Fax: (202) 616–8470

|  |  |
|---|---|
|  | Email: Elizabeth.Shapiro@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **DOJ OFFICE OF ATTORNEY GENERAL**<br>*19cv957 defendant* | represented by | **Courtney Danielle Enlow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **DOJ DEPUTY ATTORNEY GENERAL**<br>*19cv957 defendant* | represented by | **Courtney Danielle Enlow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **DOJ OFFICE OF SPECIAL COUNSEL**<br>*19cv957 defendant* | represented by | **Courtney Danielle Enlow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **DAVID ANDREW CHRISTENSON**<br>*TERMINATED: 04/05/2019* | represented by | **DAVID ANDREW CHRISTENSON**<br>P.O. Box 9063<br>Miramar Beach, FL 32550<br>(504) 715−3086<br>PRO SE |

**Amicus**

| | | |
|---|---|---|
| **CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON** | represented by | **Conor M. Shaw**<br>CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON<br>1101 K Street, NW<br>Suite 201<br>Washington, DC 20005<br>(202) 408−5565<br>Fax: (202) 588−5020<br>Email: cshaw@citizensforethics.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/22/2019 | 1 | | COMPLAINT against UNITED STATES DEPARTMENT OF JUSTICE ( Filing fee $ 400 receipt number 0090−6017881) filed by ELECTRONIC PRIVACY INFORMATION CENTER. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet, # 3 Summons, # 4 Summons, # 5 Summons)(Davisson, John) (Entered: 03/22/2019) |

| | | | |
|---|---|---|---|
| 03/23/2019 | 2 | | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by ELECTRONIC PRIVACY INFORMATION CENTER (Davisson, John) (Entered: 03/23/2019) |
| 03/25/2019 | | | Case Assigned to Judge Reggie B. Walton. (zef, ) (Entered: 03/25/2019) |
| 03/25/2019 | 3 | | SUMMONS (3) Issued Electronically as to UNITED STATES DEPARTMENT OF JUSTICE, U.S. Attorney and U.S. Attorney General. (Attachments: # 1 Notice and Consent)(zef, ) (Entered: 03/25/2019) |
| 03/26/2019 | 4 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney on 3/26/2019. Answer due for ALL FEDERAL DEFENDANTS by 4/25/2019. (Davisson, John) (Entered: 03/26/2019) |
| 03/26/2019 | 5 | | MOTION for Leave to Join and Intervene by DAVID ANDREW CHRISTENSON (jf) (Entered: 03/27/2019) |
| 03/29/2019 | 6 | | NOTICE of Appearance by Courtney Danielle Enlow on behalf of All Defendants (Enlow, Courtney) (Entered: 03/29/2019) |
| 03/29/2019 | 7 | | MOTION for Preliminary Injunction by ELECTRONIC PRIVACY INFORMATION CENTER (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order, # 3 Exhibit Index, # 4 Exhibit Nos. 1–7)(Davisson, John) (Entered: 03/29/2019) |
| 04/01/2019 | 8 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 4/1/2019. (Davisson, John) (Entered: 04/01/2019) |
| 04/01/2019 | 9 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES DEPARTMENT OF JUSTICE served on 4/1/2019 (Davisson, John) (Entered: 04/01/2019) |
| 04/01/2019 | 10 | | GENERAL ORDER. Signed by Judge Reggie B. Walton on April 1, 2019. (lcrbw1) (Entered: 04/01/2019) |
| 04/01/2019 | 11 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that David Christenson's 5 Motion for Leave to File Motion to Join and Intervene is GRANTED. It is further ORDERED that David Christenson shall file his motion to join or intervene on or before 12:00 p.m. on April 4, 2019. It is further ORDERED that the Department shall file its opposition to David Christenson's motion to join or intervene on or before 12:00 p.m. on April 8, 2019. It is further ORDERED that the Department shall file its opposition to the plaintiff's motion for preliminary injunction on or before April 5, 2019. It is further ORDERED that the plaintiff shall file its reply in support of its motion on or before 12:00 p.m. on April 8, 2019. It is further ORDERED that the parties shall appear before the Court for a hearing on the Plaintiff's Motion for a Preliminary Injunction on April 9, 2019, at 9:00 a.m. Signed by Judge Reggie B. Walton on April 1, 2019. (lcrbw1) (Entered: 04/01/2019) |
| 04/01/2019 | 12 | | NOTICE of Appearance by Alan Jay Butler on behalf of ELECTRONIC PRIVACY INFORMATION CENTER (Butler, Alan) (Entered: 04/01/2019) |
| 04/02/2019 | | | |

