## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |
| JASON LEOPOLD and BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

Upon further consideration of the identical status reports filed by the plaintiffs in the above-captioned cases, see generally Plaintiffs' Status Report, Elec. Privacy Info. Ctr. v. U.S. Dep't of Justice, Civ. Action No. 19-810, ECF No. 103; Plaintiffs' Status Report, Leopold v. U.S. Dep't of Justice, Civ. Action No. 19-957, ECF No. 27, it is hereby

**ORDERED** that, at the December 18, 2019 status conference, the parties shall be prepared to discuss, inter alia:

1. the content of the media communications order entered in <u>United States v. Roger J. Stone, Jr.</u>, Crim. Action No. 19-18, a matter pending before another member of this Court, and whether the order is applicable to this case;

2. which Freedom of Information Act ("FOIA") exemptions asserted by the United States Department of Justice (the "Department") are, according to the plaintiffs, purportedly mooted;

3. the Department's position regarding the purportedly-mooted FOIA exemptions;

4. whether the Department intends to reprocess the report regarding Special Counsel Robert Mueller's investigation into Russian interference in the 2016 United States presidential election (the "Mueller Report") after the <u>Stone</u> sentencing on February 6, 2020; and

5. if the Department takes the position that reprocessing of the Mueller Report is appropriate, whether it is appropriate to begin reprocessing of the Mueller Report prior to the <u>Stone</u> sentencing on February 6, 2020.

**SO ORDERED** this 17th day of December, 2019.

REGGIE B. WALTON
United States District Judge