# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civ. Action No. 19-810 (RBW) |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's Minute Order dated February 13, 2020, Defendant U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submits this Status Report.

1. The Court directed the parties to appear for a status conference on March 5, 2020, "to discuss the status of the Department's production of the additional documents sought by EPIC."

2. On November 5, 2018, Plaintiff Electronic Privacy Information Center ("EPIC") submitted a Freedom of Information Act ("FOIA") Request to the DOJ seeking seven categories of records, including principally the Mueller Report.

3. Category 1 of EPIC's FOIA request sought disclosure of the Mueller Report, as well as any exhibits and supporting materials to the Mueller Report. *See* Compl. ¶ 43, Dkt. 1; Joint Status Report, Dkt. 61 (striking the terms "drafts" and "outlines" from EPIC's requests and defining "supporting materials"). The Department produced the Mueller Report with FOIA markings to Plaintiffs on May 6, 2019, and the parties' cross-motions for summary judgment

with respect to the Mueller Report are pending before the Court.

4. Categories 2 through 7 of EPIC's FOIA request sought disclosure of other documents concerning the Special Counsel's Office. *See* Compl. ¶ 43, Dkt. 1; Joint Status Report, Dkt. 61 (stating how EPIC agreed to narrow its requests).

5. On June 3, 2019, the DOJ completed a search for records responsive to Category 5 of EPIC's FOIA Request. The DOJ also stated that no records responsive to Category 5 of EPIC's FOIA Request were located.

6. On August 8, 2019, the DOJ completed a search for records responsive to Categories 1(b), 2, 3, 4, 6, and 7 of EPIC's FOIA Request. The DOJ stated that it had identified seventeen pages of records responsive to Category 2, and that it had identified four records responsive to Category 4. DOJ stated that it was processing the records responsive to Category 2, and that all the records responsive to Category 4 were publicly available on DOJ's website. The DOJ also stated that no records responsive to Category 3, 6 , or 7 of EPIC's FOIA Request were located. The DOJ further stated that no additional records responsive to Category (1)(b) were located outside of the appendices attached to the Mueller Report, which were provided to EPIC on May 6, 2019.

7. On September 12, 2019, the DOJ produced four pages of records responsive to Category 2 of EPIC's FOIA Request and withheld 13 responsive pages of records in full.

8. On October 3, 2019, the DOJ notified EPIC that it had identified seven additional pages of records responsive to Categories 1 and 2 of EPIC's FOIA Request.

9. On October 10, 2019, the DOJ produced seven pages of records responsive to Categories 1 and 2 of EPIC's FOIA Request.

10. On October 10, 2019, EPIC requested that DOJ conduct an additional search for

records responsive to Category 6 of EPIC's FOIA Request, and DOJ agreed to do so.

11. On February 6, 2020, DOJ informed EPIC that it had completed its additional search for records responsive to Category 6 of EPIC's FOIA Request, and that no records responsive to Category 6 of EPIC's FOIA Request were located.

12. Thus, DOJ's production of the additional documents sought by EPIC is complete.

Dated: March 3, 2020                                Respectfully Submitted,

 

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director
Federal Programs Branch

By: /s/ *Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
(202) 616-8467
courtney.d.enlow@usdoj.gov

*Counsel for Defendant*