# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |
| JASON LEOPOLD & BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In accordance with the Memorandum Opinion issued on this same date, it is hereby

**ORDERED** that the Department of Justice's Motion for Summary Judgment in Leopold v. Department of Justice and Partial Summary Judgment in Electronic Privacy Information Center v. Department of Justice, ECF No. 54, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that the Plaintiff's Combined Opposition to Defendant's Motion for Partial Summary Judgment, Cross-Motion for Partial Summary Judgment, and Motion for In Camera

Review of the "Mueller Report[,]" ECF No. 71, is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**.  The motion is **GRANTED** to the extent it seeks <u>in camera</u> review of the unredacted version of the Mueller Report.  The motion is **DENIED WITHOUT PREJUDICE** in all other respects.  It is further

    **ORDERED** that Plaintiffs Jason Leopold's and Buzzfeed Inc.'s Motion for Summary Judgment, ECF No. 73, is **GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART**.  The motion is **GRANTED** to the extent it seeks <u>in camera</u> review of the unredacted version of the Mueller Report.  The motion is **DENIED WITHOUT PREJUDICE** in all other respects.  It is further

    **ORDERED** that, on or before March 30, 2020, the United States Department of Justice shall submit the unredacted version of the Mueller Report to the Court for its <u>in camera</u> review.

    **SO ORDERED** this 5th day of March, 2020.

REGGIE B. WALTON<br>United States District Judge