# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>         Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>         Defendant. | Civil Action No. 19-810 (RBW) |

## ORDER

In accordance with the Court's oral rulings issued at the status conference held on March 5, 2020, it is hereby

**ORDERED** that, on or before March 13, 2020, the parties shall file a joint status report discussing how they wish to proceed in this case as to Categories 2 through 7 of the plaintiff's Freedom of Information Act request.

**SO ORDERED** this 6th day of March, 2020.

                                                 REGGIE B. WALTON
                                                 United States District Judge