**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-cv-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) ) | |
| JASON LEOPOLD, BUZZFEED, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 19-cv-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT'S NOTICE OF SUBMISSION
OF DOCUMENTS FOR *IN CAMERA* REVIEW**

On March 5, 2020, the Court ordered Defendant to "submit the unredacted version of the Mueller Report to the Court for its *in camera* review." Order, ECF No. 112. On March 16, 2020, the Court ordered Defendant to "submit unredacted copies of the final two pages of its October 10, 2019 production to the Court for its *in camera* review." Minute Order (Mar. 16, 2020).

Pursuant to those Orders and instructions from chambers, on March 30, 2020, undersigned counsel hand-delivered two paper copies and one electronic copy of the two records at issue to

chambers. Also included with those copies is a cover letter from the Office of Information Policy, which is attached to this notice.

Dated: March 30, 2020

Respectfully submitted,

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2020, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

>*/s/ Courtney D. Enlow*
>COURTNEY D. ENLOW
>Trial Attorney
>United States Department of Justice
>Civil Division, Federal Programs Branch
>1100 L Street, N.W.
>Room 12102
>Washington, D.C. 20005
>Tel: (202) 616-8467
>Email: courtney.d.enlow@usdoj.gov



**U.S. Department of Justice**

Office of Information Policy
*441 G Street, NW*
*Sixth Floor*
*Washington, DC 20530*

*Telephone: (202) 514-3642*

March 25, 2020

Re:   *EPIC v. DOJ*, 19-cv-810 (RBW)

Dear Judge Walton:

Enclosed are seven PDF documents that have been prepared for *in camera* review as ordered in your Memorandum Opinion and Order issued March 5, 2020 (ECF Nos. 111 and 112) and your Minute Order entered March 16, 2020.

Six PDFs consist of the Report On The Investigation Into Russian Interference In The 2016 Presidential Election prepared by Special Counsel Robert S. Mueller, III ("the Mueller Report"). Each redaction is highlighted and the corresponding FOIA Exemption and/or coded category, as explained in the chart below, appears in either the right or left margin of the Mueller Report. The highlighting is either in yellow or blue; these colors serve no independent purpose other than to differentiate portions of the same sentence or paragraph where the FOIA Exemptions applied to each portion differ.

The coded categories, as set forth in OIP's Declaration of Vanessa R. Brinkmann, ECF No. 54-3, are as follows:

| EXEMPTIONS AND CODED CATEGORIES | CATEGORY DESCRIPTION |
|---|---|
| Exemption (b)(3) | Information protected by statute |
| (b)(3)-1 | *Federal grand jury information, prohibited from disclosure by Rule 6(e) of the Federal Rules of Criminal Procedure* |
| (b)(3)-2 | *Intelligence sources and methods, prohibited from disclosure by the National Security Act of 1947, 50 U.S.C. § 3024(i)(1)* |
| Exemption (b)(5) | Information withheld pursuant to the deliberative process privilege |
| (b)(5)-1 | *Deliberations about application of law to specific factual scenarios* |
| (b)(5)-2 | *Deliberations about charging decisions not to prosecute* |
| Exemption (b)(7)(A) | Pending law enforcement proceedings |
| Exemption (b)(7)(B) | Information which would deprive a person of a right to a fair trial or impartial adjudication |
| Exemptions (b)(6) and (b)(7)(C) | Unwarranted invasion of personal privacy |

| (b)(6)/(b)(7)(C)-1 | Names, social media account information, and other contact information of unwitting third parties |
|---|---|
| (b)(6)/(b)(7)(C)-2 | Names and personally-identifiable information about individuals not charged by the SCO |
| (b)(6)/(b)(7)(C)-3 | Information concerning a subject of the investigation by the SCO |
| (b)(6)/(b)(7)(C)-4 | Names, social media account information, contact information, and other personally-identifiable information of individuals merely mentioned in the Report |
| <u>Exemption (b)(7)(E)</u> | Investigative techniques and procedures |
| (b)(7)(E)-1 | Information that would reveal techniques authorized for and used in national security investigations |
| (b)(7)(E)-2 | Details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations |

Please note that the header at the top of several pages contained in Volume I of the Mueller Report is omitted.  This is the result of a technical error and should not affect the *in camera* review of the material underlying the redactions.

     The seventh PDF consists of the two pages with privacy withholdings that were released to Plaintiff on October 10, 2019.  These withholdings are highlighted in yellow with the applicable FOIA Exemptions listed in the right margin.

                                                                     Sincerely,

                                                                     Vanessa R. Brinkmann
                                                                     Senior Counsel