# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 19-5121**  **September Term, 2019**

**1:19-cv-00810-RBW**

**Filed On: April 29, 2020** [1840382]

Electronic Privacy Information Center,

    Appellee

  v.

United States Department of Justice,

    Appellee

David Andrew Christenson,

    Appellant

### M A N D A T E

In accordance with the order of December 6, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                                    BY:    /s/
                                                      Daniel J. Reidy
                                                     Deputy Clerk

Link to the order filed December 6, 2019