# United States Court of Appeals
## For The District of Columbia Circuit

**No. 19-5121**             **September Term, 2019**

1:19-cv-00810-RBW

Filed On: December 6, 2019 [1819154]

Electronic Privacy Information Center,

    Appellee

    v.

United States Department of Justice,

    Appellee

David Andrew Christenson,

    Appellant

## O R D E R

By order filed October 15, 2019, appellant was directed to file initial submissions by November 14, 2019. To date, no documents have been filed. Upon consideration of the foregoing and appellee's motion to extend time to file a dispositive motion, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38. It is

**FURTHER ORDERED** that the motion to extend time be dismissed as moot.

The Clerk is directed to issue the mandate in this case by January 21, 2020.

           **FOR THE COURT:**
           Mark J. Langer, Clerk

    BY:     /s/
           Joseph A. D'Agostino
           Deputy Clerk