IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civ. Action No. 19-810 (RBW) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Plaintiff Electronic Privacy Information Center ("EPIC") and the undersigned respectfully submit notice of the withdrawal of Marc Rotenberg (D.C. Bar #422825) as counsel for Plaintiff EPIC in the above-captioned case.

    Respectfully Submitted,

    ALAN BUTLER, D.C. Bar #1012128
    EPIC General Counsel

    /s/ John L. Davisson
    JOHN L. DAVISSON, D.C. Bar #1531914
    EPIC Counsel
    davisson@epic.org

    ELECTRONIC PRIVACY
    INFORMATION CENTER
    1519 New Hampshire Ave, N.W.
    Washington, D.C. 20036
    (202) 483-1140 (telephone)
    (202) 483-1248 (facsimile)

    *Attorneys for Plaintiff EPIC*

Dated: April 29, 2020