**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. ) | Civil Action No. 19-810 (RBW) |
| JASON LEOPOLD & BUZZFEED, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE, et al., )<br>)<br>Defendants. ) | Civil Action No. 19-957 (RBW) |

**ORDER**

On March 5, 2020, the Court ordered "the United States Department of Justice [(the 'Department')] [to] submit the unredacted version of the [report prepared by Special Counsel Robert S. Mueller III regarding his investigation into Russian interference in the 2016 United States presidential election (the 'Mueller Report')] to the Court for its in camera review" on or before March 30, 2020. Order (Mar. 5, 2020), ECF No. 112; see also Elec. Privacy Info. Ctr. v. U.S. Dep't of Justice, Civ. Action No. 19-810 (RBW), 2020 WL 1060633, at *10 (D.D.C. Mar.

5, 2020). On March 30, 2020, "the Court [ ] received the unredacted version of the [Mueller] [R]eport" from the Department. Minute Notice (Mar. 30, 2020).

Having reviewed the unredacted version of the Mueller Report, the Court cannot assess the merits of certain redactions without further representations from the Department. However, because the Court must discuss the substance of the redactions with the Department, and because such a discussion cannot occur remotely due to the lack of a secure connection between the Court and the Department necessary to avoid disclosure of the redacted information, and in light of Chief Judge Howell's May 26, 2020 Order, In re: Further Extension of Postponed Court Proceedings in Standing Order 20-9 and Limiting Court Operations in Exigent Circumstances Created by the COVID-19 Pandemic, Standing Order No. 20-29 (BAH), it is hereby

**ORDERED** that the status conference currently scheduled for June 18, 2020, is **VACATED**. It is further

**ORDERED** that, on July 20, 2020, at 9:30 a.m.,[1] the Department shall appear before the Court for an ex parte hearing to address the Court's questions regarding certain redactions of the Mueller Report.[2]

**SO ORDERED** this 8th day of June, 2020.

REGGIE B. WALTON<br>United States District Judge

---

[1] The Department shall be prepared to appear before the Court for a continuation of the July 20, 2020 ex parte hearing on July 21, 2020, and July 22, 2020, if necessary.

[2] The Court will advise the Department as to the topics that the Department should be prepared to discuss at the July 20, 2020 ex parte hearing at a later date.