**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )))) | |
| Plaintiff, ) | |
| v.   ) | Civil Action No. 19-cv-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, )))))) | |
| Defendant. ) | |
| JASON LEOPOLD, BUZZFEED, INC., )))) | |
| Plaintiffs, ) | |
| v.   ) | Civil Action No. 19-cv-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. )))) | |
| Defendants. ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' NOTICE OF FACTUAL**
**DEVELOPMENTS RELEVANT TO PENDING MOTIONS**

On May 4, 2020, Plaintiffs Electronic Privacy Information Center ("EPIC"), Jason

Leopold, and Buzzfeed, Inc., filed a Notice of Factual Developments Relevant to Pending Motions,

in which they informed the Court of events occurring in the Roger Stone criminal matter and

argued that those events affect the applicability of certain exemptions under the Freedom of

Information Act ("FOIA") to material related to Mr. Stone in the Report On The Investigation Into

Russian Inference In The 2016 Presidential Election ("Mueller Report").  Dkt. 119.  On June 1,

2020, the Court issued a Minute Order directing Defendant to file a response to Plaintiffs' Notice

1

by June 12, 2020.

Following the sentencing of Mr. Stone and the lifting of the media communications order in *United States v. Roger Stone, Jr.*, Crim. Action No. 19-18, the Department of Justice's Office of Information Policy (OIP) concluded that reprocessing the Mueller Report is appropriate.  The Office of Information Policy is in the process of reevaluating whether the redactions under FOIA Exemptions 6, 7(A), 7(B), and 7(C) for material related to Mr. Stone in the Mueller Report remain applicable.  The Office of Information Policy anticipates that its review will be completed and, if appropriate, an updated version of the Mueller Report will be posted in OIP's online FOIA Library no later than Friday, June 19, 2020.  Defendant will also file a notice on the docket once reprocessing is complete.

Dated: June 12, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, I electronically transmitted the foregoing to the

parties and the clerk of court for the United States District Court for the District of Columbia using

the CM/ECF filing system.


/s/ Courtney D. Enlow
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov