# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY | ) | |
| INFORMATION CENTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-cv-810 (RBW) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| JASON LEOPOLD, BUZZFEED, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-cv-957 (RBW) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| JUSTICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## DEFENDANT'S NOTICE OF REPROCESSED REPORT

Defendant respectfully provides notice that the Department of Justice's Office of Information Policy ("OIP") has completed reprocessing of the "Report On The Investigation Into Russian Inference In The 2016 Presidential Election" ("the Report"), which it conducted in light of events in *United States v. Roger Stone, Jr.*, Crim. Action No. 19-18 (D.D.C.). *See* Defs.' Notice, Dkt. No. 121. OIP concluded that all of the withholdings related to Mr. Stone's criminal case that were originally made pursuant to Exemptions 5[1], 7(A), and 7(B) of the Freedom of Information

_____

[1] OIP originally had marked these withholdings as "(b)(5)-1" on the Report. *See* Decl. of Vanessa Brinkmann ¶ 14 (June 3, 2019), Dkt. No. 54-3.

Act ("FOIA") are no longer applicable.  OIP further concluded that certain withholdings that were originally made pursuant to Exemptions 6, and 7(C) of the FOIA (those originally marked as "(b)(6)/(b)(7)(C)-3" on the Report) are no longer applicable.  Four withholdings made pursuant to Exemptions 6 and 7(C) that were originally marked as "(b)(6)/(b)(7)(C)-3" on the Report that continue to be withheld under Exemptions 6 and 7(C) are in footnote 234 of Volume I, footnote 1027 of Volume II, and pages D-4 and D-6 of Appendix D of the Report.  These withholdings are marked in the updated version of the Report as "(b)(6)/(b)(7)(C)-4."  *See* Brinkmann Decl. ¶¶ 72 n.17, 76, Dkt. 54-3 (describing the rationale for withholding information under this category). Finally, OIP concluded that there is no longer a court order in Mr. Stone's criminal case that bars release of information related to Mr. Stone in the Report.

An updated version of the Report has been made available in OIP's online FOIA Library, at https://www.justice.gov/oip/available-documents-oip (under the "FOIA-Processed Documents" heading).  This updated version is also attached to this Notice.


Dated: June 19, 2020                    Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General
                                        Civil Division

                                        ELIZABETH J. SHAPIRO
                                        Deputy Director
                                        Federal Programs Branch

                                        */s/ Courtney D. Enlow*
                                        COURTNEY D. ENLOW
                                        Trial Attorney
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street, N.W.
                                        Room 12102
                                        Washington, D.C. 20005

Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2020, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

_/s/ Courtney D. Enlow_
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov