UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |
| JASON LEOPOLD & BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

On March 30, 2020, the United States Department of Justice (the "Department") submitted the unredacted version of the report prepared by Special Counsel Robert S. Mueller III regarding his investigation into Russian interference in the 2016 United States presidential election (the "Mueller Report" or the "Report") to the Court for its in camera review. After reviewing the unredacted version of the Report, on June 8, 2020, the Court ordered the Department to "appear before the Court for an ex parte hearing [on July 20, 2020,] to address the Court's questions regarding certain redactions of the Mueller Report." Order at 2 (June 8, 2020),

ECF No. 120.  To accord the Department knowledge of the questions that the Court has regarding some of the redactions prior to the <u>ex parte</u> hearing, the Court has prepared an Excel spreadsheet that catalogues these questions, which is attached as Exhibit A to this Order.[1]  To the extent that the Department is able to respond to the Court's questions in writing, it is hereby

**ORDERED** that, on or before July 14, 2020, at 5:00 p.m., the Department shall file[2] under seal its responses to the Court's questions by completing Column G of Exhibit A.[3]

**SO ORDERED** this 6th day of July, 2020.

REGGIE B. WALTON
United States District Judge

---

[1] Exhibit A will be issued under seal and will remain under seal unless otherwise ordered by this Court.

[2] The Department shall coordinate with chambers regarding the delivery of a hard copy of its submission.

[3] The Court will advise the Department as to whether the Department's written explanations obviate the need for the <u>ex parte</u> hearing currently scheduled for July 20, 2020.