## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civil Action No. 19-cv-810 (RBW) |
| JASON LEOPOLD, BUZZFEED, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.<br><br>    Defendants. | Civil Action No. 19-cv-957 (RBW) |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME

Upon consideration of Defendant's Motion for Extension of Time, it is ORDERED AND ADJUDGED that Defendant's Motion is GRANTED. Defendant shall file under seal its responses to the Court's questions concerning certain redactions to the report prepared by Special Counsel Robert S. Mueller, III regarding his investigation into Russian interference in the 2016 United States presidential election by 5:00 PM on July 21, 2020.

_____
THE HONORABLE REGGIE B. WALTON