**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                          )
ELECTRONIC PRIVACY                          )
INFORMATION CENTER,                       )
                                                          )
                      Plaintiff,                         )
                                                          )
            v.                                            )        Civil Action No. 19-cv-810 (RBW)
                                                          )
UNITED STATES DEPARTMENT OF        )
JUSTICE,                                             )
                                                          )
                      Defendant.                      )
_____)
                                                          )
JASON LEOPOLD, BUZZFEED, INC.,     )
                                                          )
                      Plaintiffs,                        )
                                                          )
            v.                                            )        Civil Action No. 19-cv-957 (RBW)
                                                          )
UNITED STATES DEPARTMENT OF        )
JUSTICE, et al.                                      )
                                                          )
                      Defendants.                     )
_____)

**DEFENDANT'S NOTICE OF FILING UNSEALED SUBMISSION
OF CERTAIN RESPONSES TO COURT ORDER**

On July 21, 2020, undersigned counsel filed under seal its responses to the Court's

questions concerning certain redactions to the report prepared by Special Counsel Robert S.

Mueller, III regarding his investigation into Russian interference in the 2016 United States

presidential election (the "Report"). *See* Dkt. 125; *see also* Order, Dkt. 123. The Department's

responses to the Court's questions consisted of two parts: (1) a spreadsheet that the Court provided

to undersigned counsel, with Column G completed per the Court's Order ("Exhibit A"); and (2) a

sealed third declaration from Vanessa Brinkmann, Senior Counsel of the Department's Office of

Information Policy, which provides additional detail for certain responses in Exhibit A.  A redacted, public version of Ms. Brinkmann's third declaration was filed on the docket in July.  *See* Dkt. 126-1.

As previously described in detail, *see* Dkt. 126, in July 2020, the Department conducted another comprehensive review of the redactions listed in Exhibit A and determined that certain information in the Report now could be released without harming government interests or pending matters.  The Department previously requested leave of the Court to provide to Plaintiffs a version of Exhibit A that only shows the information for which the Department is withdrawing its withholdings.  *See* Dkt. 126.  Because the Court granted such leave at the *ex parte* hearing held on September 15, 2020, Defendant respectfully submits a redacted version of Exhibit A that only shows the information for which the Department is withdrawing its withholdings.  Where the Department withdrew only one of several bases for a redaction, the Department continues to withhold the underlying information and that information was therefore redacted.

Dated: September 18, 2020          Respectfully submitted,

                                   JEFFREY BOSSERT CLARK
                                   Acting Assistant Attorney General
                                   Civil Division

                                   ELIZABETH J. SHAPIRO
                                   Deputy Director
                                   Federal Programs Branch

                                   */s/ Courtney D. Enlow*
                                   COURTNEY D. ENLOW
                                   Trial Attorney
                                   United States Department of Justice
                                   Civil Division, Federal Programs Branch
                                   1100 L Street, N.W.
                                   Room 12102

Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2020, I electronically transmitted the foregoing to

the parties and the clerk of court for the United States District Court for the District of Columbia

using the CM/ECF filing system.


