# Group Exhibit A

10/8/2020 — Donald J. Trump on Twitter: "I have fully authorized the total Declassification of any & all documents pertaining to the single greatest …

Case 1:19-cv-00810-RBW Document 132-1 Filed 10/08/20 Page 2 of 3



10/8/2020 Donald␣J.␣Trump on Twitter: "All Russia Hoax Scandal information was Declassified by me long ago. Unfortunately for our Country, peopl…

Case 1:19-cv-00810-RBW Document 132-1 Filed 10/08/20 Page 3 of 3

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Lists
- Profile
- More

**Tweet**

← Tweet

**Donald J. Trump** ✓
@realDonaldTrump

All Russia Hoax Scandal information was Declassified by me long ago. Unfortunately for our Country, people have acted very slowly, especially since it is perhaps the biggest political crime in the history of our Country. Act!!!

8:21 PM · Oct 6, 2020 · Twitter for iPhone

**45.9K** Retweets   **2.5K** Quote Tweets   **161.2K** Likes

**Parry Headrick** @pheadrick · Oct 6
Replying to @realDonaldTrump

9   ♺ 4   ♡ 22

**VanillaGorilla** @Van1llaGorilla · Oct 6
Replying to @realDonaldTrump

5   ♺ 23   ♡ 89

**oregon4TRUMP** @shawgerald4 · Oct 6
Replying to @realDonaldTrump
November 3rd

Blake Bunting
@bunting_blake

Search Twitter

**Relevant people**

**Donald J. Trump** ✓
@realDonaldTrump
45th President of the United States of America

**What's happening**

News · 1 hour ago
**FBI thwarted a plot to kidnap Michigan Gov. Gretchen Whitmer**
Trending with Terrorists, Michigan

#CharmCityKings
Life at a Crossroad. Stream Now
⤴ Promoted by HBO Max

Trending in Illinois
**Heidi**
8,332 Tweets

US elections · LIVE
**Illinois: Election news and updates**

Trending in United States
**Wolverine Watchmen**
3,388 Tweets

Show more

Terms of Service   Privacy Policy
Ads info   More ▾   © 2020 Twitter