# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD and BUZZFEED INC., | ) ) | |
| Plaintiffs, | ) ) | Case No. 19-cv-957 (RBW) |
| v. | ) ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., | ) ) | |
| Defendants. | ) | |
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 19-cv-810 (RBW) |
| v. | ) ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., | ) ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

The government is ordered to reprocess the records that have been produced in this case in light of the President's declassification and waiver of discretionary exemptions by October 28, 2020.

DATED: _____

                                                                         _____
                                                                         THE HONORABLE REGGIE B. WALTON