UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |
| JASON LEOPOLD & BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

In order to ensure the expeditious resolution of the Emergency Motion of Plaintiffs Jason Leopold and Buzzfeed, Inc., for Court Order Requiring Defendants to Reprocess the Mueller Report Before the November 3, 2020 Presidential Election in Light of the President's Recent Declassification and Waiver, it is hereby

**ORDERED** that, on or before October 13, 2020, at 5:00 p.m., the United States Department of Justice (the "Department") shall file its opposition to the plaintiffs' motion. The Department's opposition shall address, <u>inter alia</u>, the plaintiffs' claim that the tweets by President Donald Trump referred to in the plaintiffs' motion resulted in the waiver of exemptions under the

Freedom of Information Act for the report prepared by Special Counsel Robert Mueller regarding his investigation into Russian interference in the 2016 United States presidential election.  It is further

**ORDERED** that the Department shall confer with the White House in order to advise the Court as to the White House's official position regarding the declassification and release to the public of information related to the Russia investigation.  It is further

**ORDERED** that, on or before October 14, 2020, at 5:00 p.m., the plaintiffs shall file a reply, if any, in support of their motion.  It is further

**ORDERED** that, on October 16, 2020, at 11:00 a.m., the parties shall appear before the Court for a motion hearing via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 8th day of October, 2020.

REGGIE B. WALTON
United States District Judge