*Leave to file is granted, although the Court never received his original motion.*

*Reggie B. Walton*

*10/2/2020*

# HOUSTON & HOUSTON,
Law and Education

Dr. LEONARD W. HOUSTON, Sr.
Juris Doctor of Law, Ph.D., Education

September 14, 2020

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**
Attn: Ms. Auntalene E. Queen, Secretary/Judicial Assistant
Honorable REGGIE B. WALTON, United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:  General Order For Civil Cases Before
      The Honorable Reggie B. Walton, United States District Judge —

**MOTIONS:** Counsel. *pro-se*, is inrequiring about an unresolved motion that has been pending before this Court for more than nine(9) months:

**Motion for Leave To Intervene As Proposed Intervenor-Plaintiff**:
   Electronic Privacy Information Center, *Plaintiff v.*
   United States Department of Justice, *Defendant*
   U.S. District Court, District of Colombia (Washington, D.C.)
   Civil Docket For Case#: 1:19-cv-00810-**RBW**

Dear Ms. Queens:

   In accordance with the General Order therein issued by the Honorable REGGIE B. WALTON, United States District Judge, for Plaintiff(s) and Defendant(s), this communication merely serves herewith, as a reminder to Chambers that the above described and entitled motion pursuant to Rule 24, Federal Rule of Civil Procedure, has been pending for an extended period of time, since on or about July 15, 2019.

   And respectfully in that regard, said reminder is hereby submitted under the entitled Order: **3.Communication with Chambers**. (c)(4) (FN.4), as issued by said District Judge.

*Respectfully submitted,*

Leonard W. Houston
Movant/Proposed Intervenor-Plaintiff

Enclosures

cc:  Electronic Privacy Information Center
     Attn: Plaintiff Attorneys of Record
     1718 Connecticut Avenue, NW, Suite 200, Washington, DC 20009

     United States Department of Justice
     *Civil Division, Federal Programs Branch*
     Attn: Courtney D. Enlow, U.S. Attorney
     Defendant Attorney of Record
     1100 L Street, Room 12102, Washington, DC 20005

## HOUSTON & HOUSTON,
Law and Education

**COPY**

Dr. LEONARD W. HOUSTON, Sr.
Juris Doctor of Law, Ph.D., Education

June 17, 2019

The Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
333 Constitution Avenue, N.W.
Washington, D.C. 20001

> Re: Submission of Motion For Leave To Intervene as Proposed Intervenor-Plaintiff and
> Attachments [Exhibits] as pursuant to Rule 24 of the Federal Rules of Civil Procedure:
>
> **ELECTRONIC PRIVACY INFORMATION CENRTER,** *Plaintiff* - against
> **UNITED STATES DEPARTMENT OF JUSTICE,** *Defendant*
> U.S. District Court, District of Columbia (Washington, DC)
> Civil Docket For Case #: 1:19-cv-00810-RBW

**Dear SIR/MADAM:**
*The Clerk of the Court*

Enclosed, Motion for leave to intervene as Proposed Intervenor-Plaintiff in the proceedings, bearing Case Number 19-cv-00810, under said captioned case, now pending before this Court.

The required attachments pursuant to Rule 24 of the Federal Rules of Civil Procedure in support of said Motion with attached Certificate of Service has been served on the respective Attorneys for the Plaintiff, Electronic Privacy Information Center, and the Defendant, United States Department of Justice to be herewith submitted to this Court, at its Motion Term/Part, at available scheduled by this Court.

Please return a copy of this letter showing this Court's time-stamp dated receipt of entitled Motion and Attachments, *etc.*, and having enclosed, a self-addressed, postage paid stamp envelope.

Thanking you in advance for your kind assistance in this matter, and subsequent request.

Respectfully,

Leonard W. Houston, Sr.
*Movant/Proposed Intervenor-Plaintiff*

Encls: Motion and Memorandum of Points and Authorities in Support of Motion to Intervene w/
(*Proposed*) Order [*Granting Motion to Intervene*]; and
Certificate of Service by Mail on Attorneys of Record (**19-cv-00810-RBW**); and
Complaint In Intervention (Leonard W. Houston, Sr., Movant/Proposed Intervenor-Plaintiff)
Courtesy Copies: Hon. REGGIE B. WALTON, United States District Judge

# THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br>    *Plaintiff,*<br><br>LEONARD W. HOUSTON, SR.,<br><br>    *Proposed Intervenor-Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    *Defendant.* | Civil Action No. 19-cv-00810 (RBW) |

## MOTION TO INTERVENE AS PLAINTIFF

For the reasons set forth in the accompanied Memorandum of Points and Authorities the Movant, Leonard W. Houston, Sr., will move this Court for leave to intervene as party plaintiff of right in the above-captioned action pursuant to Federal Rules of Civil Procedure 24(a). In the alternative, Leonard W. Houston, Sr., will move for permissive intervention pursuant to Federal Rule of Civil Procedure 24(b).

In further support of this Motion, the Movant submits the proposed Complaint In Intervention, with Attachments thereto, pursuant to Federal Rule of Civil Procedure 24(c) and pursuant to District Court of District of Columbia Local Civil Rule 7(c) a (Proposed) Order is attached.

In accordance and pursuant to the District Court of District of Columbia, Local Civil Rule 7(m), the Movant, Leonard W. Houston, Sr., has conferred by written request, dated May 17, 2019, with the listed Counsels of Record for Plaintiff, Electronic Privacy Information Center, Inc., and Counsels of Record for Defendant, U.S. Department of Justice to ascertain their respective positions of Movant's entitled Motion for leave to intervene in the above captioned proceedings pursuant to Rule 24 of the Federal Rules of Civil Procedure to intervene as Plaintiff, as a matter of right, or in the alternative, as permissive intervener. Attachment as **Exhibit 1.**

That Counsel for the Defendant, United States Department of Justice, had advised by E-mail dated June 11, 2019, as to the above captioned case - 19-cv-810 (D.D.C.), that the Government oppose said motion. Attachment as **Exhibit 2.**

It appears the Plaintiff, Electronic Privacy Information Center, Inc., by their non-responsive actions to Movant's written request that they consented to without exceptions thereof, to the requested statutory relief in the entitled Motion pursuant to Rule 24 of the Federal Rules of Civil Procedure [**Intervention of Right**— (a)(1) and (a)(2)(C) or **Permissive Intervention**— (b)(1)(B)] and in accordance with the District Court Local Civil Rule 7(m), as to judicial intervention by this Court to grant the Movant's entitled motion to intervene as a party-plaintiff in the captioned proceedings.

Dated: July 15, 2019

/S/
_____
**LEONARD W. HOUSTON, SR.**, *pro-se*
*Movant*
148 Deer court Drive, Bldg. 4
Middletown, NY 10940-6867
Telephone No. (845) 343-8923



**HOUSTON & HOUSTON,**
Law and Education
148 Deer Court Drive
Middletown, New York 10940-6867

WESTCHESTER NY 105
14 SEP 2020 PM 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Attn: Ms. Auntalene E. Queen, Secretary/Judicial Asst.
Hon. REGGIE B. WALTON, United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RECEIVED
Mail Room
SEP 16 2020
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

20001-262103