**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON LEOPOLD and BUZZFEED INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 19-cv-957 (RBW) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ELECTRONIC PRIVACY INFORMATION | ) | |
| CENTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 19-cv-810 (RBW) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFFS JASON LEOPOLD AND BUZZFEED, INC.'S REPLY IN SUPPORT OF THEIR MOTION TO REPROCESS

As explained in Section II of Plaintiffs' reply brief in *Leopold, et al v. Dep't of Justice, et al*, No. 19-cv-01278-RBW (D.D.C.) with regard to FBI 302s, the President's tweets are a clear exercise of his authority to waive discretionary FOIA exemptions.  For those reasons, the Court should order the Government to reprocess the Mueller Report in accordance with that exercise.

RESPECTFULLY SUBMITTED,
/s/ *Matthew V. Topic*
Matthew Topic
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
foia@loevy.com
DC Bar No. IL0037
*Counsel for Jason Leopold and BuzzFeed Inc.*