**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

ELECTRONIC PRIVACY INFORMATION )
CENTER,                        )
                               )
          Plaintiff,           )
                               )
     v.                        )     Civil Action No. 19-810 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
JUSTICE,                       )
                               )
          Defendant.           )
_____)

JASON LEOPOLD &                )
BUZZFEED, INC.,                )
                               )
          Plaintiffs,          )
                               )
     v.                        )     Civil Action No. 19-957 (RBW)
                               )
UNITED STATES DEPARTMENT OF    )
JUSTICE, <u>et al.</u>,        )
                               )
          Defendants.          )
_____)

## <u>ORDER</u>

In accordance with the oral rulings issued by the Court at the motion hearing held on this same date via teleconference, it is hereby

**ORDERED** that, on or before October 20, 2020, at 12:00 p.m., the United States Department of Justice shall file a declaration by the President or an individual who has conferred directly with the President regarding whether the President intended to order the declassification and release without redaction of the report prepared by Special Counsel Robert Mueller regarding his investigation into Russian interference in the 2016 United States presidential election.  It is further

**ORDERED** that, on October 21, 2020, at 11:30 a.m., the parties shall appear before the Court for a further motion hearing via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).  The Clerk of Court will provide counsel with a security code required to access the teleconference.  Members of the public are advised to dial in by calling 1-888-557-8511 and entering the public access code (4140864) followed by the pound key (#).

**SO ORDERED** this 16th day of October, 2020.

REGGIE B. WALTON
United States District Judge