UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 19-810 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) ) ) ) | |
| Defendant. | ) ) | |
| JASON LEOPOLD & BUZZFEED, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 19-957 (RBW) |
| UNITED STATES DEPARTMENT OF JUSTICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the motion hearing held on October 21, 2020, via teleconference, it is hereby

**ORDERED** that the Emergency Motion of Plaintiffs Jason Leopold and Buzzfeed, Inc., for Court Order Requiring Defendants to Reprocess the Mueller Report Before the November 3, 2020 Presidential Election in light of the President's Recent Declassification and Waiver, ECF No. 132, is **DENIED**. It is further

**ORDERED** that the status conference currently scheduled for October 22, 2020, is **VACATED**.

**SO ORDERED** this 22nd day of October, 2020.

REGGIE B. WALTON  
United States District Judge