1              **IN THE UNITED STATES DISTRICT COURT**

2                **FOR THE DISTRICT OF COLUMBIA**

3    JASON LEOPOLD, et al.        .    Docket No. CV 19-1278-RBW
                        Plaintiff    .
4                                     .
                                      .
5    ELECTRONIC PRIVACY            .    Docket No. CA 19-810-RBW
      INFORMATION CENTER           .
6                    Plaintiff,    .
     vs.                           .
7                                  .    Wednesday, October 21, 2020
     U.S. DEPARTMENT OF JUSTICE    .
8                    Defendant.    .
     . . . . . . . . . . . . . . . x   11:31 a.m.
9

10                    TRANSCRIPT OF MOTION HEARING

11       BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

12                  UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For Plaintiff Leopold:   Matthew Topic
                              LOVEY & LOVEY
15                            311 N. Aberdeen Street, Third Floor
                              Chicago, IL 60607
16                            (312) 243-5900
                              Email: matt@lovey.com
17                            Email: merrick@lovey.com

18
     For Plaintiff EPIC:   John L. Davisson, Esquire
19                         ELECTRONIC PRIVACY INFORMATION CENTER
                           1519 New Hampshire Avenue, NW
20                         Washington, DC 20009
                           (202) 483-1140 ext. 120
21                         Email: davisson@epic.org

22

23

24

25

1     APPEARANCES: [Cont'd]

2     For Plaintiff CNN:        Charles D. Tobin
                                BALLARD SPAHR LLP
3                               1909 K Street, NW
                                12th Floor
4                               Washington, DC 20006
                                (202) 661-2218
5                               Email: tobinc@ballardspahr.com

6

7     For the Defendant:     Courtney D. Enlow
                             Elizabeth J. Shapiro
8                            U.S. DEPARTMENT OF JUSTICE
                             Civil Division, Federal Programs Branch
9                            1100 L Street, NW
                             Washington, DC 20005
10                           (202) 616-8467
                             Email: courtney.d.enlow@usdoj.gov
11                           Email: Elizabeth.Shapiro@usdoj.gov

12

13

14    Court Reporter:    Cathryn J. Jones, RPR
                         Official Court Reporter
15                       Room 6521, U.S. District Court
                         333 Constitution Avenue, N.W.
16                       Washington, D.C. 20001
                         (202) 354-3246
17                       Email: Cathryn_Jones@dcd.uscourts.gov

18

      Proceedings recorded by machine shorthand, transcript
19    produced by computer-aided transcription.

20

21

22

23

24

25

**P R O C E E D I N G S**

1          THE DEPUTY CLERK:  Your Honor, this morning this

2  is In re:  Electronic Privacy Information Center versus U.S.

3  Department of Justice in Civil Action Number 19-810, along

4  with consolidated case, Jason Leopold et al. versus U.S.

5  Department of Justice in Civil Action Number 19-1278.

6          Ask the parties to identify themselves for the

7  record, please.

8          MR. TOPIC:  Good morning, Matthew Topic for

9  BuzzFeed plaintiff.

10          MR. TOBIN:  Good morning, Chuck Tobin for CNN.

11          MR. DAVISSON:  Good morning, John Davisson for the

12  plaintiffs EPIC.

13          MS. ENLOW:  Good morning, Your Honor, Courtney

14  Enlow on behalf of the Department of Justice and with me on

15  the line is Elizabeth Shapiro.

16          THE COURT:  We are here for a continuation of the

17  emergency hearing that was scheduled in response to the

18  emergency motion filed by the plaintiffs to require that the

19  documents being sought pursuant to FOIA be reevaluated to

20  see whether additional information needed to be dismissed

21  based upon the President's statements that were made in

22  reference to declassification of matters related to the

23  investigation of Russian's involvement in the 2016 election.

24          We did receive subsequent to the last hearing a

1    declaration from White House Chief of Staff Mark Meadows.

2    And I assume plaintiff's counsel had an opportunity to

3    review that.  I'll hear from plaintiff's counsel as to what

4    impact you think what he had said in that declaration has on

5    whether there was further declassification by the president

6    based upon the statements that were made.

7          MR. TOBIN:  Thank you, Your Honor.  This is Chuck

8    Tobin for CNN, and I'll address the issue on behalf of all

9    plaintiffs before the Court.  Your Honor, we filed a very

10   brief response to -- reply to the Meadows' declaration in

11   the Department of Justice's response filed yesterday.

12         THE COURT:  I did have a chance to read that so.

13         MR. TOBIN:  Very good, Your Honor, thank you.

14         Your Honor, at last Friday's hearing as we

15   understood it the Court expressed two concerns to the

16   Department of Justice with respect to the previous

17   declaration from Deputy AG Weinsheimer.  The first concern

18   the Court expressed was that the declaration that

19   declaration did not say that Deputy AG Weinsheimer had

20   personally inquired of the president as to what his tweets

21   meant when he said that he had fully authorized the total

22   declassification of any and all documents pertaining to the

23   Russia hoax, and that there were to be no redactions.

24   That's what the President's tweets said.

25         The Court's second concern that it was not clear

1    it seems to us to say it was not clear whether Weinsheimers'

2    declaration about the tweets not being self-executing and

3    that the president was referring only to his authorization

4    to the attorney general, whether that meant that the

5    president did not mean what he said in his tweet when he

6    said he was authorizing the total declassification with no

7    redactions.

8            And we understood that the Court instructed the

9    Department of Justice and the White House to address those

10   two issues for the Court.  The new declaration from Chief of

11   Staff Meadows does say that he inquired of the president and

12   so they have addressed fully I think the Court's first

13   question, what did, what, did somebody ask the president

14   what he meant.

15           But the Meadows' declaration simply repeats the

16   same words that were in the Weinsheimer declaration, the

17   words the Court asked to be clarified.  Therefore, it's not

18   really responsive to the Court's second concern, did the

19   president mean what he said when he unequivocally said in

20   his tweet that the Russia hoax was to be declassified and

21   that there were to be no redactions?

22           The Department of Justice in its notice of filing

23   adds more color if you will to what the president's

24   intention was by referring back specifically to the

25   memorandum to the attorney general on May 2019 to begin a

1    declassification process.

2          And so if that's the case we now know that the

3    president intended or his tweet and his clarification of the

4    tweet of the 2019 instruction that the attorney general was

5    to begin the process of declassifying all information, all

6    documents related to the Russia hoax.  And that the

7    president has been frustrated and said in his second tweet

8    that unfortunately people have acted very slowly and that

9    it's time for people to act, the attorney general to act.

10          And so it seems to us that over the past year

11   while we've been in a number of hearings where the

12   Department of Justice has fought to maintain the redactions

13   even with the approach of the election being the guiding

14   point for all of us in releasing information that the

15   attorney general has been acting under an instruction from

16   the president to accomplish the total declassification of

17   any and all documents with no redactions.

18          And so with that clarification, that understanding

19   now from the Department of Justice and Mr. Meadows, we ask

20   the Court to enforce the president's instruction year and a

21   half ago for the attorney general to enforce the public

22   records law and to order all of these redactions lifted.

23   We're 14 days, 13 days from the election and we all seem to

24   agree the president concluded that the American public

25   should see this information before they cast their ballots.

