UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 19-810 (RBW) |

### ORDER

In accordance with the oral rulings issued by the Court at the status conference held on October 28, 2020, via teleconference, it is hereby

**ORDERED** that the Court's September 30, 2020 Order, ECF No. 131, is **MODIFIED** as follows:

- Consistent with the rulings set out in the Court's September 30, 2020 Memorandum Opinion, the information redacted from the final two pages of the United States Department of Justice's October 10, 2019 production, which were submitted for <u>in camera</u> review to the Court on March 30, 2020, is appropriately withheld pursuant to Exemption 7(C).

It is further

**ORDERED** that, on or before December 3, 2020, the parties shall file a joint status report regarding the status of negotiations regarding attorneys' fees and costs.

**SO ORDERED** this 28th day of October, 2020.

REGGIE B. WALTON  
United States District Judge
