IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) JUSTICE, ) ) Defendant. ) | Civil Action No. 19-cv-810 (RBW) |
| JASON LEOPOLD, BUZZFEED, INC., ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) JUSTICE, et al. ) ) Defendants. ) | Civil Action No. 19-cv-957 (RBW) |

**DEFENDANT'S NOTICE OF COMPLIANCE WITH COURT ORDER**

Defendant respectfully provides notice that it has provided Plaintiffs with an "updated redacted version of the Mueller Report, which discloses the information redacted pursuant to Exemption 5, unless such information has been properly withheld pursuant to another exemption" in compliance with the Court's Order of September 30, 2020. *See* Order, Dkt. 131.


Dated: November 2, 2020                Respectfully submitted,

                                       JEFFREY BOSSERT CLARK
                                       Acting Assistant Attorney General
                                       Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
Tel: (202) 616-8467
Email: courtney.d.enlow@usdoj.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2020, I electronically transmitted the foregoing to the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF filing system.

>/s/ Courtney D. Enlow
> COURTNEY D. ENLOW
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W.
> Room 12102
> Washington, D.C. 20005
> Tel: (202) 616-8467
> Email: courtney.d.enlow@usdoj.gov