# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JASON LEOPOLD and BUZZFEED INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 19-cv-957 (RBW) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 19-cv-810 (RBW) |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that JASON LEOPOLD and BUZZFEED INC., Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the order granting in part and denying in part Plaintiffs' Motion for Summary Judgment entered in this action on the 30th day of September, 2020.

DATED: November 30, 2020

Respectfully Submitted,

*/s/ Matthew V. Topic*

Attorneys for Plaintiffs

Matthew Topic, Bar No. IL0037
(E-Mail: foia@loevy.com)
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, Illinois 60607
Tel.: (312) 243-5900
Fax: (312) 243-5902