**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ELECTRONIC PRIVACY INFORMATION CENTER,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

Civ. Action No. 19-810 (RBW)

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated October 28, 2020, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submit this Joint Status Report. The Court ordered the parties to "file a joint status report regarding the status of negotiations regarding attorneys' fees and costs." Order, Dkt. 142.

Since the Court issued its Order, the parties have been negotiating attorneys' fees and costs in this matter. On November 10, 2020, EPIC provided DOJ with a proposal to settle attorneys' fees and costs, and, at DOJ's request, provided additional information to DOJ on November 13, 2020. On November 25, 2020, DOJ provided EPIC with a counter-proposal. EPIC is currently reviewing that counter-proposal.

Because the parties' negotiations regarding attorneys' fees and costs are ongoing, the parties respectfully propose that they continue their negotiations and file a joint status report regarding the status of negotiations on January 28, 2021.

Dated: December 3, 2020

ALAN BUTLER,
EPIC General Counsel
butler@epic.org

/s/ *John Davisson*
JOHN DAVISSON,
EPIC Senior Counsel

ENID ZHOU
EPIC Open Government Counsel

ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave NW
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

*Attorneys for Plaintiff EPIC*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director
Federal Programs Branch

By: /s/ *Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
(202) 616-8467
courtney.d.enlow@usdoj.gov

*Counsel for Defendant*