# HOUSTON & HOUSTON,
Law and Education

Dr. LEONARD W. HOUSTON, Sr.
Juris Doctor of Law, Ph.D., Education

November 23, 2020

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
Attn: Ms. Auntalene E. Queen, Secretary/Judicial Assistant
Honorable REGGIE B. WALTON, United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:  INTERVENOR - PLAINTIFF'S  SUPPLEMENTAL STATEMENT:

**Re-submission of Motion for Leave To Intervene as Proposed Intervenor-Plaintiff and Attachments [Exhibits] pursuant to Rule 24 of the Federal Rules of Civil Procedure due to "Non-receipt" of original documents by the Court:**

> Electronic Privacy Information Center, *Plaintiff v.*
> United States Department of Justice, *Defendant*
> U.S. District Court, District of Colombia (Washington, D.C.)
> Civil Docket For Case#: 1:19-cv-00810-**RBW**

Dear Ms. Queen:

As stated by the Hon. REGGIE B. WALTON, United States District Judge, and endorsed on correspondence submitted by Movant/Proposed Interventor-Plaintiff, Leonard W. Houston, to wit:

> **ECF 134**: *"Leave to file is granted although the Court never received his original motion, dated 10/02/2020."*
>
> Endorsement::  **REGGIE B. WALTON**
> **U. S. D. J.**

Herewith, submitted the United States Postal Service ("USPS") Tracking Report, per entitled Article/Label—U.S. Postal Service **CERTIFIED MAIL - RECEIPT with SIGNED RETURN RECEIPT # 7020 0090 0000 3974 5343**, dated November 17, 2020, received by the Clerk of the United States District Court For the District of Columbia, Washington, D.C. 20001, (**"Friday"**) November 20, 2020. Annexed copies of said USPS Tracking Report of package arrival, and Intervenor-Plaintiff's correspondence dated November 17, 2020, and re-submission of documents for filing.

Leonard W. Houston, Sr.
*Intervenor-Plaintiff*

Respectfully submitted,

cc: **ELECTRONIC PRIVACY INFORMATION CENTER**
Attn: Plaintiff Attorneys of Record
1519 New Hampshire Avenue, NW, Washington, D.C. 20036

**UNITED STATES DEPARTMENT OF JUSTICE**
*Civil Division, Federal Programs Branch*
Attn: Courtney D. Enlow, Trial Attorney
Defendant Attorney of Record
1100 L Street, Room 12102, Washington, D.C. 20005

# HOUSTON & HOUSTON.
Law and Education

COPY

Dr. LEONARD W. HOUSTON, Sr.
Juris Doctor of Law, Ph.D., Education

November 17, 2020

The Clerk of the Court
**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: *"Re-submission"* of Motion For Leave To Intervene as Proposed Intervenor-Plaintiff and Attachments [Exhibits] as pursuant to Rule 24 of the Federal Rules of Civil Procedure due to *"Non-receipt"* of original filed documents by the Court:

**ELECTRONIC PRIVACY INFORMATION CENTER, *Plaintiff* - against UNITED STATES DEPARTMENT OF JUSTICE, *Defendant***
U.S. District Court, District of Columbia (Washington, D.C.)
Civil Docket For Case #: 1:19-cv-00810-RBW

**Dear SIR/MADAM:**
*The Clerk of the Court*

Enclosed, re-submitted Motion for leave to intervene as Proposed Intervenor-Plaintiff in the proceedings, bearing Case Number 19-cv-00810, under captioned case, now pending before this Court.

The required attachments pursuant to Rule 24 of the Federal Rules of Civil Procedure in support of said Motion with attached Certificate of Service have been served on the respective Attorneys for the Plaintiff, Electronic Privacy Information Center, and the Defendant, United States Department of Justice herewith resubmitted for filing to this Court.

