## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civ. Action No. 19-810 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated December 10, 2020, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submit this Joint Status Report. The Court ordered the parties to "file a joint status report regarding the status of negotiations regarding attorneys' fees and costs."

The parties have been negotiating attorneys' fees and costs in this matter. On November 10, 2020, EPIC provided DOJ with a proposal to settle attorneys' fees and costs, and, at DOJ's request, provided additional information to DOJ on November 13, 2020. On November 25, 2020, DOJ provided EPIC with a counter-proposal. On January 7, 2021, EPIC provided DOJ with its counter-proposal. DOJ is currently reviewing that counter-proposal.

Because the parties' negotiations regarding attorneys' fees and costs are ongoing, the parties respectfully propose that they continue their negotiations and file a joint status report regarding the status of negotiations on March 11, 2021.

Dated: January 28, 2021

Respectfully submitted,

ALAN BUTLER,
EPIC General Counsel
butler@epic.org

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

/s/ *John Davisson*
JOHN DAVISSON,
EPIC Senior Counsel

ELIZABETH SHAPIRO
Deputy Director
Federal Programs Branch

ENID ZHOU
EPIC Open Government Counsel

By:  /s/ *Courtney D. Enlow*
COURTNEY D. ENLOW
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
(202) 616-8467
courtney.d.enlow@usdoj.gov

ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave NW
Washington, D.C. 20036
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

*Attorneys for Plaintiff EPIC*

*Counsel for Defendant*