IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>  Defendant. | Civ. Action No. 19-810 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated February 1, 2021, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submit this Joint Status Report. The Court ordered the parties to "submit a joint status report on or before March 11, 2021, regarding the status of their negotiations regarding attorney's fees and costs."

The parties have been negotiating attorney's fees and costs in this matter. On November 10, 2020, EPIC provided DOJ with a proposal to settle attorney's fees and costs, and, at DOJ's request, provided additional information to DOJ on November 13, 2020. On November 25, 2020, DOJ provided EPIC with a counter-proposal. On January 7, 2021, EPIC provided DOJ with a counter-proposal. On February 5, 2021, DOJ provided EPIC with a second counter-proposal. On February 23, 2021, the parties participated in a settlement conference. On March 5, 2021, EPIC provided DOJ with its second counter-proposal. On March 8, 2021, DOJ provided EPIC with a third counter-proposal. On March 10, 2021, EPIC informed DOJ that it could not accept the DOJ's third counter-proposal.

1

Because the parties have been unable to reach a settlement agreement after four months of negotiation, the parties agree that further negotiation is unlikely to be fruitful. Accordingly, the parties jointly propose the following briefing schedule for the resolution of attorney's fees and costs in this matter:

- April 12, 2021 - Plaintiff's motion & memorandum
- May 12, 2021 - Defendant's opposition
- May 26, 2021 - Plaintiff's reply

Dated: March 11, 2021                                       Respectfully submitted,

ALAN BUTLER,                                                BRIAN M. BOYNTON
EPIC Executive Director                                     Acting Assistant Attorney General
butler@epic.org                                             Civil Division

                                                            ELIZABETH SHAPIRO
/s/ *John Davisson*                                         Deputy Director
JOHN DAVISSON,                                              Federal Programs Branch
EPIC Senior Counsel

ELECTRONIC PRIVACY                              By:  /s/ *Courtney D. Enlow*
INFORMATION CENTER                                   COURTNEY D. ENLOW
1519 New Hampshire Ave NW                            Trial Attorney
Washington, D.C. 20036                               United States Department of Justice
(202) 483-1140 (telephone)                           Civil Division, Federal Programs Branch
(202) 483-1248 (facsimile)                           1100 L Street, N.W.
                                                     Room 12102
*Attorneys for Plaintiff EPIC*                       Washington, D.C. 20005
                                                     (202) 616-8467
                                                     courtney.d.enlow@usdoj.gov

                                                     *Counsel for Defendant*