IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　Defendant. | Civ. Action No. 19-810 (RBW) |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF
DEFENDANT'S OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Electronic Privacy Information Center ("EPIC"), through undersigned counsel, hereby accepts and provides notice that it has accepted Defendant's Offer of Judgment to Plaintiff dated April 6, 2021, attached hereto as Exhibit A.

Dated: April 8, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　ALAN BUTLER, D.C. Bar #1012128
　　　　　　　　　　　　　　　　　　　　EPIC President and Executive Director

　　　　　　　　　　　　　　　　　　　　/s/ John L. Davisson
　　　　　　　　　　　　　　　　　　　　JOHN L. DAVISSON, D.C. Bar #1531914
　　　　　　　　　　　　　　　　　　　　EPIC Senior Counsel
　　　　　　　　　　　　　　　　　　　　davisson@epic.org

　　　　　　　　　　　　　　　　　　　　ELECTRONIC PRIVACY
　　　　　　　　　　　　　　　　　　　　INFORMATION CENTER
　　　　　　　　　　　　　　　　　　　　1519 New Hampshire Ave, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　(202) 483-1140 (telephone)
　　　　　　　　　　　　　　　　　　　　(202) 483-1248 (facsimile)

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff EPIC*

## CERTIFICATE OF SERVICE

I certify that on April 8, 2021, I caused a true and correct copy of the above Notice of Acceptance of Defendant's Offer of Judgment to be served on the parties and the clerk of court for the United States District Court for the District of Columbia using the CM/ECF system.

/s/ John L. Davisson
JOHN L. DAVISSON, D.C. Bar #1531914
EPIC Senior Counsel
davisson@epic.org
