IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant. | Civ. Action No. 19-810 (RBW) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant United States Department of Justice hereby submit this Stipulation of Dismissal. On April 8, 2021, Plaintiff served notice on the parties and the clerk of court for the United States District Court for the District of Columbia accepting Defendant's Offer of Judgment dated April 6, 2021. ECF No. 158. There being no further issues in dispute between the parties, Plaintiff and Defendant hereby stipulate and agree to the dismissal of this action with prejudice, pending the entry of judgment by the clerk.

 Dated: April 9, 2021                                         Respectfully submitted,

| | |
|---|---|
| ALAN BUTLER,<br>EPIC President and<br>Executive Director<br>butler@epic.org<br><br>/s/ *John L. Davisson*<br>JOHN L. DAVISSON,<br>EPIC Senior Counsel<br><br>ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1519 New Hampshire Ave NW<br>Washington, D.C. 20036<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile)<br><br>*Attorneys for Plaintiff EPIC* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>ELIZABETH SHAPIRO<br>Deputy Director<br>Federal Programs Branch<br><br>By:  /s/ *Courtney D. Enlow*<br>     COURTNEY D. ENLOW<br>     Trial Attorney<br>     United States Department of Justice<br>     Civil Division, Federal Programs Branch<br>     1100 L Street, N.W.<br>     Room 12102<br>     Washington, D.C. 20005<br>     (202) 616-8467<br>     courtney.d.enlow@usdoj.gov<br><br>     *Counsel for Defendant* |