# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 20-5364**  September Term, 2021

1:19-cv-00810-RBW
1:19-cv-00957-RBW

Filed On: January 25, 2022 [1932194]

Electronic Privacy Information Center,

    Appellee

Jason Leopold and BuzzFeed, Inc.,

    Appellants

    v.

United States Department of Justice, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of November 30, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed November 30, 2021