# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**No. 20-5364**                       **September Term, 2021**
FILED ON: NOVEMBER 30, 2021

ELECTRONIC PRIVACY INFORMATION CENTER,
    APPELLEE

JASON LEOPOLD AND BUZZFEED, INC.,
    APPELLANTS

v.

UNITED STATES DEPARTMENT OF JUSTICE, ET AL.,
    APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-00957)

Before: HENDERSON and TATEL, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*

**J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof and in accordance with the opinion of the court filed herein this date, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of summary judgment to DOJ on its Exemption 7(C) withholding claims for the information regarding the Special Counsel's declination decisions on the purported campaign violations be reversed. The District Court is to order DOJ to disclose the material it withheld pursuant to Exemption 7(C) only on the following pages of the Joint Appendix: 579, 749-50 and 753. The relevant material is marked by the notation "(b)(6)/(b)(7)(C)-2." In all other respects, the District Court's grant of summary judgment to DOJ on its Exemption 7(C) withholding decisions be affirmed.

**Per Curiam**

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                     BY:     /s/

                                       Daniel J. Reidy
                                       Deputy Clerk

Date: November 30, 2021

Opinion for the court filed by Circuit Judge Henderson.