UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | Civil Action No. 19-810 (RBW) |
| JASON LEOPOLD & BUZZFEED, INC.,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>        Defendants. | Civil Action No. 19-957 (RBW) |

**ORDER**

On September 30, 2020, the Court issued a Memorandum Opinion and Order, granting in part and denying in part (1) the United States Department of Justice's Motion for Summary Judgement in Leopold v. United States Department of Justice and Partial Summary Judgment in Electronic Privacy Information Center v. United States Department of Justice, ECF No. 54; (2) the Plaintiff's Combined Opposition to Defendant's Motion for Partial Summary Judgment, Cross-Motion for Partial Summary Judgment, and Motion for In Camera Review of the "Mueller Report[,]" ECF No. 71; and (3) the Plaintiffs Jason Leopold's and Buzzfeed Inc.'s Motion for Summary Judgment, ECF No. 73. See Memorandum Opinion (Sept. 30, 2020), Electronic

Privacy Info. Ctr. v. U.S. Dep't of Justice, Civil Action No. 19-810, ECF No. 130; Order (Sept. 30, 2020), Electronic Privacy Info. Ctr. v. U.S. Dep't of Justice, Civ. Action No. 19-810, ECF No. 131; Order (Sept. 30, 2020), Leopold v. U.S. Dep't of Justice, Civ. Action No. 19-957, ECF No. 34.  On November 25, 2020, plaintiffs Jason Leopold and Buzzfeed Inc. filed a notice of appeal to the District of Columbia Circuit.  See Notice of Appeal, Leopold v. U.S. Dep't of Justice, Civ. Action No. 19-957, ECF No. 32.

On November 30, 2021, the District of Columbia Circuit issued its opinion, stating:

> [W]e reverse the district court's grant of summary judgment to [the United States Department of Justice (the "Department")] on its Exemption 7(C) withholding claims for the information regarding the Special Counsel's declination decisions on the purported campaign violations.  The district court is to order [the Department] to disclose the material it withheld pursuant to Exemption 7(C) only on the following pages of the Joint Appendix: 579, 749–50[,] and 753.  The relevant material is marked by the notation ""(b)(6)/(b)(7)(C)-2."  In all other respects, we affirm the district court's grant of summary judgment to [the Department] on its Exemption 7(C) withholding decisions.

Electronic Privacy Info. Ctr. v. Dep't of Justice, 18 F.4th 712, 722 (D.C. Cir. 2021).

Accordingly, it is hereby

**ORDERED** that the Department shall disclose the material it withheld pursuant to Exemption 7(C) only on the following pages of the Joint Appendix: 579, 749–50, and 753, the relevant material for which is marked by the notation "(b)(6)/(b)(7)(C)-2."  It is further

**ORDERED** that, on or before February 25, 2022, the parties shall file a joint status report regarding the progress of its disclosure to the plaintiffs of the material withheld pursuant to Exemption 7(C) on pages 579, 749–50, and 753 of the Joint Appendix.

**SO ORDERED** this 31st day of January, 2022.

REGGIE B. WALTON
United States District Judge