IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) JUSTICE, ) ) Defendant. ) | Civil Action No. 19-cv-810 (RBW) |
| JASON LEOPOLD, BUZZFEED, INC., ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) JUSTICE, et al. ) ) Defendants. ) | Civil Action No. 19-cv-957 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated January 31, 2022, Plaintiffs Jason Leopold and Buzzfeed, Inc., and Defendant U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submit this Joint Status Report. The Court ordered the parties to "file a joint status report regarding the progress of the Department's disclosure to the plaintiffs of the material withheld pursuant to Exemption 7(C) on pages 579, 749–50, and 753 of the Joint Appendix." Order 2, ECF No. 161.

On February 11, 2022, DOJ complied with the Court's Order and disclosed to Plaintiffs the material withheld pursuant to Exemptions 6 and 7(C) on pages 579, 749–50, and 753 of the

1

Joint Appendix.

The parties have been negotiating attorney fees and costs in this matter. On February 21, 2022, Plaintiffs provided DOJ with a proposal to settle attorney fees and costs. DOJ is currently reviewing that proposal. While the parties do not believe that the deadline for any fee petition has yet been triggered, the parties request that the Court extend the deadline for any petition until further order of court so as to give the parties an opportunity to resolve the issue without the need for a petition.

Because the parties' negotiations regarding attorney fees and costs are ongoing, the parties respectfully propose that they continue their negotiations and file a joint status report regarding the status of negotiations on April 8, 2022.

| | |
|---|---|
| Dated: February 23, 2022 | Respectfully submitted, |
| /s/ *Matthew Topic* | BRIAN M. BOYNTON |
| Matthew Topic, D.C. Bar No. IL0037 | Principal Deputy Assistant Attorney |
| Merrick Wayne, D.C. Bar No. IL0058 | General |
| Shelley Geiszler, D.C. Bar No. IL0087 | Civil Division |
| LOEVY & LOEVY | |
| 311 N. Aberdeen, Third Floor | ELIZABETH SHAPIRO |
| Chicago, IL 60607 | Deputy Director |
| (312) 243-5900 | Federal Programs Branch |
| foia@loevy.com | |
| | /s/ *Courtney D. Enlow* |
| *Counsel for Plaintiff* | COURTNEY D. ENLOW |
| | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, N.W. |
| | Room 12102 |
| | Washington, D.C. 20005 |
| | (202) 616-8467 |
| | courtney.d.enlow@usdoj.gov |
| | |
| | *Counsel for Defendant* |