IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. ) | Civil Action No. 19-cv-810 (RBW) |
| JASON LEOPOLD, BUZZFEED, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE, et al. )<br>)<br>Defendants. ) | Civil Action No. 19-cv-957 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated February 25, 2022, that the parties "file a joint status report regarding the status of their [fee] negotiations," Plaintiffs Jason Leopold and Buzzfeed, Inc., and Defendant U.S. Department of Justice ("DOJ"), by and through undersigned counsel, respectfully submit this Joint Status Report.

The parties are actively engaged in settlement discussions regarding attorney fees and costs, and hope to reach an accord. Accordingly, they respectfully request that the Court continue to stay the deadline for Plaintiff's fee petition, and propose that the parties file another joint status report in 45 days (by May 23, 2022) if the cases have not been dismissed by then.

1

Dated: April 7, 2022                                          Respectfully submitted,

/s/ *Matthew Topic*                                           BRIAN M. BOYNTON
Matthew Topic, D.C. Bar No. IL0037                            Principal Deputy Assistant Attorney
Merrick Wayne, D.C. Bar No. IL0058                            General
Josh Loevy, D.C. Bar No. IL0105                               Civil Division
Shelley Geiszler, D.C. Bar No. IL0087
LOEVY & LOEVY                                                 ELIZABETH SHAPIRO
311 N. Aberdeen, Third Floor                                  Deputy Director
Chicago, IL 60607                                             Federal Programs Branch
(312) 243-5900
foia@loevy.com

*Counsel for Plaintiff*

                                                                                    /s/ *Courtney D. Enlow*
Courtney D. Enlow Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Room 12102
Washington, D.C. 20005
(202) 616-8467
Courtney.d.enlow@usdoj.gov

*Counsel for Defendant*