| | | | |
|---|---|---|---|
| | | | Set/Reset Deadlines/Hearings: David Christenson shall file his motion to join or intervene on or before 12:00 p.m. on April 4, 2019. It is further ORDERED that the Department shall file its opposition to David Christenson's motion to join or intervene on or before 12:00 p.m. on April 8, 2019. It is further ORDERED that the Department shall file its opposition to the plaintiff's motion for preliminary injunction on or before April 5, 2019. It is further ORDERED that the plaintiff shall file its reply in support of its motion on or before 12:00 p.m. on April 8, 2019. It is further ORDERED that the parties shall appear before the Court for a hearing on the Plaintiff's Motion for a Preliminary Injunction on April 9, 2019, at 9:00 a.m. Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 04/02/2019) |
| 04/02/2019 | 13 | | LEAVE TO FILE DENIED– David Andrew Christenson's motion for leave to memorandum concerning my 20 year exercise in futility This document is unavailable as the Court denied its filing. "Leave to file is denied." Signed by Judge Reggie B. Walton on 4/2/19. (ztd) Modified to add text on 4/3/2019 (znmw). (Entered: 04/02/2019) |
| 04/02/2019 | 14 | | NOTICE of Appearance by Marc Rotenberg on behalf of ELECTRONIC PRIVACY INFORMATION CENTER (Rotenberg, Marc) (Entered: 04/02/2019) |
| 04/04/2019 | 15 | | LEAVE TO FILE DENIED– David Christenson's Motion for Leave to Memorandum concerning my 20–year exercise in futility This document is unavailable as the Court denied its filing. "Leave to file is Denied," Signed by Judge Reggie B. Walton on 4/4/19. (ztd) Modified to add text on 4/5/2019 (znmw). (Entered: 04/05/2019) |
| 04/04/2019 | 16 | | MOTION to Intervene by DAVID ANDREW CHRISTENSON (Attachments: # 1 Attachments 1–4)(ztd) (Entered: 04/05/2019) |
| 04/05/2019 | 17 | | MOTION to Amend/Correct 16 MOTION to Intervene by DAVID ANDREW CHRISTENSON (ztd); ("Leave to file is Granted" signed 4/5/19 by Judge Walton) (Entered: 04/05/2019) |
| 04/05/2019 | 18 | | RESPONSE re 17 MOTION to Amend/Correct 16 MOTION to Intervene, 16 MOTION to Intervene filed by UNITED STATES DEPARTMENT OF JUSTICE. (Enlow, Courtney) (Entered: 04/05/2019) |
| 04/05/2019 | 19 | | RESPONSE re 7 MOTION for Preliminary Injunction filed by UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit Declaration of Vanessa Brinkmann)(Enlow, Courtney) (Entered: 04/05/2019) |
| 04/05/2019 | 20 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that Mr. Christenson's 16 Motion to Join and Intervene per Judge Walton's Order dated April 1[], 2019, is DENIED. It is further ORDERED that the Court's April 1, 2019 Order, ECF No. 11, to the extent that it requires the Department to file its opposition to Mr. Christenson's motion to join or intervene on or before 12:00 p.m. on April 8, 2019, is VACATED. It is further ORDERED that Mr. Christenson's 17 Motion for Leave to File Amended Motion to Join and Intervene and Open Letter to Judge Reggie B. Walton is DENIED. Signed by Judge Reggie B. Walton on April 5, 2019. (lcrbw1) (Entered: 04/05/2019) |
| 04/08/2019 | 21 | | |

| | | | |
|---|---|---|---|
| | | | REPLY to opposition to motion re 7 MOTION for Preliminary Injunction filed by ELECTRONIC PRIVACY INFORMATION CENTER. (Attachments: # 1 Exhibit 8)(Butler, Alan) (Entered: 04/08/2019) |
| 04/08/2019 | 22 | | LEAVE TO FILE DENIED– David Andrew Christenson's Letter to Judge Walton This document is unavailable as the Court denied its filing. "Leave to File is Denied." Signed by Judge Reggie B. Walton on 4/8/19. (ztd) Modified to add text on 4/9/2019 (znmw). (Entered: 04/08/2019) |
| 04/08/2019 | 23 | | NOTICE of Appearance by Elizabeth J. Shapiro on behalf of UNITED STATES DEPARTMENT OF JUSTICE (Shapiro, Elizabeth) (Main Document 23 replaced on 4/9/2019) (ztd). (Entered: 04/08/2019) |
| 04/09/2019 | | | Minute Entry; Proceedings held before Judge Reggie B. Walton: Motion Hearing held on 4/9/2019 re 7 MOTION for Preliminary Injunction filed by ELECTRONIC PRIVACY INFORMATION CENTER. Oral Ruling issued Denying Without Prejudice 7 Motion for Preliminary Injunction. Status Conference set for 5/2/2019 at 10:00 AM in Courtroom 16 before Judge Reggie B. Walton. (Court Reporter Cathryn Jones) (hs) (Entered: 04/09/2019) |
| 04/09/2019 | 24 | | ORDER. In accordance with the Court's oral rulings issued at the motion hearing held on the same date, it is hereby ORDERED that the 7 Plaintiff's Motion for a Preliminary Injunction is DENIED WITHOUT PREJUDICE. Specifically, the motion is denied because the plaintiff has not satisfied its burden of demonstrating that it faces irreparable harm in the absence of an injunction. It is further ORDERED that the government shall file its answer to the plaintiff's Complaint on or before April 25, 2019. It is further ORDERED that the parties shall appear before the Court on May 2, 2019, at 10:00 a.m. to discuss how the parties wish to proceed in this case. Signed by Judge Reggie B. Walton on April 9, 2019. (lcrbw1) (Entered: 04/09/2019) |
| 04/10/2019 | 25 | | TRANSCRIPT OF PROCEEDINGS before Judge Reggie B. Walton held on April 9, 2019; Page Numbers: 1 – 27. Court Reporter/Transcriber Cathryn Jones, Telephone number 2023543246, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P><P></P>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 5/1/2019. Redacted Transcript Deadline set for 5/11/2019. Release of Transcript Restriction set for 7/9/2019.(Jones, Cathryn) (Entered: 04/10/2019) |
| 04/11/2019 | 26 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that, on or before April 19, 2019, the parties in the above−captioned matters shall SHOW CAUSE as to why the cases should not be consolidated. Signed by Judge Reggie B. Walton on April 11, 2019. (lcrbw1) (Entered: 04/11/2019) |