_/s/ Courtney D. Enlow_
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

4

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 4 | and the investigation identified evidence of his relationship with the Russian Ministry of Defense and highranking government officials | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 4 | to obtain photos that cast the United States in a negative light, such as "[v]acant houses" with "broken windows," "Indian children (dirtier and preferably in tattered clothing)," "vagrants on main streets," "the poor," "stream of migrants," "a photo of the border patrols," and "if it works out, then gang members " | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 14 | Footnote 3: See, e g , 5/15/14 Email,     (attachment) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 14 | Footnote 5:     see also Josh Milton Google Account (obtained pursuant to SW 17-mj-826); Matt Skiber Facebook Account (obtained pursuant to SW 17-mj-651); @March_for_trump Twitter Account (obtained pursuant to SW 17-mj-828) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 15 | Footnote 10: See 11/5/13 Email, | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 15-16 | The IRA's 2013 organizational structure included seven departments: finance, human resources, advertising, mass media analytics and monitoring, information technology, search engine optimization, and information | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 16 | By 2014, management oversaw eighteen departments: finance, human resources, design and graphics, infographics, analytics, mass media monitoring, social networks, information technology, search engine optimization, bloggers and commentators, mass media commentators, two "special department[s]," two night shifts, forums, LiveJournal (a social networking service), and a department focused on U S operations (known as the "translator" department) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 16 | IRA documents show Burchik made staffing and personnel decisions; approved plans for the IRA's physical and electronic infrastructure; and received reports from managers in the IRA's departments, including the department responsible for U S operations Bystrov developed policy documents for the IRA, made administrative decisions, and signed tax forms and corporate documents | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 16 | A second entity, Internet Research, LLC, was incorporated in Russia on March 26, 2014, and the Internet Research Agency, LLC as a legal entity was dissolved, effective June 30, 2014  During February 2015, two new entities, GlavSet, LLC, and MixInfo, LLC, were incorporated, followed by another entity, Azimuth, LLC, in July 2016  These corporate entities were used to pay employees (often through multiple other | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 16 | the name of the St  Petersburg neighborhood where the IRA first started  Project Lakhta operated a number of organizations designed to "carry out information activity," in the words of one internal IRA document  In addition to U S  operations, some Lakhta organizations undertook a number of media projects that appeared to target "all-Russian" audiences, with names including "Federal News Agency," "Nation News," and "Economy Today " | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 16 | Footnote 13: 4/10/14 Email,      (attachment) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|
| I | 16 | Footnote 15: See, e g , 5/7/14 Email, | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| 1 | 16 | Footnote 17: 4/22/15 Email,      (attachment) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|
| I | 17 | Prigozhin has significant contacts to the Russian military and Russian Ministry of Defense  For example, after | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|---|----------|--------|
| | | | | | | |

| Volume | Pg. # | Redaction | Claimed Exemption | Question | Reason |
|--------|-------|-----------|-------------------|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|---|----------|--------|
| | | | | | | |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 18 | Footnote 26: 2/11/15 Email,      (email and attachment) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 18 | Footnote 27: 4/8/15 Email, (email and attachment) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |
| I | 19 | Similarly, in December 2016, IRA employees—again without revealing their true identities—convinced a U S  activist from Charlotte, North Carolina, to pose with a sign that read "Happy New Year, Brother Eugene!" | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 19 | Footnote 29: From 2014 through 2017, Aslanov headed the IRA's Translator Department | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 19 | Footnote 32: 5/26/16 Facebook Messages, ID 173996283023459 (Black Matters) & (Eugene is the English form of the Russian name Yevgeniy, Prigozhin's first name) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 20 | In 2014, employees within IRA's management began to create and share internal IRA documents (described as a "manual") outlining the goals and strategies of its U S operations The document, titled "Waging Information Warfare Against the United States," presented the IRA's operations as a counterbalance against U S foreign policy and as "information war" by targeting U S and other foreign audiences through online media In another internal document, U S operations were described as targeting the U S audience with "demotivator" content that would undermine confidence in the U S government and political system graphics and IT | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 20 | Internal IRA Chart Outlining Structure (Translated from Russian) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 20 | Footnote 33: The Office recovered multiple chapters and editions of this manual, including pieces that had been translated into English and Spanish | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 20 | Footnote 34:     (analyzing recovered IRA documents) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 21 | The manual and organizational charts show a structure that divided the operations into different groups  One version of the IRA manual included a diagram of the IRA's structure  In general, these documents show a management team, a subordinate group of analysts and administrators, departments focused on different media platforms (Facebook, Twitter, YouTube, etc ), and supporting graphics and IT departments  An additional group of IRA employees targeted U S  audiences through Instagram accounts | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 21 | Another document, dated May 2014 and titled "General Strategy in Accordance with Basic Subject Matter," included the following passage: General premise: The next US elections are in 2016  Democrats – Hillary Clinton  Republicans – there is no obvious favorite candidate  Goals: to spread distrust towards the candidates and the political system in general  1  Whom will the Hispanic vote support?  2  Lack of confidence in Clinton as the wife of Bill Clinton (past scandals, play on personal life);  3  A fight to change the political system;  4  All the primaries are purchasable  The oligarchs rule everything | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 21 | Footnote 35: 3/2/15 Email, (attachment) (translated) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 21 | Footnote 37: 5/15/14 Email,    (attachment) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| 1 | 21 | Footnote 38:     (documenting U S  Department of Homeland Security and U S Department of State records) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 22 | For example, a September 2014 Excel file contained extensive notes about the IRA employees assigned to Facebook and Twitter operations, the employee accounts, the number of posts made through the accounts and the target for each account, the size of the audiences, and other metrics | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg # | Redaction | Claimed Exemption | Question | Reason |
|--------|------|-----------|-------------------|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|