1          And so, Your Honor, we would ask for the Court to

2    order the redactions of all of the information as the

3    president has instructed.

4          THE COURT:  Response from government counsel.

5          MS. ENLOW:  Your Honor, there is no possible way

6    to read both the Weinsheimer declaration and the Meadows

7    declaration and the May 2019 presidential memorandum that

8    was referred to in the declarations and come out to that

9    conclusion.

10          I would refer the Court to the May 2019 memorandum

11   which was not an order to declassify.  It was a delegation

12   of authority to the attorney general.  And specifically on

13   May 23rd, 2019, the president issued a presidential

14   memorandum that was titled, *"Agency cooperation with the*

15   *attorney general's review intelligence activities related to*

16   *the 2016 presidential campaign.*"  A memorandum recognizes

17   the attorney general was conducting a review of intelligence

18   activities related to the campaigns in the 2016 presidential

19   election and certainly when it matters.

20          The memorandum is not an order to declassify any

21   documents, nor is there any way to interpret it as such.

22   Section two of that memorandum is titled declassification

23   and downgrading.  And I'm going to read it into the record

24   in its complete form so the record is very clear here.  So

25   that Section Two states as follows; "With respect to any

1   matter classified under Executive Order 13526,

2   December 29th, 2019, Classified National Security

3   Information, the attorney general may by applying the

4   standards set forth in either Section 3.1(a) or Section

5   3.1(d) of Executive Order 13526, declassify, downgrade or

6   direct declassification or downgrading information or

7   intelligence that relates to the attorney general's review

8   referred to in Section one of this memorandum.

9        Before exercising its authority the attorney

10  general should to the extent he deems practicable, he spoke

11  with the head of the originating intelligence community,

12  element or department.  His authority is not delegable and

13  applies notwithstanding any other authorization or

14  limitations set forth in Executive Order 13526."  That's the

15  entirety of that section and the entirety of that

16  presidential memorandum where it refers to declassification

17  of information.

18       It simply again refers to the fact that the

19  attorney generally quote, "may declassify information."  Not

20  that he's directed to, not that he has to, not that he's

21  ordered to, but he may do it.  So in reading that and

22  reading that together with Mr. Weinheimer's declaration and

23  Mr. Meadows' declaration makes very clear that there has

24  been no order to declassify any information in this case or

25  any other case.

1          THE COURT:  Okay.  Response, Mr. Tobin.  Let's

2    assume hypothetically that the president in his most recent

3    statements did in fact indicate that he was expanding the

4    authority that he had given to the attorney general.  He

5    would still have the prerogative if he deems it appropriate

6    before information was released to retract that

7    declassification if he deemed it appropriate, right?

8          MR. TOBIN:  He would, Your Honor.  He would have

9    the authority to say when I said no redactions I didn't mean

10   it and I am walking it back.  I am rescinding it.  Those are

11   no longer my instructions.

12         Mr. Meadows' declaration -- and I believe the

13   Court was very explicit in saying to the Department of

14   Justice that's what the Court was looking for.  That's the

15   kind of guidance the White House needed to provide it to

16   reconcile this record, and Mr. Meadows' declaration does not

17   do that.  It provides the Court with the same information

18   that Mr. Weinsheimer did in his declaration.  And it does

19   not walk back the statement that the president made in the

20   tweet that there were to be no redactions and that he

21   lamented that people had been acting very slowly and that

22   it's time to act.

23         THE COURT:  But if he says as he does according to

24   what Mr. Meadows says, if he says what I was referring to

25   was the authorization I'd given to the attorney general and

1    I did not intend to expand the authorization I had given to

2    the attorney general in my most recent tweet isn't that

3    essentially saying what you say would need to be said in

4    order to amount to a retraction?

5             MR. TOBIN:  Well, you know, Your Honor, I don't

6    think that says that he didn't mean to tell the attorney

7    general no redactions which is the plain language in his

8    tweet.  Obviously if the president were here we could read

9    him his language and we could ask him explicitly when you

10   said no redactions were you speaking too broadly?  Or did

11   you not mean it?  Do you not mean it now?  Are you walking

12   it back now?

13            The Court gave the Department of Justice the

14   instruction to return with that kind of explicit directive

15   and it did not.  And we think that by referring back now as

16   they did in their response to the memorandum to the attorney

17   general they've given us the interpretation the president

18   now provides that there were to be no redactions when he

19   instructed the attorney general.

20            THE COURT:  Okay.  Anything else government

21   counsel would like to say before I make my ruling?

22            MS. ENLOW:  No, Your Honor.

23            THE COURT:  Very well.  Well, it is unfortunate

24   that we are in this situation, and because obviously when

25   there's ever reference to the declassification of classified

1   information those words spoken should be artfully spoken so

2   that there's no ambiguity as to what the intent was.  And

3   obviously that is not what occurred here.

4         And I think it's obvious that the most recent

5   statements by the president clearly could be construed as

6   relating to something other than the prior authorization he

7   had given to the attorney general to do a review and make a

8   discretionary assessment after consulting with other

9   interested parties as to what information should be

10  declassified related to the investigation regarding the

11  intervention into the 2016 election.

12        Despite that reality it seems to me that the real

13  question becomes what was the president's intent when he

14  made the statement.  And as I indicated in my hypothetical

15  earlier it seems to me even if he did intend that there be

16  an expansion of what he previously authorized the attorney

17  general to do until such time as that authority given to the

18  attorney general was exercised the president has the

19  authority to rescind that.

20        And while he doesn't specifically say that in so

21  many words essentially it seems to me that's what he has

22  done.  That he has said that I did not intend to expand the

23  authority I'd given to the attorney general despite the

24  unartful way that it was said, and therefore, my position at

25  this point based upon what Mr. Meadows said is that I did

1   not intend to expand the authority.  And therefore, there

2   was no greater order of declassification given other than

3   what I had previously indicated when I gave the attorney

4   general the discretion to declassify the information.

5         So while it's unfortunate that the words were

6   spoken in the way that they were spoken I think I am

7   constraint to conclude that there was no further expansion

8   and therefore, there is no need for a further review of the

9   documents to see whether based upon the words of the, most

10  recent words of the president requires that the additional

11  information other than what's already been released be

12  released.

13        So based upon those findings and based upon my

14  assessment of the status of the situation I would have to

15  conclude that the emergency motions would have to be denied.

16  Anything else?

17        MR. TOBIN:  Your Honor, we appreciate the Court's

18  consideration and accept for today the conclusion that the

19  president has walked back his statement that there should be

20  no redactions through Mr. Meadows.

21        Your Honor, the only other issues the Court had

22  ordered with respect to the 302s that were referred out to

23  other agencies that was discussed in the ex parte hearing

24  the Court had ordered a good faith effort to release

25  documents by the election, by October 30 the next scheduled

1    release date.  And so I was hoping, you know, if the Court

2    agreed it would be appropriate we could just ask for a

3    status on that.

4          THE COURT:  The government have any information on

5    that?  If you don't we can set a date next week when we can

6    come back and have something further presented in reference

7    to that.  Is the government prepared to make any

8    representations at this time?