As it was noted by Hon. REGGIE B. WALTON, United States District Judge, dated 10/02/2020, bearing Court Document Number 134:

> *"Leave to file is granted, although the Court never received his original motion."*

Respectfully,

Leonard W. Houston, Sr.
*Movant/Proposed Intervenor-Plaintiff*

Encls:  Motion and Memorandum of Points and Authorities in Support of Motion to Intervene w/
(*Proposed*) Order [*Granting Motion to Intervene*]; and
Certificate of Service by Mail on Attorneys of Record (**19-cv-00810-RBW**); and
Complaint In Intervention (Leonard W. Houston, Sr., Movant/Proposed Intervenor-Plaintiff)

USPS® Item Delivered, Front Desk/Reception/Mail Room 70200090000039745343

From: auto-reply@usps.com (auto-reply@usps.com)
To: lenny.houston@yahoo.com
Date: Friday, November 20, 2020, 11:23 AM EST



Hello **LEONARD W HOUSTON**,

Your item was delivered to the front desk, reception area, or mail room at 11:19 am on November 20, 2020 in WASHINGTON, DC 20001.

Tracking Number:
70200090000039745343

**Delivered, Front Desk/Reception/Mail Room**



**Tracking & Delivery Options**

My Account

# USPS Tracking®

FAQs >

Track Another Package +

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70200090000039745343

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 11:19 am on November 20, 2020 in WASHINGTON, DC 20001.

## ✓ Delivered

November 20, 2020 at 11:19 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

**Tracking History** ⌃

November 20, 2020, 11:19 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20001
Your item was delivered to the front desk, reception area, or mail room at 11:19 am on November 20, 2020 in WASHINGTON, DC 20001.

November 20, 2020, 7:10 am
Out for Delivery
WASHINGTON, DC 20001

November 20, 2020, 1:27 am
Arrived at Unit
WASHINGTON, DC 20018

**November 19, 2020, 7:43 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**November 18, 2020**
In Transit to Next Facility

**November 17, 2020, 7:38 pm**
Arrived at USPS Regional Origin Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**November 17, 2020, 5:35 pm**
Departed Post Office
MIDDLETOWN, NY 10940

**November 17, 2020, 9:00 am**
USPS in possession of item
MIDDLETOWN, NY 10940

**Product Information** ⌄

Feedback

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# LEONARD W. HOUSTON

148 DEER COURT DRIVE
MIDDLETOWN, NEW YORK 10940

COPY



MIDDLETOWN
40 FULTON ST
MIDDLETOWN, NY 10940-9998
(800)275-8777

11/17/2020                        09:02 AM

Product              Qty   Unit    Price
                           Price

Priority Mail® 2-Day 1             $7.75
Flat Rate Env
    Washington, DC 20001
    Flat Rate
    Expected Delivery Date
    Fri 11/20/2020
    Certified Mail®                $3.55
        Tracking #:
        70200090000039745543
    Return Receipt                 $2.85
        Tracking #:
        9590 9402 2759 0051 3027 14
Total                             $14.15


Grand Total:                      $14.15

Credit Card Remitted              $14.15
    Card Name: VISA
    Account #: XXXXXXXXXXXX2523
    Approval #: 030209
    Transaction #: 683
    AID: A0000000980840     chip
    AL: US DEBIT
    PIN: Not Required


xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
    Due to limited transportation
      availability as a result of
      nationwide COVID-19 impacts
      package delivery times may be
      extended. Priority Mail Express®
        service will not change.
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1611

Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
https://www.usps.com/help/claims.htm

        Preview your Mail
        Track your Packages
         Sign up for FREE @
        www.informeddelivery.com

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20001

Certified Mail Fee    $3.55
                                                    0060
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $  $0.00
☐ Return Receipt (electronic)     $  $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00       Here
☐ Adult Signature Required        $  $0.00       NOV 2020
☐ Adult Signature Restricted Delivery $ $0.00

Postage    $7.75

Total Postage and Fees             11/17/2020
        $14.15

Sent To   UNITED STATES DISTRICT COURT
          DISTRICT OF COLUMBIA
Street and 333 Constitution Avenue, N.W.
          Washington, D.C. 20001
City, State Re: Civil Case No.: 1:19-cv-00810-RBW

7020 0090 0000 3974 5343

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