6

| | | | |
|---|---|---|---|
| 04/12/2019 | | | Set/Reset Deadlines: Responses to Show Cause Order due by 4/19/2019. (hs) (Entered: 04/12/2019) |
| 04/12/2019 | | | Set/Reset Hearings: Status Conference set for 5/2/2019 at 10:00 AM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 04/12/2019) |
| 04/12/2019 | 27 | | RESPONSE TO ORDER TO SHOW CAUSE by UNITED STATES DEPARTMENT OF JUSTICE re 26 Order, . (Attachments: # 1 Text of Proposed Order)(Enlow, Courtney) (Entered: 04/12/2019) |
| 04/12/2019 | 31 | | LEAVE TO FILE DENIED– David Christenson's motion for leave to file a critical example of why I should prevail on behalf of you, your family, all American and Mankind This document is unavailable as the Court denied its filing.. Signed by Judge Reggie B. Walton on 4/12/19. (ztd) (Entered: 04/22/2019) |
| 04/16/2019 | 29 | | NOTICE OF APPEAL as to 20 Order on Motion to Intervene,,, Order on Motion to Amend/Correct,, by DAVID ANDREW CHRISTENSON. Fee Status: No Fee Paid. Parties have been notified. ("Leave to file granted" signed 4/16/19 by Judge Walton) (ztd) (Entered: 04/22/2019) |
| 04/18/2019 | 28 | | RESPONSE TO ORDER TO SHOW CAUSE by ELECTRONIC PRIVACY INFORMATION CENTER re 26 Order, . (Attachments: # 1 Exhibit No. 1 (Part 1 of 2), # 2 Exhibit No. 1 (Part 2 of 2))(Davisson, John) (Entered: 04/18/2019) |
| 04/18/2019 | 32 | | LEAVE TO FILE DENIED– David Christenson's (2) Motion to Appoint Justice (Retired) Richard A. Posner as Co–Counsel; (2) Motion for Leave to file supplemental Motion to Reconsider; and Motion for leave to file motion to reconsider This document is unavailable as the Court denied its filing.. Signed by Judge Reggie B. Walton on 4/18/19. (ztd) (Entered: 04/22/2019) |
| 04/22/2019 | 30 | | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 29 Notice of Appeal,. (ztd) (Entered: 04/22/2019) |
| 04/22/2019 | 33 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that the parties' obligations under the Court's April 11, 2019 Order to Show Cause are DISCHARGED. It is further ORDERED that, to the extent that the plaintiffs in the above–captioned matters are seeking the release of the Special Counsel Mueller's report regarding the investigation into Russian interference in the 2016 United States presidential election, Case No. 19–cv–810 is CONSOLIDATED with Case No. 19–cv–957. It is further ORDERED that the parties shall make all future filings only in Case No. 19–cv–810, and the Clerk of the Court shall refuse to accept any filings in Case No. 19–cv–957. Signed by Judge Reggie B. Walton on April 22, 2019. (lcrbw1) (Entered: 04/22/2019) |
| 04/22/2019 | 40 | | LEAVE TO FILE DENIED– David Andrew Christenson's Motion for leave to file supplemental motion to reconsider This document is unavailable as the Court denied its filing. "Leave to File is denied," Signed by Judge Reggie B. Walton on 4/22/19. (ztd) Modified to add text on 5/7/2019 (znmw). (Entered: 05/02/2019) |
| 04/22/2019 | 41 | | |

| | | |
|---|---|---|
| | | LEAVE TO FILE DENIED– David Andrew Christenson's Notice We Have Blood on Our Hands... This document is unavailable as the Court denied its filing. "Leave to File is denied," Signed by Judge Reggie B. Walton on 4/22/19. (ztd) Modified to add text on 5/7/2019 (znmw). (Entered: 05/02/2019) |
| 04/22/2019 | 42 | LEAVE TO FILE DENIED– David Andrew Christenson's Motion to Appoint Justice (Retired) Richard A. Posner as Co−Counsel This document is unavailable as the Court denied its filing. "Leave to File is denied," Signed by Judge Reggie B. Walton on 4/22/19. (ztd) Modified to add text on 5/7/2019 (znmw). (Entered: 05/02/2019) |
| 04/23/2019 | 34 | NOTICE OF APPEAL as to 20 Order on Motion to Intervene, Order on Motion to Amend/Correct, by DAVID ANDREW CHRISTENSON. Fee Status: No Fee Paid. Parties have been notified. (zrdj) (Entered: 04/25/2019) |
| 04/25/2019 | 35 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court re 34 Notice of Appeal. (zrdj) (Entered: 04/25/2019) |
| 04/25/2019 | 36 | ANSWER to Complaint *from Electronic Privacy Information Center* by UNITED STATES DEPARTMENT OF JUSTICE.(Enlow, Courtney) (Entered: 04/25/2019) |
| 04/25/2019 | 37 | ANSWER to Complaint *by Jason Leopold and Buzzfeed, Inc. in consolidated action 19−cv−957* by UNITED STATES DEPARTMENT OF JUSTICE.(Enlow, Courtney) (Entered: 04/25/2019) |
| 04/26/2019 | | USCA Case Number 19−5121 for 34 Notice of Appeal filed by DAVID ANDREW CHRISTENSON. (zrdj) (Entered: 04/26/2019) |
| 04/30/2019 | 38 | STATUS REPORT by ELECTRONIC PRIVACY INFORMATION CENTER. (Butler, Alan) (Entered: 04/30/2019) |
| 05/01/2019 | 39 | STATUS REPORT by DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, UNITED STATES DEPARTMENT OF JUSTICE. (Enlow, Courtney) (Entered: 05/01/2019) |
| 05/02/2019 | | Minute Entry for Status Conference proceedings held on 5/2/2019 before Judge Reggie B. Walton: Defendant's summary judgment motions due by 6/3/2019. Plantiffs'response to the summary judgment and cross motions for summary judgment due by 6/24/2019. Reply to motions for summary judgment and response to cross motions due by 7/8/2019. Reply to cross motions due by 7/15/2019. Status Report on the remaining records due by 6/17/2019. Status Conference set for 7/2/2019 at 10:00 AM in Courtroom 16. Status Conference set for 8/5/2019 at 10:00 AM in Courtroom 16 before Judge Reggie B. Walton. (Court Reporter Cathryn Jones) Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(gdf) (Entered: 05/02/2019) |
| 05/03/2019 | 43 | ORDER.In accordance with the Cour's oral rulings issued at the status conference held on the May 2, 2019, it is hereby ORDERED that, on or before May 6, 2019, the defendant shall produce to the plaintiffs a redacted copy of Special Counsel Mueller's report regarding the investigation into Russian interference in the 2016 United States presidential election with the appropriate |