| Volume | Pg. # | Redaction | Claimed Exemption | | | Question | Reason |
|---|---|---|---|---|---|---|---|
| I | 23 | IRA employees also used Facebook's audience tools to monitor the impact and viewership of their accounts, including total number of page likes, total "[p]eople reached" by individual posts, and engagement (comments, likes, sharing, and clicks on posts)  Specialists monitored the viewership for every post on the IRA-controlled accounts and reported these metrics to management in weekly reports, such as the image below (which tracked the weekly engagement of one IRA-controlled Facebook page for a one-week period in late 2015)  These figures, in turn, were collected by IRA management and presented during meetings with Prigozhin at Concord's offices | (b)(7)(A) | | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 23 | Screenshot of Facebook Metrics Pertaining to IRA Account | (b)(7)(A) | | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 23 | one document contained _____ informing them that the "[t]heme of the week" was "US political life " At the top, the document read, _____ The document provided different talking points and considerations for the different social media accounts operated by the IRA, broken into the following categories: "Black Community," "Don't Shoot," "Patriotic," "Texas," "LGBT, "Muslims," and "Refugees " | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 23 | a May _____ IRA document | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 23 | Footnote 47: 5/9/16 Email, _____ (attachment) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 23 | Footnote 48:     (analysis of IRA documents) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 23 | Footnote 49:     For example, in early 2015, employees from the U S  desk (including Aslanov) fabricated and published (on online adult video sites) a purported adult film involving Clinton | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | Question | Reason |
|--------|-------|-----------|-------------------|----------|--------|
| I | 24 | A March 2015 IRA manual describes how the Facebook operations folded into the larger aims of the IRA's U S  operations:<br>The main goal of all types of our activities is destabilization of political life and provoking the social tensions with the US society  This goal can be reached by the means of:<br>1) Supporting the most radical part of Facebook users;<br>2) Supporting the political and social movements that are in opposition towards the ruling regime;<br>3) Popularization of negative opinions among common users<br>We can practice all types of activities mentioned above, both creating our own profiles and communities and being active in already existing communities | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 24 | Footnote 53: 3/2/15 Email,     (attachment) (translated) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 24 | Footnote 54: 3/2/15 Email,     (attachment) (translated) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| | | ████████████████████████ | | | | |
| I | 26 | One IRA manual described the role of Twitter operations as the "creation of political intensity through supporting radical groups, users dissatisfied with [the] social and economic situation and oppositional social movements " | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 26 | which they used to publish "different content and publish messages, communicate with real Twitter users in real time, and perform typical actions " | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 26 | According to the IRA's manual, the goal when operating individualized accounts was to obtain "sufficient reaction of real users of Twitter, and also, if it is possible, a reaction of mass media " In another internal IRA document, the IRA explained the goal of these accounts was "interaction with target accounts (politicians, public figures, public opinion leaders in the USA) " | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 26 | Footnote 63: 3/2/15 Email,     (attachment) (translated) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 26 | Footnote 64: 3/2/15 Email,      (attachment) (translated) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 26 | Footnote 65: 3/2/15 Email,      (attachment) (translated) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 27 | Internal IRA documents show that the IRA monitored and analyzed the content posted to these accounts to ensure they appeared to be actual U S  persons and properly tailored to the U S  election  In one IRA document