9          MS. ENLOW:  Well briefly, Your Honor.  My

10   understanding is that the FBI has received some of the

11   consultations back from the October 2nd status.  And we are,

12   the FBI is making a good faith basis to include those in

13   their October 30th production to the plaintiffs.  The

14   October 30th production, of course, is going to have all the

15   consults that were sent out before October 2nd.  Those will

16   all be included in that production and again some, but I

17   don't have a number.  I don't think the FBI would be able to

18   give me a number until, you know, essentially the production

19   date.

20         They are working very hard to get out other ones

21   that were prior to October 2nd, but there should be some in

22   the October 30th production as well.

23         THE COURT:  Okay.  I think probably -- does

24   plaintiff's counsel want to have a further hearing next week

25   to see whether the government can give us more information

1   about what it anticipates will be released?

2            MR. TOBIN:  We would find that helpful, Your

3   Honor.  Thank you.

4            THE COURT:  Okay.  Let's do it on the 29th then.

5   I can do it at, I can do it at 9:30.  Is that good?

6            MR. TOBIN:  Works for CNN, Your Honor.

7            MS. ENLOW:  Yes, Your Honor.

8            MR. DAVISSON:  Works for EPIC.

9            THE COURT:  We'll do a teleconference on the 29th

10  of October.  Thank you.

11           MS. ENLOW:  Your Honor --

12           THE COURT:  Yes.

13           MS. ENLOW:  -- one more issue I wanted to raise.

14  Your Honor had set in the EPIC case, so about the Mueller

15  report.  Your Honor had set a status conference for tomorrow

16  at noon after Your Honor had ruled on the redactions of the

17  Mueller report.

18           THE COURT:  Right.

19           MS. ENLOW:  I was wondering what Your Honor

20  contemplated the parties would be discussing at the status

21  conference or if it's necessary to have one tomorrow.

22           THE COURT:  You mean find out from EPIC whether

23  EPIC still has something we need to discuss tomorrow.

24           MR. DAVISSON:  Your Honor, John Davisson for EPIC.

25  We, of course, are awaiting the order disclosure on November

1    2nd of the reprocess report.  There is one additional merit

2    issue remaining in EPIC'S case.  In the Court's March 16th,

3    2020 minute order, the Court had ordered DOJ to submit

4    additional pages of records that the DOJ had produced in

5    redacted form pursuant to EPIC's FOIA request.  And those

6    two pages comprise an additional memo submitted by Special

7    Counsel Mueller to Attorney General Barr in April of 2019.

8            As we read the Court's September 30th opinion and

9    order the Court did not express a view as to whether the

10   Exemption 6 and 7(c) redactions to that memorandum are

11   valid.  So we would simply ask the Court to enter an order

12   resolving the validity of those withholdings.

13           THE COURT:  Okay.  I'll have to go back and look

14   at the submissions in reference to that and I'll have an

15   answer for you as quickly as I can.

16           Anything the government would like to say in

17   reference to that?

18           MS. ENLOW:  Yes.  I would have to go back and read

19   more closely again.  I'm just going off memory at this

20   point.  But I believe the parties in EPIC and the government

21   filed in March of last year, March of this year, a joint

22   status report in which the parties agreed that the Court

23   (B)(6) and 7(c) redactions of the Mueller report would

24   apply.

25           This withholding would apply to the texture of

1    documents that EPIC is referring to now.  And I believe EPIC

2    stipulated that, the parties stipulated that whatever the

3    Court ruled on in the Mueller report those redactions would

4    also apply to this document.  So I'm not sure the Court

5    actually needs to go and issue a separate order on this

6    particular document in light of that status report.

7              MR. DAVISSON:  Your Honor, in the status report

8    that counsel is referring to that's Document 114.  It's the

9    language says that the parties further stipulate that if the

10   Court agrees with the DOJ Exemption 6 and 7(C)

11   determinations that's the final two pages of the DOJ's

12   October 10 production, EPIC will withdraw its challenge to

13   those exemptions.  So while certainly there would be issues

14   in common to the 6 and 7(C) exemptions in the Mueller report

15   in this additional document the JSR does contemplate that

16   there would be a separate determination on that document.

17             THE COURT:  We'll go back and look at that

18   document and look at what the parties represented in

19   reference to it, and we'll issue an order prior to the next

20   hearing date.

21             Anything else?  What about 11 o'clock on the 29th

22   then?

23             MS. ENLOW:  That works for the government, Your

24   Honor.

25             MR. TOBIN:  CNN as well.

1              THE COURT:  Okay.  And you'll change that time to

2     11 o'clock.  Like I said I'll give you the reference to the

3     issue raised by EPIC I'll get something out before that.

4     Anything else?

5              MS. ENLOW:  Your Honor, I apologize with all these

6     different hearings.

7              THE COURT:  That's all right.  We don't need to

8     have a hearing tomorrow then, but we can vacate that

9     hearing.  And I'll, like I said I'll issue an order

10    beforehand or I'll indicate what my ruling is on the 29th,

11    but I'll try to get an order out in writing before that.

12             Yes, I'm sorry, go ahead.  Government counsel, is

13    there something you want to add?

14             MS. ENLOW:  No, I just said thank you.  I want to

15    be clear that tomorrow's status was canceled.

16             THE COURT:  Right.  If there's nothing else.

17    Thank you.

18             MR. TOBIN:  Thank you.  Thanks everyone.  Be safe.

19             MR. DAVISSON:  Thank you, Your Honor.

20             [Thereupon, the proceedings adjourned at 11:53

21             a.m.]

22

23

24

25

1                      **CERTIFICATE**

2          **I, Cathryn J. Jones, an Official Court Reporter,**

3    for the United States District Court of the District of

4    Columbia, do hereby certify that the foregoing 17 pages is a

5    true and correct transcript of the remotely reported

6    proceedings in the above-entitled matter.

7          Please note:  This hearing occurred during

8    COVID-19 pandemic and is therefore subject in the

9    technological limitations of court reporting remotely.

10         In witness whereof, I have hereto subscribed my

11   name, this the 25th day of October, 2020.

12

13                         /s/_Cathryn J. Jones
14                         Cathryn J. Jones, RPR
                           Official Court Reporter
15

16

17

18

19

20

21

22

23

24

25

MR. DAVISSON: **[5]** 3/11 14/7 14/23 16/6 17/18
MR. TOBIN: **[10]** 3/10 4/6 4/12 9/7 10/4 12/16 14/1 14/5 16/24 17/17
MR. TOPIC: **[1]** 3/8
MS. ENLOW: **[12]** 3/13 7/4 10/21 13/8 14/6 14/10 14/12 14/18 15/17 16/22 17/4 17/13
THE COURT: **[19]**
THE DEPUTY CLERK: **[1]** 3/1

**/**

**/s [1]** 18/13

**1**

**10 [1]** 16/12
**11 o'clock [1]** 16/21 17/2
**1100 [1]** 2/9
**114 [1]** 16/8
**1140 [1]** 1/20
**11:31 [1]** 1/8
**11:53 [1]** 17/20
**120 [1]** 1/20
**1278 [1]** 3/6
**12th [1]** 2/3
**13 [1]** 6/23
**13526 [3]** 8/1 8/5 8/14
**14 [1]** 6/23
**1519 [1]** 1/19
**16th [1]** 15/2
**17 [1]** 18/4
**19 [1]** 18/8
**19-1278 [1]** 3/6
**19-1278-RBW [1]** 1/3
**19-810 [1]** 3/4
**19-810-RBW [1]** 1/5
**1909 [1]** 2/3