| | | |
|---|---|---|
| | | exemption markings under the Freedom of Information Act. It is further ORDERED that the parties' obligation to submit a statement of material facts with their respective motions for summary judgment under Local Civil Rule 7(h)(1) is WAIVED. It is further ORDERED that the defendant shall file its motion for summary judgment on or before June 3, 2019. It is further ORDERED that the Electronic Privacy Information Center's request that the defendant submit, for in camera review, the original, unredacted version of the Special Counsel Mueller's report regarding the investigation into Russian interference in the 2016 United States presidential election with the filing of its motion for summary judgment is DENIED WITHOUT PREJUDICE. It is further ORDERED that the plaintiffs shall file their opposition to the defendant's motion and any cross−motion for summary judgment on or before June 24, 2019. It is further ORDERED that the defendant shall file its combined reply in support of its motion and opposition to any cross−motion on or before July 8, 2019. It is further ORDERED that the plaintiffs shall file their reply in support of any cross−motion on or before July 15, 2019. It is further ORDERED that the parties shall appear for a status conference on August 5, 2019, at 10:00 a.m. for a hearing on the parties' cross−motions for summary judgment. It is further ORDERED that, on or before June 3, 2019, the defendant shall produce all non−exempt records responsive to Category 5 of the Electronic Privacy Information Center's FOIA request. It is further ORDERED that, on or before June 17, 2019, the parties shall submit a joint status report regarding how the case shall proceed with respect to the additional documents sought by the Electronic Privacy Information Center. It is further ORDERED that the parties shall appear for a status conference on July 2, 2019, at 10:00 a.m., in order to propose a production schedule to the Court for the additional documents sought by the Electronic Privacy Information Center. Signed by Judge Reggie B. Walton on May 3, 2019. (lcrbw1) (Entered: 05/03/2019) |
| 05/06/2019 | | Set/Reset Deadlines: Reply to Cross Motions due by 7/15/2019. Joint Status Report due by 6/17/2019 Summary Judgment motions due by 6/3/2019. Response to Motion for Summary Judgment/Cross Motion due by 6/24/2019. Reply to Motion for Summary Judgment due by 7/8/2019. (hs) (Entered: 05/06/2019) |
| 05/24/2019 | 44 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DOJ OFFICE OF ATTORNEY GENERAL served on 4/15/2019 (Topic, Matthew) (Entered: 05/24/2019) |
| 05/24/2019 | 45 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DOJ DEPUTY ATTORNEY GENERAL served on 4/15/2019 (Topic, Matthew) (Entered: 05/24/2019) |
| 05/24/2019 | 46 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. DOJ OFFICE OF SPECIAL COUNSEL served on 4/15/2019 (Topic, Matthew) (Entered: 05/24/2019) |
| 05/24/2019 | 47 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 4/15/2019. (Topic, Matthew) (Entered: 05/24/2019) |
| 05/24/2019 | 48 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. UNITED STATES DEPARTMENT OF JUSTICE served on 4/15/2019 (Topic, Matthew) (Entered: 05/24/2019) |