entitled "Content Analysis of Conservative Groups," an IRA employee reviewed an IRA-controlled Twitter account  The review criticized certain posts, writing "[p]osts like this rather benefit Clinton than our agenda " The reviewer clarified: Clinton should be portrayed as a supporter of illegal Latinos from poor countries of South America creeping across the US border, gangsters from drug cartels of Latin America, American Muslim migrants  The emphasis should be made on the role of so-called "undocumented Democrats" in the elections – there are millions of them and with their aid Clinton hopes to replicate Obama's success by getting more votes | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 27 | Footnote 66: 4/10/14 Email,      (attachment) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 28 | An IRA manual described the organization's bot network and the activities needed to maintain the network  There is a botnet of accounts to work in American Twitter which is under joint control of all bloggers [Twitter specialists]  Botnet accounts are divided by gender and race due to differences in the subjects they publish  Bloggers use special software for posting messages and adding followers to maintain bot network in proper condition  The bot network is monitored and defects and malfunction of particular accounts are eliminated on a daily basis  There is a need to create and register new bot accounts because of periodic loss of some accounts due to bans from Twitter       To maintain the bot network in American part of Twitter there is a need to specialize bot accounts to make them look more real  According to the IRA manual, it was the responsibility of all Twitter specialists to "participate in supporting and socializing a bot network to control the accounts prepared for automatization, and to prepare messages to get a hashtag to the top in relevant topics " | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 28 | Footnote 77: 3/2/15 Email,      (attachment) (translated) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 28 | Footnote 78: 3/2/15 Email,      (attachment) (translated) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 29 | through internal IRA documents that measured audience  For example, IRA documents from May 2016 (reproduced in part below) show a graphic of the United States, listing past and future rallies organized by the IRA, the size of the rally, and the names of any U S  groups that had been recruited to assist or participate in the IRA-organized rally | (b)(7)(A) | | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 31 | For example, the IRA's manual contained an instruction on how to target influential U S persons: You should pay special attention to working with public opinion influencers Concentrate your efforts on communicating with them  Attempt to establish a personal contact  Turn to them with a request to support (distribute) a relevant topic  Do not pay attention to how it will be done  Even if the public opinion influencer simply shares your material, it will be an example of your success  Any platform will work for you, except for mass media | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 31 | the private messaging functions of | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 31 | Footnote 88: "Waging Information Warfare Against the United States," supra, at 20 | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 32 | Beginning in March 2016, the IRA's budget (which was sent to Concord) began to include an entry for payments for "activists." Many of the IRA payments to U.S. persons were made in connection with the U.S. rallies. For example, the IRA paid one Florida woman over $1,000 to attend two pro-Trump rallies in Florida and New York while dressed up as Clinton in a prison jumpsuit. Similarly, the IRA paid an activist over $1,000 in connection with staging multiple black social justice rallies in November 2016 and December 2016. The IRA paid for other expenses, such as buttons, signs, flyers, bullhorns, and other rally materials, as well as supplies to construct a prop prison cell at one event. | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 32 | IRA records show that,    For example, one recovered IRA spreadsheet (reprinted in part below) contained the names of over 100 U.S. persons recruited through Instagram. The spreadsheet contained comments about the IRA-controlled account through which they had been recruited, what they had been tasked to do, and their contact | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