**2**

**20001 [1]** 2/16
**20005 [1]** 2/9
**20006 [1]** 2/4
**20009 [1]** 1/20
**2016 [4]** 3/24 7/16 7/18 11/11
**2019 [7]** 5/25 6/4 7/7 7/10 7/13 8/2 15/7
**202 [4]** 1/20 2/4 2/10 2/16
**2020 [3]** 1/7 15/3 18/11
**21 [1]** 1/7
**2218 [1]** 2/4
**23rd [1]** 7/13
**243-5900 [1]** 1/16
**25th [1]** 18/11
**29th [5]** 8/2 14/4 14/9 16/21 17/10
**2nd [4]** 13/11 13/15 13/21 15/1

**3**

**3.1 [2]** 8/4 8/5
**30 [1]** 12/25
**302s [1]** 12/22
**30th [4]** 13/13 13/14 13/22 15/8
**311 [1]** 1/15
**312 [1]** 1/16
**3246 [1]** 2/16
**333 [1]** 2/15
**354-3246 [1]** 2/16

**4**

**483-1140 [1]** 1/20

**5**

**5900 [1]** 1/16

**6**

**60607 [1]** 1/15
**616-8467 [1]** 2/10
**6521 [1]** 2/15
**661-2218 [1]** 2/4

**8**

**810 [1]** 3/4
**8467 [1]** 2/10

**9**

**9:30 [1]** 14/5

**A**

**a.m [2]** 1/8 17/21
**Aberdeen [1]** 1/15
**able [1]** 13/17
**about [4]** 5/2 14/1 14/14 16/21
**above [1]** 18/6
**above-entitled [1]** 18/6
**accept [1]** 12/18
**accomplish [1]** 6/16
**according [1]** 9/23
**act [3]** 6/9 6/9 9/22
**acted [1]** 6/8
**acting [2]** 6/15 9/21
**Action [2]** 3/4 3/6
**activities [2]** 7/15 7/18
**actually [1]** 16/5
**add [1]** 17/13
**additional [6]** 3/21 12/10 15/1 15/4 15/6 16/15
**address [2]** 4/8 5/9
**addressed [1]** 5/12
**adds [1]** 5/23
**adjourned [1]** 17/20
**after [2]** 11/8 14/16
**AG [2]** 4/17 4/19
**again [3]** 8/18 13/16 15/19
**agencies [1]** 12/23
**Agency [1]** 7/14
**ago [1]** 6/21
**agree [1]** 6/24
**agreed [2]** 13/2 15/22
**agrees [1]** 16/10
**ahead [1]** 17/12
**aided [1]** 2/19
**al [2]** 1/3 3/5
**all [13]** 4/8 4/22 6/5 6/5 6/14 6/17 6/22 6/23 7/2 13/14 13/16 17/5 17/7
**along [1]** 3/4
**already [1]** 12/11
**also [1]** 16/4
**am [3]** 9/10 9/10 12/6
**ambiguity [1]** 11/2
**American [1]** 6/24
**amount [1]** 10/4
**answer [1]** 15/15
**anticipates [1]** 14/1
**any [10]** 4/22 6/17 7/20 7/21 7/25 8/13 8/24 8/25 13/4 13/7

**Anything [5]** 10/20 12/16 15/16 16/21 17/4
**apologize [1]** 17/5
**APPEARANCES [2]** 1/13 2/1
**applies [1]** 8/13
**apply [3]** 15/24 15/25 16/4
**applying [1]** 8/3
**appreciate [1]** 12/17
**approach [1]** 6/13
**appropriate [3]** 9/5 9/7 13/2
**April [1]** 15/7
**are [8]** 3/17 9/10 10/11 10/24 13/11 13/20 14/25 15/10
**artfully [1]** 11/1
**as [19]**
**ask [7]** 3/7 5/13 6/19 7/1 10/9 13/2 15/11
**asked [1]** 5/17
**assessment [2]** 11/8 12/14
**assume [2]** 4/2 9/2
**attorney [25]**
**authority [9]** 7/12 8/9 8/12 9/4 9/9 11/17 11/19 11/23 12/1
**authorization [5]** 5/3 8/13 9/25 10/1 11/6
**authorized [2]** 4/21 11/16
**authorizing [1]** 5/6
**Avenue [2]** 1/19 2/15
**awaiting [1]** 14/25

**B**

**back [11]** 5/24 9/10 9/19 10/12 10/15 12/19 13/6 13/11 15/13 15/18 16/17
**BALLARD [1]** 2/2
**ballardspahr.com [1]** 2/5
**ballots [1]** 6/25
**Barr [1]** 15/7
**based [6]** 3/22 4/6 11/25 12/9 12/13 12/13
**basis [1]** 13/12
**be [26]**
**because [1]** 10/24
**becomes [1]** 11/13
**been [6]** 6/7 6/11 6/15 8/24 9/21 12/11
**before [9]** 1/11 4/9 6/25 8/9 9/6 10/21 13/15 17/3 17/11
**beforehand [1]** 17/10
**begin [2]** 5/25 6/5
**behalf [2]** 3/15 4/8
**being [3]** 3/20 5/2 6/13
**believe [3]** 9/12 15/20 16/1
**both [1]** 7/6
**Branch [1]** 2/8
**brief [1]** 4/10
**briefly [1]** 13/9
**broadly [1]** 10/10
**BuzzFeed [1]** 3/10

**C**

**CA [1]** 1/5
**campaign [1]** 7/16
**campaigns [1]** 7/18
**can [7]** 13/5 13/5 13/25 14/5 14/5 15/15 17/8
**canceled [1]** 17/15
**case [6]** 3/5 6/2 8/24 8/25 14/14 15/2
**cast [1]** 6/25

## C

**Cathryn [5]** 2/14 2/17 18/2 18/13 18/14
**CENTER [3]** 1/5 1/19 3/3
**certainly [2]** 7/19 16/13
**CERTIFICATE [1]** 18/1
**certify [1]** 18/4
**challenge [1]** 16/12
**chance [1]** 4/12
**change [1]** 17/1
**Charles [1]** 2/2
**Chicago [1]** 1/15
**Chief [2]** 4/1 5/10
**Chuck [2]** 3/11 4/7
**Civil [3]** 2/8 3/4 3/6
**clarification [2]** 6/3 6/18
**clarified [1]** 5/17
**classified [4]** 8/1 8/2 10/25
**clear [5]** 4/25 5/1 7/24 8/23 17/15
**clearly [1]** 11/5
**closely [1]** 15/19
**CNN [5]** 2/2 3/11 4/8 14/6 16/25
**color [1]** 5/23
**COLUMBIA [2]** 1/2 18/4
**come [2]** 7/8 13/6
**common [1]** 16/14
**community [1]** 8/11
**complete [1]** 7/24
**comprise [1]** 15/6
**computer [1]** 2/19
**computer-aided [1]** 2/19
**concern [3]** 4/17 4/25 5/18
**concerns [1]** 4/15
**conclude [2]** 12/7 12/15
**concluded [1]** 6/24
**conclusion [2]** 7/9 12/18
**conducting [1]** 7/17
**conference [2]** 14/15 14/21
**consideration [1]** 12/18
**consolidated [1]** 3/5
**Constitution [1]** 2/15
**constraint [1]** 12/7
**construed [1]** 11/5
**consultations [1]** 13/11
**consulting [1]** 11/8
**consults [1]** 13/15
**Cont'd [1]** 2/1
**contemplate [1]** 16/15
**contemplated [1]** 14/20
**continuation [1]** 3/17
**cooperation [1]** 7/14
**correct [1]** 18/5
**could [4]** 10/8 10/9 11/5 13/2
**counsel [8]** 4/2 4/3 7/4 10/21 13/24 15/7 16/8 17/12
**course [2]** 13/14 14/25
**court [31]**
**Court's [6]** 4/25 5/12 5/18 12/17 15/2 15/8
**Courtney [2]** 2/7 3/14
**courtney.d.enlow [1]** 2/10
**COVID [1]** 18/8
**COVID-19 [1]** 18/8
**CV [1]** 1/3