| Date | # | | Description |
|---|---|---|---|
| 05/24/2019 | 49 | | ORDER of USCA as to 34 Notice of Appeal filed by DAVID ANDREW CHRISTENSON ; USCA Case Number 19–5121. (zrdj) (Entered: 05/29/2019) |
| 05/24/2019 | 50 | | MOTION for Leave to Appeal in forma pauperis by DAVID ANDREW CHRISTENSON (zrdj) (Additional attachment(s) added on 5/30/2019: # 1 Exhibit) (ztd). (Entered: 05/29/2019) |
| 05/29/2019 | 51 | | LEAVE TO FILE DENIED– David Andrew Christenson's Notice. This document is unavailable as the Court denied its filing. "Leave to file is denied." Signed by Judge Reggie B. Walton on 5/29/19. (ztd) (Entered: 05/30/2019) |
| 05/29/2019 | 52 | | LEAVE TO FILE DENIED– David Andrew Christenson's Notice. This document is unavailable as the Court denied its filing. "Leave to file is Denied." Signed by Judge Reggie B. Walton on 5/29/19. (ztd) (Entered: 05/30/2019) |
| 05/31/2019 | 53 | | Unopposed MOTION for Leave to File Excess Pages by DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order)(Enlow, Courtney) (Entered: 05/31/2019) |
| 06/03/2019 | | | MINUTE ORDER. Upon consideration of the 53 Defendant's Unopposed Motion to Exceed Page Limits, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the page limitation prescribed in Local Civil Rule 7(e) is WAIVED with respect to the defendant's forthcoming memorandum in support of its motion for summary judgment. It is further ORDERED that the defendant's memorandum in support of its motion for summary judgment shall not exceed fifty–five (55) pages. Signed by Judge Reggie B. Walton on June 3, 2019. (lcrbw1) (Entered: 06/03/2019) |
| 06/03/2019 | 54 | | MOTION for Partial Summary Judgment *in Leopold v. DOJ*, MOTION for Summary Judgment *in EPIC v. DOJ* by DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, UNITED STATES DEPARTMENT OF JUSTICE (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Index of Exhibits, # 3 Exhibit Brinkmann Declaration, # 4 Exhibit Exhibits to Brinkmann Declaration, # 5 Exhibit Exhibits to Brinkmann Declaration, # 6 Exhibit Exhibit 2, # 7 Exhibit Exhibit 3, # 8 Exhibit Exhibit 4, # 9 Exhibit Exhibit 5, # 10 Exhibit Exhibit 6, # 11 Exhibit Exhibit 7)(Enlow, Courtney) (Entered: 06/03/2019) |
| 06/03/2019 | 56 | | LEAVE TO FILE DENIED– Non–party David Andrew Christenson's Notice This document is unavailable as the Court denied its filing. "Leave to filed is denied," Signed by Judge Reggie B. Walton on 6/3/19. (ztd) Modified to add text on 6/5/2019 (znmw). (Entered: 06/05/2019) |
| 06/03/2019 | 57 | | ENTERED IN ERROR. . . . .LEAVE TO FILE DENIED– 6/3/19 This document is unavailable as the Court denied its filing.. Signed by Judge Reggie B. Walton on 6/3/19. (ztd) Modified on 6/5/2019 (ztd). (Entered: 06/05/2019) |
| 06/03/2019 | 58 | | NOTICE by DAVID ANDREW CHRISTENSON (ztd); ("Leave to file is granted" signed 6/3/19 by Judge Walton) (Entered: 06/05/2019) |
| 06/04/2019 | 55 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE *of Filing Corrected Exhibit* by DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, UNITED STATES DEPARTMENT OF JUSTICE re 54 MOTION for Partial Summary Judgment *in Leopold v. DOJ* MOTION for Summary Judgment *in EPIC v. DOJ* (Attachments: # 1 Corrected Exhibit)(Enlow, Courtney) (Entered: 06/04/2019) |
| 06/13/2019 | 59 | | LEAVE TO FILE DENIED– David Andrew Christenson's Open Letter 2 to Judge Walton/Notice This document is unavailable as the Court denied its filing. "Leave to File is Denies," Signed by Judge Reggie B. Walton on 6/13/19. (ztd) Modified on 6/19/2019 (znmw). (Entered: 06/14/2019) |
| 06/13/2019 | 60 | | LEAVE TO FILE DENIED– David Andrew Christenson's Open Letter 1 to Judge Walton/Notice This document is unavailable as the Court denied its filing. "Leave to File is Denied," Signed by Judge Reggie B. Walton on 6/13/19. (ztd) Modified on 6/19/2019 (znmw). (Entered: 06/14/2019) |
| 06/14/2019 | | | MINUTE ORDER. Due to a change in the Court's calendar, it is hereby ORDERED that the status conference currently scheduled for July 2, 2019, at 10:00 a.m., is CONTINUED to July 2, 2019, at 12:00 p.m. Signed by Judge Reggie B. Walton on June 14, 2019. (lcrbw1) (Entered: 06/14/2019) |
| 06/17/2019 | | | Set/Reset Hearings: Status Conference reset for 7/2/2019 at 12:00 PM in Courtroom 16 before Judge Reggie B. Walton. Associated Cases: 1:19–cv–00810–RBW, 1:19–cv–00957–RBW(hs) (Entered: 06/17/2019) |
| 06/17/2019 | 61 | | Joint STATUS REPORT by ELECTRONIC PRIVACY INFORMATION CENTER. (Butler, Alan) (Entered: 06/17/2019) |
| 06/18/2019 | 64 | | LEAVE TO FILE DENIED– David Andrew Christenson's Open Letter 3 to Judge Walton/Notice This document is unavailable as the Court denied its filing.. Signed by Judge Reggie B. Walton on 6/18/19. (ztd) (Entered: 06/21/2019) |
| 06/18/2019 | 65 | | LEAVE TO FILE DENIED– David Andrew Christenson's Open Letter 4 to Judge Walton/Notice "Leave to file is denied because this submission is not related to any matter pending before this court." This document is unavailable as the Court denied its filing.. Signed by Judge Reggie B. Walton on 6/18/19. (ztd) (Entered: 06/21/2019) |
| 06/18/2019 | 66 | | LEAVE TO FILE DENIED– David Andrew Christenson's Open Letter to Judge Walton/Notice "Leave to file is denied because this submission is not related to any matter pending before this court." This document is unavailable as the Court denied its filing.. Signed by Judge Reggie B. Walton on 6/18/19. (ztd) (Entered: 06/21/2019) |
| 06/18/2019 | 67 | | LEAVE TO FILE DENIED– David Andrew Christenson's Open Letter 17 to Judge Walton/Notice "Leave to file is denied because the submission is unrelated to any matter pending before this court." This document is unavailable as the Court denied its filing.. Signed by Judge Reggie B. Walton on 6/18/19. (ztd) (Entered: 06/21/2019) |
| 06/18/2019 | 68 | | LEAVE TO FILE DENIED– David Andrew Christenson's The End of Mankind "Leave to file is denied" This document is unavailable as the Court denied its filing.. Signed by Judge Reggie B. Walton on 6/18/19. (ztd) (Entered: |

| | | | |
|---|---|---|---|
| | | | 06/21/2019) |
| 06/19/2019 | 62 | | MOTION for Leave to File Excess Pages by BUZZFEED INC., JASON LEOPOLD, BUZZFEED INC., JASON LEOPOLD (Attachments: # 1 Text of Proposed Order Proposed Order)Associated Cases: 1:19–cv–00810–RBW, 1:19–cv–00957–RBW(Topic, Matthew) (Entered: 06/19/2019) |
| 06/20/2019 | | | MINUTE ORDER. Upon consideration of the 62 Plaintiffs' Unopposed Motion to Exceed Page Limits, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that the page limitation prescribed in Local Civil Rule 7(e) is WAIVED with respect to the plaintiffs' forthcoming memorandum in opposition to the defendant's motion for summary judgment and in support of their cross–motion for summary judgment. It is further ORDERED that the plaintiffs' memorandum in opposition to the defendant's motion for summary judgment and in support of their cross–motion for summary judgment shall not exceed fifty–five (55) pages. The parties are also reminded of their obligation, under 10 General Order for Civil Cases Before the Honorable Reggie B. Walton at 7–8, "to provide a courtesy copy of any filing that exceeds twenty (20) pages, including exhibits..., to the Courts chambers." Signed by Judge Reggie B. Walton on June 20, 2019. (lcrbw1) (Entered: 06/20/2019) |
| 06/20/2019 | 63 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that, on or before August 8, 2019, the defendant shall complete its searches for records responsive to the remaining categories of the plaintiff's FOIA request. It is further ORDERED that the status conference currently scheduled on July 2, 2019, is CONTINUED to August 9, 2019, at 2:30 p.m., during which the parties shall propose a production schedule to the Court for the additional documents sought by the plaintiff. The defendant shall be prepared to provide an estimate of the number of records responsive to each categories of the plaintiff's FOIA request. Signed by Judge Reggie B. Walton on June 20, 2019. (lcrbw1) (Entered: 06/20/2019) |
| 06/20/2019 | | | Set/Reset Hearings: Status Conference set for 8/9/2019 at 02:30 PM in Courtroom 16 before Judge Reggie B. Walton. (tj) (Entered: 06/20/2019) |
| 06/20/2019 | | | Set/Reset Hearings: Status Conference reset for 8/9/2019 at 02:30 PM in Courtroom 16 before Judge Reggie B. Walton. Associated Cases: 1:19–cv–00810–RBW, 1:19–cv–00957–RBW(hs) (Entered: 06/20/2019) |
| 06/24/2019 | 69 | | ENTERED IN ERROR. . . . . MOTION for Summary Judgment *Plaintiffs Jason Leopold's and BuzzFeed Inc.'s Combined Memorandum in Support of Their Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment* by BUZZFEED INC., JASON LEOPOLD (Topic, Matthew) Modified on 6/25/2019 (ztd). (Entered: 06/24/2019) |
| 06/24/2019 | 70 | | Memorandum in opposition to re 54 MOTION for Partial Summary Judgment *in Leopold v. DOJ* MOTION for Summary Judgment *in EPIC v. DOJ Plaintiffs Jason Leopold's and BuzzFeed Inc.'s Combined Memorandum in Support of Their Motion for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment* filed by BUZZFEED INC., JASON LEOPOLD. (Topic, Matthew) (Entered: 06/24/2019) |
| 06/24/2019 | 71 | | Cross MOTION for Summary Judgment *and Motion for In Camera Review* by ELECTRONIC PRIVACY INFORMATION CENTER (Attachments: # 1 |