UNDER SEAL

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|

| Volume | Pg. # | Redaction | Claimed Exemption | Question | Reason |
|--------|-------|-----------|-------------------|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | Question | Reason |
|--------|-------|-----------|-------------------|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |
| I | 45 | As discussed below, WikiLeaks appears to have responded later through different channels | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| | | | | | | |
| 1 | 47 | (":::: puyghbfr%78^543ijfd:::::") that appears to be a possible password; it is unknown if another message or file was sent through a different communication system | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 47 | Footnote 171:    (analyzing metadata of stolen files on WikiLeaks site) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|---|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | Question | Reason |
|--------|-------|-----------|-------------------|----------|--------|
| 1 | 50 | Footnote 187:    see also U S  Department of Homeland Security, Analysis Report #AR-17-20045, "Enhanced Analysis of Grizzly Steppe Activity," Feb  10, 2017 (summarizing analysis of malicious GRU cyber activity) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|---|----------|--------|
| | | | | | | |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 51 | VR Systems | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 68 | Footnote 298:   (obtained pursuant to SW 17-mj-688) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 88 | Footnote 458:    (obtained pursuant to SW 17-mj-460) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|---|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|---|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | Question | Reason |
|--------|-------|-----------|-------------------|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | Question | Reason |
|--------|-------|-----------|-------------------|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | Question | Reason |
|--------|-------|-----------|-------------------|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| I | 152 | Footnote 1047:     (authorized pursuant to SW 18-sc-409) | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| | | | (b)(7)(E)-2 | Investigative techniques and procedures - details about techniques and procedures that would reveal investigative focus and scope, and circumstances, methods and fruits of investigative operations | What investigative technique or procedure would the disclosure of this information reveal? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | Question | Reason |
|--------|-------|-----------|-------------------|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|---|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | Question | Reason |
|--------|-------|-----------|-------------------|----------|--------|

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|--|----------|--------|
| I | 183 | Footnote 1281: This Office referred other FARA investigations, and additional matters, to U S  Attorney's Offices and other components of the Department of Justice  A complete list of the Office's referrals is reproduced as Appendix D, infra | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|--------|-------|-----------|-------------------|---|----------|--------|
| Appendix D | D-2 | Podesta Group, Mercury Clark & Weinstock, and Associated Employees | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| Appendix D | D-2 | U S Attorney's Office for the Southern District of New York | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| Appendix D | D-3 | The Podesta Group and Mercury/Clark & Weinstock and associated employees because they "may have been jointly involved [in Manafort's] conduct " See October 20, 2017 Memorandum from Associate Deputy Attorney General Scott Schools to Deputy Attorney General Rod J  Rosenstein | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| Appendix D | D-3 | FARA investigation,    jointly involved in Manafort's conduct, including the entities and persons identified in the October 20 memorandum, FTI Consulting, and Greg Craig    Podesta and Mercury matters    to NSD    the decision was not based on and does reflect any lack of merit as to any of those matters    NSD's request, the Southern District of New York | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| Appendix D | D-3 | Foreign campaign contribution | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| Appendix D | D-3 | U S Attorney's Office for the District of Columbia | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| Appendix D | D-3 | Footnote 2: Greg Craig and FTI Consulting were treated as outright referrals (and are therefore listed in Part B, infra) because evidence about their conduct was uncovered in the course of our authorized investigations | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| Appendix D | D-4 | FTI Consulting;    FTI Consulting,    and FTI Consulting | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |

| Volume | Pg. # | Redaction | Claimed Exemption | | Question | Reason |
|---|---|---|---|---|---|---|
| Appendix D | D-5 | Left Hand Enterprises - During the course of the investigation, the Special Counsel's Office uncovered evidence of potential wire fraud and FECA violations pertaining to Trump Campaign vendor Left Hand Enterprises  That evidence was referred to the Public Integrity Section within DOJ's Criminal Division and the FBI's Washington Field Office | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |
| Appendix D | D-5 | Rebuilding America Now - During the course of the investigation, the Special Counsel's Office uncovered evidence of potential FECA violations and potential kickback schemes pertaining to the Rebuilding America Now PAC  That evidence was referred to the Public Integrity Section within DOJ's Criminal Division and the FBI's Washington Field Office | (b)(7)(A) | Pending law enforcement proceedings | What law enforcement proceeding does this information pertain to and how would the disclosure of this information interfere with such proceeding? | N/A |