## D

**D.C [1]** 2/16

**date [4]** 13/1 13/5 13/19 16/20
**davisson [4]** 1/18 1/21 3/12 14/24
**day [1]** 18/11
**days [2]** 6/23 6/23
**DC [3]** 1/20 2/4 2/9
**dcd.uscourts.gov [1]** 2/17
**December [1]** 8/2
**December 29th [1]** 8/2
**declaration [17]** 4/1 4/4 4/10 4/17 4/18 4/19 5/2 5/10 5/15 5/16 7/6 7/7 8/22 8/23 9/12 9/16 9/18
**declarations [1]** 7/8
**declassification [12]** 3/23 4/5 4/22 5/6 6/1 6/16 7/22 8/6 8/16 9/7 10/25 12/2
**declassified [2]** 5/20 11/10
**declassify [6]** 7/11 7/20 8/5 8/19 8/24 12/4
**declassifying [1]** 6/5
**deemed [1]** 9/7
**deems [2]** 8/10 9/5
**Defendant [2]** 1/8 2/7
**delegable [1]** 8/12
**delegation [1]** 7/11
**denied [1]** 12/15
**department [14]** 1/7 2/8 3/4 3/6 3/15 4/11 4/16 5/9 5/22 6/12 6/19 8/12 9/13 10/13
**Deputy [2]** 4/17 4/19
**despite [2]** 11/12 11/23
**determination [1]** 16/16
**determinations [1]** 16/11
**did [17]** 3/25 4/12 4/19 5/5 5/13 5/13 5/18 9/3 9/18 10/1 10/10 10/15 10/16 11/15 11/22 11/25 15/9
**didn't [2]** 9/9 10/6
**different [1]** 17/6
**direct [1]** 8/6
**directed [1]** 8/20
**directive [1]** 10/14
**disclosure [1]** 14/25
**discretion [1]** 12/4
**discretionary [1]** 11/8
**discuss [1]** 14/23
**discussed [1]** 12/23
**discussing [1]** 14/20
**dismissed [1]** 3/21
**DISTRICT [6]** 1/1 1/2 1/12 2/15 18/3 18/3
**Division [1]** 2/8
**do [10]** 8/21 9/17 10/11 11/7 11/17 14/4 14/5 14/5 14/9 18/4
**Docket [2]** 1/3 1/5
**document [6]** 16/4 16/6 16/8 16/15 16/16 16/18
**documents [8]** 3/20 4/22 6/6 6/17 7/21 12/9 12/25 16/1
**does [6]** 5/11 9/16 9/18 9/23 13/23 16/15
**doesn't [1]** 11/20
**DOJ [3]** 15/3 15/4 16/10
**DOJ's [1]** 16/11
**don't [5]** 10/5 13/5 13/17 13/17 17/7
**done [1]** 11/22
**downgrade [1]** 8/5
**downgrading [2]** 7/23 8/6
**during [1]** 18/7

## E

**earlier [1]** 11/15
**effort [1]** 12/24
**either [1]** 8/4
**election [6]** 3/24 6/13 6/23 7/19 11/11 12/25
**ELECTRONIC [3]** 1/5 1/19 3/3
**element [1]** 8/12
**Elizabeth [2]** 2/7 3/16
**Elizabeth.Shapiro [1]** 2/11
**else [5]** 10/20 12/16 16/21 17/4 17/16
**Email [7]** 1/16 1/17 1/21 2/5 2/10 2/11 2/17
**emergency [3]** 3/18 3/19 12/15
**enforce [2]** 6/20 6/21
**Enlow [2]** 2/7 3/15
**enter [1]** 15/11
**entirety [2]** 8/15 8/15
**entitled [1]** 18/6
**EPIC [12]** 1/18 3/13 14/8 14/14 14/22 14/23 14/24 15/20 16/1 16/1 16/12 17/3
**EPIC'S [2]** 15/2 15/5
**epic.org [1]** 1/21
**Esquire [1]** 1/18
**essentially [3]** 10/3 11/21 13/18
**et [2]** 1/3 3/5
**even [2]** 6/13 11/15
**ever [1]** 10/25
**everyone [1]** 17/18
**ex [1]** 12/23
**executing [1]** 5/2
**Executive [3]** 8/1 8/5 8/14
**Exemption [2]** 15/10 16/10
**exemptions [2]** 16/13 16/14
**exercised [1]** 11/18
**exercising [1]** 8/9
**expand [1]** 10/1 11/22 12/1
**expanding [1]** 11/16
**expansion [2]** 11/16 12/7
**explicit [2]** 9/13 10/14
**explicitly [1]** 10/9
**express [1]** 15/9
**expressed [2]** 4/15 4/18
**ext [1]** 1/20
**extent [1]** 8/10

## F

**fact [2]** 8/18 9/3
**faith [2]** 12/24 13/12
**FBI [3]** 13/10 13/12 13/17
**Federal [1]** 2/8
**filed [4]** 3/19 4/9 4/11 15/21
**filing [1]** 5/22
**final [1]** 16/11
**find [2]** 14/2 14/22
**findings [1]** 12/13
**first [2]** 4/17 5/12
**Floor [2]** 1/15 2/3
**FOIA [2]** 3/20 15/5
**follows [1]** 7/25
**foregoing [1]** 18/4
**form [2]** 7/24 15/5
**forth [2]** 8/4 8/14
**fought [1]** 6/12
**Friday's [1]** 4/14
**frustrated [1]** 6/7

## F

**fully [2]** 4/21 5/12
**further [6]** 4/5 12/7 12/8 13/6 13/24 16/9

## G

**gave [2]** 10/13 12/3
**general [22]**
**general's [2]** 7/15 8/7
**generally [1]** 8/19
**get [3]** 13/20 17/3 17/11
**give [3]** 13/18 13/25 17/2
**given [8]** 9/4 9/25 10/1 10/17 11/7 11/17 11/23 12/2
**go [5]** 15/13 15/18 16/5 16/17 17/12
**going [3]** 7/23 13/14 15/19
**good [8]** 3/9 3/11 3/12 3/14 4/13 12/24 13/12 14/5
**government [9]** 7/4 10/20 13/4 13/7 13/25 15/16 15/20 16/23 17/12
**greater [1]** 12/2
**guidance [1]** 9/15
**guiding [1]** 6/13