| | | | |
|---|---|---|---|
| | | | Memorandum in Support, # 2 Exhibit List, # 3 Exhibit Nos. 1–5, # 4 Text of Proposed Order)(Butler, Alan). Added MOTION for In Camera Review on 6/25/2019 (znmw). (Entered: 06/24/2019) |
| 06/24/2019 | 72 | | Memorandum in opposition to re 54 MOTION for Partial Summary Judgment *in Leopold v. DOJ* MOTION for Summary Judgment *in EPIC v. DOJ* filed by ELECTRONIC PRIVACY INFORMATION CENTER. (Attachments: # 1 Exhibit List, # 2 Exhibit Nos. 1–5, # 3 Text of Proposed Order)(Butler, Alan) (Entered: 06/24/2019) |
| 06/25/2019 | | | NOTICE OF ERROR re 69 Motion for Summary Judgment; emailed to matt@loevy.com, cc'd 13 associated attorneys –– The PDF file you docketed contained errors: 1. Please refile document, 2. The main document should be the Motion/Opposition and the Memorandum is the second part of the pdf. (ztd, ) (Entered: 06/25/2019) |
| 06/25/2019 | 73 | | MOTION for Summary Judgment *Plaintiff Jason Leopold's and BuzzFeed Inc.'s Motion for Summary Judgment* by BUZZFEED INC., JASON LEOPOLD (Attachments: # 1 Memorandum in Support, # 2 Text of Proposed Order Proposed Order)(Topic, Matthew) (Entered: 06/25/2019) |
| 06/26/2019 | | | NOTICE OF ERROR re 73 Motion for Summary Judgment; emailed to matt@loevy.com, cc'd 13 associated attorneys –– The PDF file you docketed contained errors: 1. Invalid attorney signature, 2. Please do not refile. In future, pleading must be signed. (ztth, ) (Entered: 06/26/2019) |
| 06/27/2019 | 74 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that the Court's May 3, 2019 43 Order with respect to the briefing schedule of dispositive motions is CLARIFIED as follows: (1) on or before July 8, 2019, the Department of Justice shall file one submission that shall include (1) its reply in support of its motion for summary judgment, if any, and (2) a combined opposition to the EPIC plaintiff's cross–motion for summary judgment and the Leopold plaintiffs' cross–motion for summary judgment; and (2) on or before July 15, 2019, the EPIC plaintiff and the Leopold plaintiffs shall jointly file a combined reply in support of their cross–motions for summary judgment. Signed by Judge Reggie B. Walton on June 27, 2019. (lcrbw1) (Entered: 06/27/2019) |
| 06/28/2019 | 75 | | MOTION for Leave to File *amicus curiae brief* by CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON (Attachments: # 1 Exhibit Proposed Amicus Brief, # 2 Exhibit Proposed Order, # 3 Exhibit Corporate Disclosure Statement)Associated Cases: 1:19–cv–00810–RBW, 1:19–cv–00957–RBW(Shaw, Conor) Modified event title on 7/3/2019 (znmw). (Entered: 06/28/2019) |
| 06/28/2019 | 76 | | NOTICE of Appearance by Conor M. Shaw on behalf of CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON (Shaw, Conor) (Entered: 06/28/2019) |
| 07/02/2019 | 77 | | Memorandum in opposition to re (75 in 1:19–cv–00810–RBW, 23 in 1:19–cv–00957–RBW) MOTION to Intervene *as amicus curiae* filed by U.S. DEPARTMENT OF JUSTICE. Associated Cases: 1:19–cv–00810–RBW, 1:19–cv–00957–RBW(Shapiro, Elizabeth) (Entered: 07/02/2019) |
| 07/05/2019 | 78 | | |