## H

**had [16]** 4/2 4/4 4/19 4/21 9/4 9/21 10/1 11/7 12/3 12/21 12/24 14/14 14/15 14/16 15/3 15/4
**half [1]** 6/21
**Hampshire [1]** 1/19
**hard [1]** 13/20
**has [13]** 4/4 6/7 6/12 6/15 7/3 8/20 8/23 11/18 11/21 11/22 12/19 13/10 14/23
**have [18]** 4/12 5/12 6/8 9/5 9/8 12/14 12/15 13/4 13/6 13/14 13/17 13/24 14/21 15/13 15/14 15/18 17/8 18/10
**he [34]**
**he's [2]** 8/20 8/20
**head [1]** 8/11
**hear [1]** 4/3
**hearing [10]** 1/10 3/18 3/25 4/14 12/23 13/24 16/20 17/8 17/9 18/7
**hearings [2]** 6/11 17/6
**helpful [1]** 14/2
**here [4]** 3/17 7/24 10/8 11/3
**hereby [1]** 18/4
**hereto [1]** 18/10
**him [2]** 10/9 10/9
**his [13]** 4/20 5/3 5/5 5/20 6/3 6/3 6/7 8/12 9/2 9/18 10/7 10/9 12/19
**hoax [3]** 4/23 5/20 6/6
**Honor [27]**
**HONORABLE [1]** 1/11
**hoping [1]** 13/1
**House [3]** 4/1 5/9 9/15
**hypothetical [1]** 11/14
**hypothetically [1]** 9/2

## I

**I'd [2]** 9/25 11/23
**I'll [10]** 4/3 4/8 15/13 15/14 17/2 17/3 17/9 17/9 17/10 17/11
**I'm [4]** 7/23 15/19 16/4 17/12
**identify [1]** 3/7
**IL [1]** 1/15
**impact [1]** 4/4

**include [1]** 13/12
**included [1]** 13/16
**indicate [2]** 9/3 17/10
**indicated [2]** 11/14 12/3
**information [21]**
**inquired [2]** 4/20 5/11
**instructed [3]** 5/8 7/3 10/19
**instruction [4]** 6/4 6/15 6/20 10/14
**instructions [1]** 9/11
**intelligence [4]** 7/15 7/17 8/7 8/11
**intend [4]** 10/1 11/15 11/22 12/1
**intended [1]** 6/3
**intent [2]** 11/2 11/13
**intention [1]** 5/24
**interested [1]** 11/9
**interpret [1]** 7/21
**interpretation [1]** 10/17
**intervention [1]** 11/11
**investigation [2]** 3/24 11/10
**involvement [1]** 3/24
**is [26]**
**isn't [1]** 10/2
**issue [7]** 4/8 14/13 15/2 16/5 16/19 17/3 17/9
**issued [1]** 7/13
**issues [3]** 5/10 12/21 16/13
**it [35]**
**it's [7]** 5/17 6/9 9/22 11/4 12/5 14/21 16/8
**its [4]** 5/22 7/24 8/9 16/12

## J

**JASON [2]** 1/3 3/5
**John [3]** 1/18 3/12 14/24
**joint [1]** 15/21
**Jones [5]** 2/14 2/17 18/2 18/13 18/14
**JSR [1]** 16/15
**JUDGE [2]** 1/11 1/12
**just [3]** 13/2 15/19 17/14
**JUSTICE [12]** 1/7 2/8 3/4 3/6 3/15 4/16 5/9 5/22 6/12 6/19 9/14 10/13
**Justice's [1]** 4/11

## K

**kind [2]** 9/15 10/14
**know [4]** 6/2 10/5 13/1 13/18

## L

**lamented [1]** 9/21
**language [3]** 10/7 10/9 16/9
**last [3]** 3/25 4/14 15/21
**law [1]** 6/22
**LEOPOLD [3]** 1/3 1/14 3/5
**Let's [2]** 9/1 14/4
**lifted [1]** 6/22
**light [1]** 16/6
**like [4]** 10/21 15/16 17/2 17/9
**limitations [2]** 8/14 18/9
**line [1]** 3/16
**LLP [1]** 2/2
**longer [1]** 9/11
**look [3]** 15/13 16/17 16/18
**looking [1]** 9/14
**LOVEY [2]** 1/14 1/14
**lovey.com [2]** 1/16 1/17

## M

**machine [1]** 2/18
**made [4]** 3/22 4/6 9/19 11/14
**maintain [1]** 6/12
**make [3]** 10/21 11/7 13/7
**makes [1]** 8/23
**making [1]** 13/12
**many [1]** 11/21
**March [3]** 15/2 15/21 15/21
**March 16th [1]** 15/2
**Mark [1]** 4/1
**matt [1]** 1/16
**matter [2]** 8/1 18/6
**matters [2]** 3/23 7/19
**Matthew [2]** 1/14 3/9
**may [7]** 5/25 7/7 7/10 7/13 8/3 8/19 8/21
**May 2019 [2]** 5/25 7/10
**May 23rd [1]** 7/13
**me [5]** 3/15 11/12 11/15 11/21 13/18
**Meadows [7]** 4/1 5/11 6/19 7/6 9/24 11/25 12/20
**Meadows' [5]** 4/10 5/15 8/23 9/12 9/16
**mean [7]** 5/5 5/19 9/9 10/6 10/11 10/11 14/22
**meant [3]** 4/21 5/4 5/14
**memo [1]** 15/6
**memorandum [11]** 5/25 7/7 7/10 7/14 7/16 7/20 7/22 8/8 8/16 10/16 15/10
**memory [1]** 15/19
**merit [1]** 15/1
**merrick [1]** 1/17
**minute [1]** 15/3
**more [4]** 5/23 13/25 14/13 15/19
**morning [5]** 3/2 3/9 3/11 3/12 3/14
**most [4]** 9/2 10/2 11/4 12/9
**motion [2]** 1/10 3/19
**motions [1]** 12/15
**Mr [2]** 8/22 9/1
**Mr. [8]** 6/19 8/23 9/12 9/16 9/18 9/24 11/25 12/20
**Mr. Meadows [4]** 6/19 9/24 11/25 12/20
**Mr. Meadows' [3]** 8/23 9/12 9/16
**Mr. Weinsheimer [1]** 9/18
**Mueller [6]** 14/14 14/17 15/7 15/23 16/3 16/14
**my [9]** 9/11 10/2 10/21 11/14 11/24 12/13 13/9 17/10 18/10

## N

**N.W [1]** 2/15
**name [1]** 18/11
**National [1]** 8/2
**necessary [1]** 14/21
**need [4]** 10/3 12/8 14/23 17/7
**needed [2]** 3/21 9/15
**needs [1]** 16/5
**new [2]** 1/19 5/10
**next [4]** 12/25 13/5 13/24 16/19
**no [21]**
**noon [1]** 14/16
**not [23]**
**note [1]** 18/7
**nothing [1]** 17/16
**notice [1]** 5/22
**notwithstanding [1]** 8/13