| | | | |
|---|---|---|---|
| | | | ORDER. See attached Order for details. Signed by Judge Reggie B. Walton on July 5, 2019. (lcrbw1) (Entered: 07/05/2019) |
| 07/05/2019 | 79 | | AMICUS BRIEF by CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON. (ztd) (Entered: 07/08/2019) |
| 07/08/2019 | | | Set/Reset Deadlines: Reply to Motion for Summary Judgment and Response to Cross Motions due by 7/12/2019. Reply to Cross Motions due by 7/19/2019. Associated Cases: 1:19–cv–00810–RBW, 1:19–cv–00957–RBW(gdf) (Entered: 07/08/2019) |
| 07/12/2019 | 80 | | REPLY to opposition to motion re 54 MOTION for Partial Summary Judgment *in Leopold v. DOJ* MOTION for Summary Judgment *in EPIC v. DOJ* filed by DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit)(Enlow, Courtney) Modified on 7/15/2019 (jf). (Entered: 07/12/2019) |
| 07/15/2019 | 81 | | RESPONSE re 73 MOTION for Summary Judgment *Plaintiff Jason Leopold's and BuzzFeed Inc.'s Motion for Summary Judgment*, 71 Cross MOTION for Summary Judgment *and Motion for In Camera Review (same filing as in ECF No. 80)* filed by DOJ DEPUTY ATTORNEY GENERAL, DOJ OFFICE OF ATTORNEY GENERAL, DOJ OFFICE OF SPECIAL COUNSEL, UNITED STATES DEPARTMENT OF JUSTICE. (Attachments: # 1 Exhibit)(Enlow, Courtney) (Entered: 07/15/2019) |
| 07/19/2019 | 82 | | REPLY to opposition to motion re (73 in 1:19–cv–00810–RBW) MOTION for Summary Judgment *Plaintiff Jason Leopold's and BuzzFeed Inc.'s Motion for Summary Judgment*, (71 in 1:19–cv–00810–RBW) Cross MOTION for Summary Judgment *and Motion for In Camera Review* filed by BUZZFEED INC., ELECTRONIC PRIVACY INFORMATION CENTER, JASON LEOPOLD. (Attachments: # 1 Exhibit 1)Associated Cases: 1:19–cv–00810–RBW, 1:19–cv–00957–RBW(Butler, Alan) (Entered: 07/19/2019) |
| 07/31/2019 | | | Set/Reset Hearings: Status Conference set for 8/5/2019 at 10:00 AM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 07/31/2019) |
| 08/05/2019 | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Oral Argument held on 8/5/2019. Memorandum\Order to issue via Chambers. (Court Reporter Cathryn Jones) (hs) (Entered: 08/05/2019) |
| 08/08/2019 | | | Set/Reset Hearings: Status Conference set for 8/9/2019 at 02:30 PM in Courtroom 16 before Judge Reggie B. Walton. (hs) (Entered: 08/08/2019) |
| 08/09/2019 | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Status Conference held on 8/9/2019. Status Conference set for 9/20/2019 at 12:00 PM in Courtroom 16 before Judge Reggie B. Walton. (Court Reporter Cathryn Jones) (hs) (Entered: 08/09/2019) |
| 08/12/2019 | 83 | | TRANSCRIPT OF PROCEEDINGS before Judge Reggie B. Walton held on August 5, 2019; Page Numbers: 1 – 96. Court Reporter/Transcriber Cathryn Jones, Telephone number 202 354–3246, Transcripts may be ordered by submitting the <a href="http://www.dcd.uscourts.gov/node/110">Transcript Order Form</a><P></P><P></P>For the first 90 days after this filing date, the |

| | | | |
|---|---|---|---|
| | | | transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<P>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<P></P> Redaction Request due 9/2/2019. Redacted Transcript Deadline set for 9/12/2019. Release of Transcript Restriction set for 11/10/2019.(Jones, Cathryn) (Entered: 08/12/2019) |
| 09/03/2019 | 84 | | NOTICE of Change of Address by John L. Davisson (Davisson, John) (Entered: 09/03/2019) |
| 09/10/2019 | 86 | | LEAVE TO FILE DENIED− David Andrew Christenson's Amicus This document is unavailable as the Court denied its filing. ("Leave to file is Denied.") Signed by Judge Reggie B. Walton on 9/10/19. (ztd) Modified on 9/16/2019 (znmw). (Entered: 09/12/2019) |
| 09/10/2019 | 87 | | LEAVE TO FILE DENIED− David Andrew Christenson's Amicus − Notice 65 This document is unavailable as the Court denied its filing. ("Leave to file is Denied"). Signed by Judge Reggie B. Walton on 9/10/19. (ztd) Modified on 9/16/2019 (znmw). (Entered: 09/12/2019) |
| 09/12/2019 | 85 | | ORDER. In accordance with the reasons stated in the attached Order, it is hereby ORDERED that the parties in the above−captioned cases shall appear before the Court on October 1, 2019, at 11:00 a.m. to discuss why these cases should not be consolidated or deemed related. Signed by Judge Reggie B. Walton on September 12, 2019. (lcrbw1) (Entered: 09/12/2019) |
| 09/12/2019 | | | Set/Reset Hearings: Status Conference set for 10/1/2019 at 11:00 AM in Courtroom 16 before Judge Reggie B. Walton. Associated Cases: 1:19−cv−00810−RBW, 1:19−cv−00957−RBW(hs) (Entered: 09/12/2019) |
| 09/19/2019 | 88 | | Joint STATUS REPORT *AND MOTION TO ADOPT A SCHEDULE FOR FURTHER PROCEEDINGS* by ELECTRONIC PRIVACY INFORMATION CENTER. (Attachments: # 1 Text of Proposed Order)(Davisson, John) (Entered: 09/19/2019) |
| 09/19/2019 | | | MINUTE ORDER. Upon consideration of the parties' 88 Joint Status Report and Motion to Adopt a Schedule for Further Proceedings, and for good cause shown, it is hereby ORDERED that this motion is GRANTED. It is further ORDERED that, on or before October 10, 2019, the parties shall file a joint status report regarding how they wish to proceed in this case. It is further ORDERED that the status conference currently scheduled for September 20, 2019, is VACATED. Signed by Judge Reggie B. Walton on September 19, 2019. (lcrbw1) (Entered: 09/19/2019) |
| 09/19/2019 | 89 | | MOTION for Scheduling Order *to adopt a schedule for further proceedings* by ELECTRONIC PRIVACY INFORMATION CENTER (ztd); (See docket entry no. 88 to view.) Modified event on 9/20/2019 (znmw). (Entered: 09/19/2019) |
| 09/20/2019 | 90 | | |