## N

**November [1]** 14/25
**now [7]** 6/2 6/19 10/11 10/12 10/15 10/18 16/1
**number [5]** 3/4 3/6 6/11 13/17 13/18
**NW [3]** 1/19 2/3 2/9

## O

**o'clock [2]** 16/21 17/2
**obvious [1]** 11/4
**obviously [3]** 10/8 10/24 11/3
**occurred [2]** 11/3 18/7
**October [11]** 1/7 12/25 13/11 13/13 13/14 13/15 13/21 13/22 14/10 16/12 18/11
**October 10 [1]** 16/12
**October 30 [1]** 12/25
**October 30th [3]** 13/13 13/14 13/22
**off [1]** 15/19
**Official [3]** 2/14 18/2 18/14
**Okay [6]** 9/1 10/20 10/23 14/4 15/13 17/1
**one [4]** 8/8 14/13 14/21 15/1
**ones [1]** 13/20
**only [2]** 5/3 12/21
**opinion [1]** 15/8
**opportunity [1]** 4/2
**order [18]** 6/22 7/2 7/11 7/20 8/1 8/5 8/14 8/24 10/4 12/2 14/25 15/3 15/9 15/11 16/5 16/19 17/9 17/11
**ordered [4]** 8/21 12/22 12/24 15/3
**originating [1]** 8/11
**other [9]** 8/13 8/25 11/6 11/8 12/2 12/11 12/21 12/23 13/20
**out [7]** 7/8 12/22 13/15 13/20 14/22 17/3 17/11
**over [1]** 6/10

## P

**pages [4]** 15/4 15/6 16/11 18/4
**pandemic [1]** 18/8
**parte [1]** 12/23
**particular [1]** 16/6
**parties [8]** 3/7 11/9 14/20 15/20 15/22 16/2 16/9 16/18
**past [1]** 6/10
**people [3]** 6/8 6/9 9/21
**personally [1]** 4/20
**pertaining [1]** 4/22
**plain [1]** 10/7
**plaintiff [6]** 1/3 1/6 1/14 1/18 2/2 3/10
**plaintiff's [3]** 4/2 4/3 13/24
**plaintiffs [4]** 3/13 3/19 4/9 13/13
**please [2]** 3/8 18/7
**point [3]** 6/14 11/25 15/20
**position [1]** 11/24
**possible [1]** 7/5
**practicable [1]** 8/10
**prepared [1]** 13/7
**prerogative [1]** 9/5
**presented [1]** 13/6
**president [21]**
**president's [5]** 3/22 4/24 5/23 6/20 11/13
**presidential [5]** 7/7 7/13 7/16 7/18 8/16
**previous [1]** 4/16

**previously [2]** 1/16 12/3
**prior [3]** 11/6 13/21 16/19
**PRIVACY [3]** 1/5 1/19 3/3
**probably [1]** 13/23
**proceedings [2]** 2/18 17/20 18/6
**process [2]** 6/1 6/5
**produced [2]** 2/19 15/4
**production [6]** 13/13 13/14 13/14 13/18 13/22 16/12
**Programs [1]** 2/8
**provide [1]** 9/15
**provides [2]** 9/17 10/18
**public [2]** 6/21 6/24
**pursuant [2]** 3/20 15/5

## Q

**question [2]** 5/13 11/13
**quickly [1]** 15/15
**quote [1]** 8/19

## R

**raise [1]** 14/13
**raised [1]** 17/3
**RBW [2]** 1/3 1/5
**re [1]** 3/3
**read [6]** 4/12 7/6 7/23 10/8 15/8 15/18
**reading [2]** 8/21 8/22
**real [1]** 11/12
**reality [1]** 11/12
**really [1]** 5/18
**receive [1]** 3/25
**received [1]** 13/10
**recent [4]** 9/2 10/2 11/4 12/10
**recognizes [1]** 9/16
**reconcile [1]** 9/16
**record [4]** 3/8 7/23 7/24 9/16
**recorded [1]** 2/18
**records [6]** 6/22 15/4
**redacted [1]** 15/5
**redactions [17]** 4/23 5/7 5/21 6/12 6/17 6/22 7/2 9/9 9/20 10/7 10/10 10/18 12/20 14/16 15/10 15/23 16/3
**reevaluated [1]** 3/20
**refer [1]** 7/10
**reference [7]** 3/23 10/25 13/6 15/14 15/17 16/19 17/2
**referred [3]** 7/8 8/8 12/22
**referring [6]** 5/3 5/24 9/24 10/15 16/1 16/8
**refers [2]** 8/16 8/18
**regarding [1]** 11/10
**REGGIE [1]** 1/11
**related [5]** 3/23 6/6 7/15 7/18 11/10
**relates [1]** 8/7
**relating [1]** 8/7
**release [2]** 12/24 13/1
**released [4]** 9/6 12/11 12/12 14/1
**releasing [1]** 6/14
**remaining [1]** 15/2
**remotely [2]** 18/5 18/9
**repeats [1]** 5/15
**reply [1]** 4/10
**report [9]** 14/15 14/17 15/1 15/22 15/23 16/3 16/6 16/7 16/14
**reported [1]** 18/5
**Reporter [4]** 2/14 2/14 18/2 18/14
**reporting [1]** 18/9

**representations [1]** 13/8
**represented [1]** 16/18
**reprocess [1]** 15/1
**request [1]** 15/5
**require [1]** 3/19
**requires [1]** 12/10
**rescind [1]** 11/19
**rescinding [1]** 9/10
**resolving [1]** 15/12
**respect [3]** 4/16 7/25 12/22
**response [6]** 3/18 4/10 4/11 7/4 9/1 10/16
**responsive [1]** 5/18
**retract [1]** 9/6
**retraction [1]** 10/4
**return [1]** 10/14
**review [6]** 4/3 7/15 7/17 8/7 11/7 12/8
**right [4]** 9/7 14/18 17/7 17/16
**Room [1]** 2/15
**RPR [2]** 2/14 18/14
**ruled [2]** 14/16 16/3
**ruling [2]** 10/21 17/10
**Russia [3]** 4/23 5/20 6/6
**Russian's [1]** 3/24

## S

**safe [1]** 17/18
**said [17]** 4/4 4/21 4/24 5/5 5/6 5/19 5/19 6/7 9/9 10/3 10/10 11/22 11/24 11/25 17/2 17/9 17/14
**same [2]** 5/16 9/17
**say [8]** 4/19 5/1 5/11 9/9 10/3 10/21 11/20 15/16
**saying [2]** 9/13 10/3
**says [5]** 9/23 9/24 9/24 10/6 16/9
**scheduled [2]** 3/18 12/25
**second [3]** 4/25 5/18 6/7
**section [6]** 7/22 7/25 8/4 8/4 8/8 8/15
**Security [1]** 8/2
**see [4]** 3/21 6/25 12/9 13/25
**seem [1]** 6/23
**seems [5]** 5/1 6/10 11/12 11/15 11/21
**self [1]** 5/2
**self-executing [1]** 5/2
**SENIOR [1]** 1/11
**sent [1]** 13/15
**separate [2]** 16/5 16/16
**September [1]** 15/8
**September 30th [1]** 15/8
**set [5]** 8/4 8/14 13/5 14/14 14/15
**Shapiro [2]** 2/7 3/16
**shorthand [1]** 2/18
**should [6]** 6/25 8/10 11/1 11/9 12/19 13/21
**simply [3]** 5/15 8/18 15/11
**situation [2]** 10/24 12/14
**slowly [2]** 6/8 9/21
**so [18]** 4/12 5/12 6/2 6/10 6/18 7/1 7/24 7/24 8/21 11/1 11/20 12/5 12/13 13/1 14/14 15/11 16/4 16/13
**some [3]** 13/10 13/16 13/21
**somebody [1]** 5/13
**something [5]** 11/6 13/6 14/23 17/3 17/13
**sorry [1]** 17/12
**sought [1]** 3/20
**SPAHR [1]** 2/2