| | | | |
|---|---|---|---|
| | | | LEAVE TO FILE DENIED– David Andrew Christenson's Amicus/Notice 67 This document is unavailable as the Court denied its filing.. Signed by Judge Reggie B. Walton on 9/20/19. (ztd) (Entered: 09/24/2019) |
| 09/20/2019 | 91 | | LEAVE TO FILE DENIED– David Andrew Christenson's Amicus/Notice 68 This document is unavailable as the Court denied its filing. "Leave to file Denied." Signed by Judge Reggie B. Walton on 9/23/19. (ztd) Modified on 9/26/2019 (znmw). (Entered: 09/24/2019) |
| 09/23/2019 | | | Set/Reset Deadlines: Joint Status Report due by 10/10/2019 (hs) (Entered: 09/23/2019) |
| 09/25/2019 | 92 | | LEAVE TO FILE DENIED– David Andrew Christenson's Amicus–Notice 70 This document is unavailable as the Court denied its filing. "Leave to file Denied." Signed by Judge Reggie B. Walton on 9/25/19. (ztd) Modified on 9/26/2019 (znmw). (Entered: 09/25/2019) |
| 09/26/2019 | 93 | | LEAVE TO FILE DENIED– Notice 69 submitted by David Andrew Christenson. This document is unavailable as the Court denied its filing. "Leave to file denied" Signed by Judge Reggie B. Walton on 09/26/2019. (jf) (Entered: 10/03/2019) |
| 09/26/2019 | 94 | | LEAVE TO FILE DENIED– Notice 71 submitted by David Andrew Christenson. This document is unavailable as the Court denied its filing. "Leave to file denied" Signed by Judge Reggie B. Walton on 09/26/2019. (jf) (Entered: 10/03/2019) |
| 09/26/2019 | 95 | | LEAVE TO FILE DENIED– Notice 72 submitted by David Andrew Christenson. This document is unavailable as the Court denied its filing. "Leave to file denied" Signed by Judge Reggie B. Walton on 09/26/2019. (jf) (Entered: 10/03/2019) |
| 10/01/2019 | | | Minute Entry; for proceedings held before Judge Reggie B. Walton: Status Conference held on 10/1/2019. Production/Scheduling Order to issue via chambers. Status Conference set for 11/13/2019 at 09:30 AM in Courtroom 16 before Judge Reggie B. Walton. (Court Reporter Cathryn Jones) (hs) (Entered: 10/02/2019) |
| 10/03/2019 | 96 | | LEAVE TO FILE DENIED– David Andrew Christenson's Notice 73, Amicus/Notice 74 and Amicus Notice 75 This document is unavailable as the Court denied its filing. "Leave to File Denied." Signed by Judge Reggie B. Walton on 10/3/19. (ztd) Modified to add fiat on 10/11/2019 (znmw). (Entered: 10/10/2019) |
| 10/08/2019 | | | MINUTE ORDER. Upon consideration of David Christenson's 50 Motion for Leave to Proceed on Appeal in Forma Pauperis, and for good cause shown, it is hereby ORDERED that this motion is GRANTED. The Deputy Clerk shall transmit this order promptly to the Court of Appeals. It is further ORDERED that the Clerk shall forthwith mail a copy of this Minute Order to Mr. Christenson's address on record. Signed by Judge Reggie B. Walton on October 8, 2019. (lcrbw1) (Entered: 10/08/2019) |
| 10/10/2019 | 97 | | Joint STATUS REPORT *AND MOTION TO ADOPT A SCHEDULE FOR FURTHER PROCEEDINGS* by ELECTRONIC PRIVACY INFORMATION CENTER. (Attachments: # 1 Text of Proposed Order)(Davisson, John) |

| | | | |
|---|---|---|---|
| | | | (Entered: 10/10/2019) |
| 10/10/2019 | 98 | | MOTION to adopt a schedule for further proceedings by ELECTRONIC PRIVACY INFORMATION CENTER (ztd); (See docket entry no. 97 to view document.) (Entered: 10/11/2019) |
| 10/11/2019 | | | NOTICE OF ERROR re 97 Status Report; emailed to davisson@epic.org, cc'd 16 associated attorneys –– The PDF file you docketed contained errors: 1. Two–part docket entry, 2. Remember to file all parts of your documents, if it contains multiple parts. (ztd, ) (Entered: 10/11/2019) |

# U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 10/8/2019 at 4:03 PM and filed on 10/8/2019

| | |
|---|---|
| **Case Name:** | ELECTRONIC PRIVACY INFORMATION CENTER v. UNITED STATES DEPARTMENT OF JUSTICE |
| **Case Number:** | 1:19−cv−00810−RBW |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER. Upon consideration of David Christenson's [50] Motion for Leave to Proceed on Appeal in Forma Pauperis, and for good cause shown, it is hereby ORDERED that this motion is GRANTED. The Deputy Clerk shall transmit this order promptly to the Court of Appeals. It is further ORDERED that the Clerk shall forthwith mail a copy of this Minute Order to Mr. Christenson's address on record. Signed by Judge Reggie B. Walton on October 8, 2019. (lcrbw1)**

**1:19−cv−00810−RBW Notice has been electronically mailed to:**

Elizabeth J. Shapiro     Elizabeth.Shapiro@usdoj.gov

Marc Rotenberg     rotenberg@epic.org, efiling@epic.org

Alan Jay Butler     butler@epic.org, 2946855420@filings.docketbird.com, efiling@epic.org

Courtney Danielle Enlow     courtney.d.enlow@usdoj.gov, fedprog.ecf@usdoj.gov

Matthew Topic     matt@loevy.com, blake@loevy.com, foia@loevy.com

Joshua Hart Burday     joshb@loevy.com, blake@loevy.com, foia@loevy.com

Conor M. Shaw     cshaw@citizensforethics.org, etadesse@citizensforethics.org

John L. Davisson     davisson@epic.org, efiling@epic.org

**1:19−cv−00810−RBW Notice will be delivered by other means to::**