**S**

**speaking** [1]  10/10
**Special** [1]  15/6
**specifically** [3]  5/24 7/12 11/20
**spoke** [1]  8/10
**spoken** [4]  11/1 11/1 12/6 12/6
**Staff** [2]  4/1 5/11
**standards** [1]  8/4
**statement** [3]  9/19 11/14 12/19
**statements** [4]  3/22 4/6 9/3 11/5
**states** [4]  1/1 1/12 7/25 18/3
**status** [9]  12/14 13/3 13/11 14/15
  14/20 15/22 16/6 16/7 17/15
**still** [2]  9/5 14/23
**stipulate** [1]  16/9
**stipulated** [2]  16/2 16/2
**Street** [3]  1/15 2/3 2/9
**subject** [1]  18/8
**submissions** [1]  15/14
**submit** [1]  15/3
**submitted** [1]  15/6
**subscribed** [1]  18/10
**subsequent** [1]  3/25
**such** [2]  7/21 11/17
**sure** [1]  16/4

**T**

**technological** [1]  18/9
**teleconference** [1]  14/9
**tell** [1]  10/6
**texture** [1]  15/25
**than** [3]  11/6 12/2 12/11
**thank** [8]  4/7 4/13 14/3 14/10 17/14
  17/17 17/18 17/19
**Thanks** [1]  17/18
**that** [117]
**that's** [9]  4/24 6/2 8/14 9/14 9/14
  11/21 16/8 16/11 17/7
**the texture** [1]  15/25
**their** [3]  6/25 10/16 13/13
**themselves** [1]  3/7
**then** [3]  14/4 16/22 17/8
**there** [18]  4/5 4/23 5/21 7/5 7/21 8/23
  9/20 10/18 11/15 12/1 12/7 12/8 12/19
  13/21 15/1 16/13 16/16 17/13
**there's** [3]  10/25 11/2 17/16
**therefore** [5]  5/17 11/24 12/1 12/8
  18/8
**Thereupon** [1]  17/20
**these** [2]  6/22 17/5
**they** [5]  5/12 6/25 10/16 12/6 13/20
**they've** [1]  10/17
**think** [8]  4/4 5/12 10/6 10/15 11/4 12/6
  13/17 13/23
**Third** [1]  1/15
**this** [18]  3/2 3/2 4/7 6/25 8/8 8/24 9/16
  10/24 11/25 13/8 15/19 15/21 15/25
  16/4 16/5 16/15 18/7 18/11
**those** [10]  5/9 9/10 11/1 12/13 13/12
  13/15 15/5 15/12 16/3 16/13
**through** [1]  12/20
**time** [5]  6/9 9/22 11/17 13/8 17/1
**titled** [2]  7/14 7/22
**Tobin** [4]  2/2 3/11 4/8 9/1
**tobinc** [1]  2/5
**today** [1]  12/18
**together** [1]  8/22

**tomorrow** [4]  14/15 14/21 14/23 17/8
**tomorrow's** [1]  17/15
**too** [1]  10/10
**Topic** [2]  1/14 3/9
**total** [3]  4/21 5/6 6/16
**transcript** [3]  1/10 2/18 18/5
**transcription** [1]  2/19
**true** [1]  18/5
**try** [1]  17/11
**tweet** [8]  5/5 5/20 6/3 6/4 6/7 9/20
  10/2 10/8
**tweets** [3]  4/20 4/24 5/2
**two** [6]  4/15 5/10 7/22 7/25 15/6 16/11

**U**

**U.S** [5]  1/7 2/8 2/15 3/3 3/5
**unartful** [1]  11/24
**under** [2]  6/15 8/1
**understanding** [2]  6/18 13/10
**understood** [2]  4/15 5/8
**unequivocally** [1]  5/19
**unfortunate** [2]  10/23 12/5
**unfortunately** [1]  6/8
**UNITED** [3]  1/1 1/12 18/3
**until** [2]  11/17 13/18
**upon** [6]  3/22 4/6 11/25 12/9 12/13
  12/13
**us** [5]  5/1 6/10 6/14 10/17 13/25
**usdoj.gov** [2]  2/10 2/11

**V**

**vacate** [1]  17/8
**valid** [1]  15/11
**validity** [1]  15/12
**versus** [2]  3/3 3/5
**very** [9]  4/9 4/13 6/8 7/24 8/23 9/13
  9/21 10/23 13/20
**view** [1]  15/9

**W**

**walk** [1]  9/19
**walked** [1]  12/19
**walking** [2]  9/10 10/11
**WALTON** [1]  1/11
**want** [3]  13/24 17/13 17/14
**wanted** [1]  14/13
**was** [31]
**Washington** [4]  1/20 2/4 2/9 2/16
**way** [4]  7/5 7/21 11/24 12/6
**we** [25]
**we'll** [3]  14/9 16/17 16/19
**We're** [1]  6/23
**we've** [1]  6/11
**Wednesday** [1]  1/7
**week** [2]  13/5 13/24
**Weinheimer's** [1]  8/22
**Weinsheimer** [5]  4/17 4/19 5/16 7/6
  9/18
**Weinsheimers'** [1]  5/1
**well** [6]  10/5 10/23 10/23 13/9 13/22
  16/25
**were** [14]  3/22 4/6 4/23 5/16 5/21 9/20
  10/8 10/10 10/18 12/5 12/6 12/22
  13/15 13/21
**what** [27]
**what's** [1]  12/11
**whatever** [1]  16/2

**when** [11]  4/21 5/5 5/19 7/19 9/9 10/9
  10/18 10/24 11/13 12/3 13/5
**where** [2]  6/11 8/16
**whereof** [1]  18/10
**whether** [8]  3/21 4/5 5/1 5/4 12/9
  13/25 14/22 15/9
**which** [3]  7/11 10/7 15/22
**while** [4]  6/11 11/20 12/5 16/13
**White** [3]  4/1 5/9 9/15
**will** [4]  5/23 13/15 14/1 16/12
**withdraw** [1]  16/12
**withholding** [1]  15/25
**withholdings** [1]  15/12
**witness** [1]  18/10
**wondering** [1]  14/19
**words** [7]  5/16 5/17 11/1 11/21 12/5
  12/9 12/10
**working** [1]  13/20
**works** [3]  14/6 14/8 16/23
**would** [21]
**writing** [1]  17/11

**Y**

**year** [4]  6/10 6/20 15/21 15/21
**Yes** [14]  14/7 14/12 15/18 17/12
**yesterday** [1]  4/11
**you** [24]
**you'll** [1]  17/1
**Your** [27]